# Criminal Case Cover Sheet

**FILED:** REDACTED - UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:**
- ☒ Under Seal
- City: Gainesville
- County: Virginia
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:

- Judge Assigned: Hon. Hilton
- Criminal No.: 1:20-CR-193
- New Defendant: Yes
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** PETER RAFAEL DZIBINSKI DEBBINS
- **Alias(es):** IKAR LESNIKOV, LANCE LABORDE, PETER RAFAEL DEBBINS
- ☐ Juvenile  FBI No.:
- **Address:** GAINESVILLE, VA 20155
- **Employment:**
- **Birth Date:** XX/XX/1975
- **SSN:** XXX-XX-5204
- **Sex:** Male
- **Race:** White
- **Nationality:** U.S. Citizen
- **Place of Birth:** Minneapolis, MN
- **Height:** **Weight:** **Hair:** **Eyes:** **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:       in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- Address:
- Phone:
- ☐ Court Appointed
- ☐ Retained
- ☐ Public Defender
- Counsel Conflicts:
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Thomas W. Traxler
- **Phone:** (703)-299-3746
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

JEFF PARSONS, SPECIAL AGENT, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C § 794(a), (c) | Conspiracy to gather or deliver defense information to aid a foreign government | 1 | Felony |
| Set 2: | | | | |

**Date:** 08/19/2020    **AUSA Signature:** [signature]    *may be continued on reverse*