IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **UNDER SEAL** |
| v. ) | |
| ) | Criminal No. 1:20-cr-193 |
| PETER RAFAEL DZIBINSKI ) | |
| DEBBINS, ) | |
| a/k/a "Ikar Lesnikov," ) | |
| ) | |
| Defendant. ) | |

ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the indictment, arrest warrant, Motion to Seal, and proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the indictment, arrest warrant, Motion to Seal, and proposed Order be Sealed until the defendant makes an initial appearance, unless the government moves to unseal before that time. The United States is allowed to disclose the indictment and arrest warrant as necessary to execute the arrest warrant, including by disclosing the indictment materials to agents and employees of the Federal Bureau of Investigation, U.S. Department of Defense, and the United States Marshals Service.

/s/
The Honorable John F. Anderson
United States Magistrate Judge

Date: August 20, 2020
Alexandria, Virginia