IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER RAFAEL DZIBINSKI DEBBINS,<br><br>Defendant. | Case No. 1:20-cr-193 |

FILED AUG 21 2020 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## GOVERNMENT'S MOTION TO UNSEAL CASE

The United States of America by and through its attorneys, G. Zachary Terwilliger, United States Attorney, Eastern District of Virginia, and Thomas W. Traxler, Assistant United States Attorney, respectfully requests that the above-captioned case be unsealed in light of the defendant's arrest on August 21, 2020.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date:  August 21, 2020        By:  _____
Thomas W. Traxler
Assistant United States Attorney