IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:20-cr-193 |
| PETER RAFAEL DZIBINSKI DEBBINS, | |
| Defendant. | |

### ORDER TO UNSEAL CASE

It is hereby ORDERED that the above-captioned case is UNSEALED.

_____/s/_____
John F. Anderson
United States Magistrate Judge

THE HONORABLE JOHN F. ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 21, 2020

Alexandria, Virginia