# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia 

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> PETER RAFAEL DZIBINSKI DEBBINS <br> *Defendant* | ) <br> ) <br> ) Case No. 1:20-CR-193-CMH <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Debbins

Date: 08/24/2020

*Attorney's signature*

David Benowitz   VSB# 91194
*Printed name and bar number*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
*Address*

David@PriceBenowitz.com
*E-mail address*

(202) 271-5249
*Telephone number*

(202) 664-1331
*FAX number*