AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

| | |
|---|---|
| United States of America<br>v.<br>PETER RAFAEL DZIBINSKI DEBBINS, a/k/a "Ikar Lesnikov,"<br><br>Defendant. | )<br>)  Case No. 1:20-CR-193<br>)<br>)<br>)<br>) |

FILED AUG 24 2020

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PETER RAFAEL DZIBINSKI DEBBINS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 794(a) & (c) - Conspiracy to Gather or Deliver Defense Information to Aid a Foreign Government

Date: 8-20-2020

*Issuing officer's signature*

City and state: Alexandria, VA

Richard Banke, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/20/2020, and the person was arrested on *(date)* 8/21/2020
at *(city and state)* _____.

Date: 8/21/2020

*Arresting officer's signature*

SA Michael Mobilia
*Printed name and title*