# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>PETER RAFAEL DZIBINSKI DEBBINS<br>*Defendant* | ) ) ) ) ) Case No. 1:20-CR-193 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA

Date: 08/24/2020

*Attorney's signature*

DAVID AARON, NY#3949955
*Printed name and bar number*
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530

*Address*

DAVID.AARON2@USDOJ.GOV
*E-mail address*

(202) 307-5190
*Telephone number*

(202) 532-4251
*FAX number*