# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES )<br>*Plaintiff* )<br>v. )<br>PETER DEBBINS )<br>*Defendant* ) | Case No. 1:20-cr-193 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Peter Debbins

Date: 08/27/2020

*Attorney's signature*

Rammy Barbari  VSB # 88414
*Printed name and bar number*

Price Benowitz LLP
409 Seventh St NW
Suite 200
Washington, DC  20004
*Address*

rammy@pricebenowitiz.com
*E-mail address*

(202) 870-0139
*Telephone number*

(202) 664-1331
*FAX number*