IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F · I · L · E D

AUG 2 7 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-CR-193-CMH |
| | ) | |
| PETER RAFAEL DZIBINSKI DEBBINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with General Order 2020-18 entered by Chief Judge Davis on June 26, 2020 (2:20mc07), this court finds that the defendant, with the advice of counsel, has consented to the use of video conferencing to conduct the detention hearing in this court that was heard on August 27, 2020, as authorized by §15002(b)(1) of the CARES Act, H.R. 748, 116th Congress (2020). The court finds that this proceeding falls within the class of "critical" proceedings that should not be delayed in light of the COVID-19 pandemic.

Entered this 27th day of August, 2020.

/S/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia