IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| PETER RAFAEL DZIBINSKI DEBBINS, | ) Case No. 1:20-CR-193 |
| a/k/a "Ikar Lesnikov," | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S EXHIBIT LIST FOR DETENTION HEARING**

In accordance with the Court's directive at the detention hearing on August 27, 2020, the United States hereby files the following three declarations and attachments thereto, which were admitted as exhibits at the hearing:

1. Declaration of Special Agent Patrick M. Lueckenhoff (Aug. 26, 2020), with Exhibits 1-4 attached thereto;

2. Declaration of Defense Intelligence Senior Leader Joseph E. Simon (Aug. 24, 2020); and

3. Declaration of David L. Tomlinson, Senior Expert for Counterintelligence for the Office of Counterintelligence, Defense Intelligence Agency (Aug. 21, 2020).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

_____/s/_____
Thomas W. Traxler
James L. Trump
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3746
Facsimile (703) 299-3980
Email: Thomas.traxler@usdoj.gov

David Aaron
Trial Attorney, National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone (202) 307-5190
Facsimile (202) 532-4251
Email: David.aaron2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

_____/s/_____<br>
Thomas W. Traxler<br>
Assistant United States Attorney