IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| PETER RAFAEL DZIBINSKI DEBBINS, | ) Case No. 1:20-CR-193 |
| a/k/a "Ikar Lesnikov," | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF SPECIAL AGENT PATRICK M. LUECKENHOFF

I, Patrick M. Lueckenhoff, hereby declare and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since November 2018. During this time, I have received training at the FBI Academy located in Quantico, Virginia, to include training on investigative methods and training specific to counterintelligence and espionage investigations. I currently am assigned to investigate counterintelligence and espionage matters. Based on my experience and training, I am familiar with efforts used to unlawfully collect and disseminate sensitive government information, including national defense information.

2. In the course of my duties as an FBI Special Agent, I have become familiar with the evidence and charge in the case of *United States v. Peter Rafael Dzibinski Debbins*, Case No. 1:20-CR-193, pending in the United States District Court for the Eastern District of Virginia. I make this declaration for the limited purpose of providing the Court with certain materials to consider in determining whether to order the defendant's detention pending trial.

3. This declaration does not set forth all of my knowledge about this matter. The statements in this declaration are based on my personal observations (including my participation

in interviews with the defendant), information obtained from other law enforcement agents, and information obtained through legal process and from other governmental agencies.

4. Exhibit 1 is a copy of a written statement that I observed the defendant draft during an interview with the FBI on July 11, 2019. The FBI applied the declassification stamp on the top right corner of page 1 and the redactions on page 2 to remove classified information. Otherwise, Exhibit 1 is a true and correct of the statement drafted by the defendant on July 11, 2019.

5. Exhibit 2 is a copy of a "Constituent Service Request Form" for a U.S. Senator, dated December 20, 2019, which the FBI obtained through a search warrant that it executed on one of Debbins's email accounts, peter.debbins@gmail.com. The form was attached to an email sent from Debbins's account on December 20, 2019. The Government has redacted personally identifiable information and telephone numbers on the form. Otherwise, Exhibit 2 is a true and correct copy of the Constituent Service Request Form.

6. Exhibit 3 is a copy of an excerpt of a Questionnaire for National Security Positions (commonly known as an SF-86) that the defendant submitted to the U.S. Government in or around January 2014. On the form, Debbins disclosed that his "wife is the registered owner of the apartment in which her parents live in . . . Chelyabinsk, Russia." The Government has redacted the address of the apartment to protect personally identifiable information. Otherwise, Exhibit 3 is a true and correct copy of page 53 of the SF-86 submitted by the defendant in January 2014.

7. Exhibit 4 is a copy of a resume that the FBI obtained through a search warrant that it executed on one of Debbins's email accounts, peter.debbins@gmail.com. The resume was attached to an email sent from Debbins's account on March 8, 2020. The Government has

redacted telephone numbers on the form. Otherwise, Exhibit 4 is a true and correct copy of the resume.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2020

_____
Patrick M. Lueckenhoff
Special Agent
Federal Bureau of Investigation

# Exhibit 1

PD

11 July 2019

I am Peter Debbins, had the following contact with Russian Intelligence Service

December 1996 — 1st Local GRU officer inquired what I was doing in Chelyabinsk
  2nd Oleg (name not certain — from Samara) met me @ military hotel, ate + drank. Tasked me to get the name of 4 American nuns of the Catholic Church I occasionally went to.
  3rd Provided names of nuns

October 1997 — Met 4 GRU in Chelyabinsk @ GRU office on Air Base. Vitaliy (Samara), Oleg (Samara), Alex (look GRU, fat bald, drinker), and Warrant Lyskov (I remember son's surname). Signed statement that I want to serve Russia. Got cover name "Ikar Lesnikov".

June 1998 — Met Vitaliy in Samara, he handed me off to a colleague (name not known) who wined dined me for 2 days in Volga region.

June 1999 — 1st week met Vitaliy at train station hotel. Provided info on unit in Korea. Vitaliy accused me of being a CIA spy. Demanded names. Gave me emergency comms instructions (postcard greeting).
  2nd week met former boss, Vladimir Pauli, he took me to an apartment with 2 prostitutes. No action on my part. Claimed married are forbidden from cheating. Left on my own.

PD

PD

July 2000 - Met a friend of Vitaliy in Moscow (from Samara). 1st meeting @ outdoor restaurant. Told him I was going into Special Forces. 2nd meeting he demanded I take $1,000 & I refused. He said give it the bum. I did sign for it. Spent money on TV and pornographic material.

Aug 2003 - Met Mr. X & Mr. P (from Samara) @ hotel in downtown Chelyabinsk. They asked about my unit which I just joined 1st BN, 10th Special Forces Group. They encouraged me to pursue SF career. Told me to avoid polygraph offered at future to give polygraph training. Gave gift of army field uniform + bottle of cognac, didn't sign for it. Still have it at home in UK.

Aug-Sep 2008 - Met Mr. X + Ivan (from Samara) in Chelyabinsk. I left the Army in December 2005. Described how we were Rumsfeld's spies @ the US embassies in Baku & Tbilisi. DoD relations with Agency and State Dept was bad.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Gave (first) name of station chief. Told that 2 men want me to participate in some program but I refused. Mr. X asked if I had FM (field manual(s), and tasked me to scan and bring it on flash drive next trip. I also gave names of SF team members and personality profiles characteristics

PD

PP

Sep 2010: In Russia for 12 days. Met Mr. X & Ivan in Marriott hotel for first meeting. I told them I only wanted to work in business. 2nd meeting at apartment Mr. X was visibly damaged. I didn't have a flash drive. I told him that I was scared that my electronics would be seized @ the airport leaving the US. Mr. X told me I should try to enter government service but didn't specify which one. 3rd meeting Ivan take me to meet Nikolai (name not certain) who works at Makfa and is seeking investor for a transportation hub on the Russia/Kazakh border near Chelyabinsk. Ivan said that his cover company name is TransNeft.

Sep 2010 to May 2011: Correspond via email with Nikolai. Told him I didn't find investors. Last email is May 2011 and he ask how I am doing.

May 2012: GRU agents go to my father-in-law office and inquire of him what I am doing in Washington DC. He said that I am working as a management consultant at a rocket company (which I was doing Feb-Apr 2011).

PP

PD

Why did I engage the Russian Intelligence

I had a messianic vision for myself in Russia, that I was going free them from their oppressive government, so I was flattered when they reached out to me. This is why I went to Russia in the first place. I thought they would be my allies in overthrowing their government. PD In addition, I was concern what they could have done with my wife's family. I didn't tell US authorities because I thought it would have destroyed my military career and left a black mark on my permanent record.

I make this statement voluntarily.

PETER DEBBINS

PD

# Exhibit 2

 

# U.S. SENATOR MIKE ROUNDS
## Constituent Service Request Form
(PLEASE PRINT)

**Name:** PETER RAFAEL DZIBINSKI DEBBINS

**Address:** ▓▓▓▓▓▓ **City:** Sioux Falls **Zip Code:** ▓▓▓▓

**Telephone Number (day):** ▓▓▓▓▓▓ **(evening):** ▓▓▓▓▓▓

**Fax Number:** — **E-mail:** peter.debbins@gmail.com

*Please include the following information only if it pertains to your inquiry:*

**Veterans Claim #:** — **Civil Service #:** —

**Social Security #:** ▓▓▓-▓▓-5204 **Medicare Claim #:** —

**Immigration A# or Receipt #:** — **Date of Birth:** ▓▓/▓▓/1975

**Please state your request for assistance*:** SEE ATTACHED SHEET

THIS IS A RELEASE FOR THE FEDERAL BUREAU OF INVESTIGATIONS (FBI)

*Please attach an explanation of your situation, copies of pertinent documents, letters, etc.

### Disclosure Authorization

In accordance with the provisions of the Privacy Act, I hereby authorize U.S. Senator Mike Rounds and his staff to receive information pertinent to my request for assistance indicated above.

**Signature:** /s/ Peter Debbins **Date:** 20 DEC 2019

**Third Party Disclosure (optional)**
I hereby authorize U.S. Senator Mike Rounds and his staff to discuss the results of this inquiry on my behalf with the following individual: JEFF PARSONS, ▓▓▓▓▓

**Signature:** /s/ Peter Debbins **Date:** 20 DEC 2019

 

# U.S. SENATOR MIKE ROUNDS
## Constituent Service Request Form
(PLEASE PRINT)

**Name:** PETER RAFAEL DZIBINSKI DEBBINS

**Address:** ▮▮▮▮▮ **City:** SIOUX FALLS **Zip Code:** ▮▮▮

**Telephone Number (day):** ▮▮▮  **(evening):** ▮▮▮

**Fax Number:** —  **E-mail:** peter.debbins@gmail.com

*Please include the following information only if it pertains to your inquiry:*

**Veterans Claim #:** —  **Civil Service #:** —

**Social Security #:** ▮▮▮ 5204  **Medicare Claim #:** —

**Immigration A# or Receipt #:** —  **Date of Birth:** ▮▮ 1975

**Please state your request for assistance*:** SEE ATTACHED SHEET

THIS IS A RELEASE FOR THE DEFENSE INTELLIGENCE AGENCY (DIA).

*Please attach an explanation of your situation, copies of pertinent documents, letters, etc.

### Disclosure Authorization

In accordance with the provisions of the Privacy Act, I hereby authorize U.S. Senator Mike Rounds and his staff to receive information pertinent to my request for assistance indicated above.

**Signature:** /s/  **Date:** 20 DEC 2019

**Third Party Disclosure (optional)**
I hereby authorize U.S. Senator Mike Rounds and his staff to discuss the results of this inquiry on my behalf with the following individual: ROBERT NULEN ▮▮▮

**Signature:** /s/  **Date:** 20 DEC 2019

**Office of Senator Mike Rounds**

Name: Peter Rafael Dzibinski Debbins

Date: 12/20/2019

Agency Involved: Defense Intelligence Agency (DIA)

Date of Birth: ████████ 1975

Social Security Number: ████ ████ 5204

Street Address: ████████████████████████

City, State, Zip Code: Sioux Falls, SD ████████

Telephone #: ████████████████████████

Email Address: peter.debbins@gmail.com

Details:

My DIA clearance was suspended when I self-reported an incident back in July. DIA referred it to the FBI for investigation (standard protocol). I am in regular contact with the FBI investigator. He told me that their investigation should have no impact on how DIA determines my clearance. However, DIA doesn't want to proceed to make a determination, saying that they won't proceed until the FBI finalizes their investigation. To which the FBI investigator replies that their investigation should have no impact on DIA's process (he also said that they are pretty well done with my case).

Being in this status is preventing me from providing my expertise even at an unclassified level. I have a contracting job offer for an HHS (Health and Human Services) position that only requires a "Public Trust" (which doesn't involve any classified information), but can't even get that, while having a suspension on my records.

I am currently residing in the Washington DC area, so I can come to the Congressional Offices in DC.

*[signature]*

Peter Debbins

# Exhibit 3

Electronic Questionnaires for Investigations Processing (e-QIP)  
Investigation Request #15911335 for Applicant SSN ▮▮▮▮▮5204

Page 53 of 69  
Archival Copy

## Section 20A - Foreign Activities

Have you, your spouse, cohabitant, or dependent children **EVER** had any foreign financial interests (such as stocks, property, investments, bank accounts, ownership of corporate entities, corporate interests or businesses) in which you or they have direct control or direct ownership? (Exclude financial interests in companies or diversified mutual funds that are publicly traded on a U.S. exchange.)

    Yes: { x }  No: { }

1. You responded 'Yes' to you, your spouse, cohabitant, or dependent children having **EVER** had any foreign financial interests (such as stocks, property, investments, bank accounts, ownership of corporate entities, corporate interests or businesses) in which you or they have direct control or direct ownership (Exclude financial interests in companies or diversified mutual funds that are publicly traded on a U.S. exchange).
   Specify: (check all that apply)
       Yourself: { }
       Spouse: { x }
       Cohabitant: { }
       Dependent children: { }

   Provide the type of financial interest: **Apartment**
   Provide the date acquired
       Month/Day/Year: **08/30/2003 (Estimated)**
   Provide how the financial interest was acquired (such as purchase, gift, etc.): **Inheritance**
   Provide the cost (in U.S. dollars) at time of acquisition: **$40,000 (Estimated)**
   Provide the current value (in U.S. dollars) or the value at the time control or ownership was sold, lost or otherwise disposed of: **$50,000 (Estimated)**
   Provide the date control or ownership was relinquished ( Not Applicable: { x } )
       Month/Day/Year: ~ / ~ / ~
   Provide explanation of how interest control or ownership was sold, lost or otherwise disposed of
       **My wife is the registered owner of the apartment in which her parents live in. The address is ▮▮▮▮▮▮▮▮▮▮▮▮ Chelyabinsk, Russia ▮▮▮**

   ### Foreign Financial Interests Co-owners

   Are there any co-owners of this foreign financial interest?
       Yes: { }  No: { x }

                                      (End of List)

### Foreign Financial Interests - Summary

Do you, your spouse, cohabitant, or dependent children have any additional foreign financial interests?
    Yes: { }  No: { x }

### Foreign Financial Interests Controlled on Your Behalf

Have you, your spouse, cohabitant, or dependent children **EVER** had any foreign financial interests that someone controlled on your behalf?
    Yes: { }  No: { x }

### Foreign Financial Interests Real Estate

Certified at 2014-01-21 08:49:00  
Data Hash Code:  
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**PRIVACY ACT INFORMATION**

# Exhibit 4

**RESUME**                                             Peter Debbins | peter.debbins@gmail.com |

| | |
|---|---|
| **Personal Information** | **PETER DEBBINS, PMP**<br>Washington DC<br><br>Skype live:peter.debbins<br>peter.debbins@gmail.com<br>www.linkedin.com/in/peterdebbins |
| **Professional Narrative** | Mr. Debbins is an adept and well versed technical Cyber Security Project Manager bringing 20 years of experience and knowledge in numerous disciplines such as intelligence, national security, strategic planning, CBRNE, cyber and cyber space, irregular warfare, business, economics, finance, world geopolitical environment, and science and technology (S&T). He particular expertise is developing, implementing, and maintaining cyber security and Insider Threat programs for enterprises which include stakeholder engagement, leadership support, and workforce training. He is a highly effective communicator who has written extensive professional material and spoken at numerous professional events. Mr. Debbins has project manager three Cyber Security project for government enterprises with over 1,000+ users and vast number of geographically dispersed locations. |
| **Experience Overview** | Project Management · Training and Instruction · Logistics<br>Special Operations · Business Development · Leadership Development<br>All Source Analytics · HUMINT / OSINT · P&L / Budgeting<br>Process Improvement · Cyber Operations · Statistical Analysis<br>POI Development · e-Learning · Curriculum Development<br>Proposal Writing · Technical Writing · Instructional Design |
| **Education** | **Institute of World Politics**, M. A. Strategic and International Studies, 2015<br>**University of Minnesota**, Minneapolis, B. A. International Relations, 1997 |

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 02/2020 to present | **Cyber Financial Crimes Project Manager,** *Ukrainian American Concordia University (UACU)*<br>HLG, Washington, DC<br>Mr. Debbins combines his expertise in project management and cyber security to develop and implement Ukraine's leading business school Cyber Financial Crimes faculty. He works with multiple stakeholders and departments to create an offering of training in Fraud Management, Economic Crimes Intelligence Analysis, Cyber Policy and Risk Analysis, Computer Sciences, and Cyber Security. The initial implementation is through the UACU Executive Education program, with BBA and MBA curriculum to be provided in the fall of 2021. The project completion will result in the establishment of a Cyber Financial Crimes Centre of Excellence (COE). |
| 10/2017 to 01/2020 | **Cyber Project Manager,** *Regional Joint Intelligence Training Facility (RJITF)*<br>COSOLUTIONS, Sterling, Virginia<br>Mr. Debbins developed and implement intelligence training programs in cyber security, analytic methodology and tradecraft, intelligence information support systems, and functional area studies, via a variety of synchronous and asynchronous eLearning and distance learning techniques. Mr. Debbins provides full-spectrum support to intelligence |

1

**RESUME**

Peter Debbins | peter.debbins@gmail.com |

| | |
|---|---|
| | training efforts in classrooms and distance learning environments. He develops curriculum and exercises, maintains course, participates in mobile training team classroom events, and leads exercises and performance support events. He developed training plans and standard operating procedures (SOP) for NATO and EUCOM intelligence agencies. He coached instructors and analysts on best practices in cyber security intelligence tradecraft and analysis. His project management responsibilities included:<ul><li>Make recommendations of staffing and quality improvement initiatives for EUCOM and NATO training programs in Functional Area Studies and Cyber Threat Intelligence requiring effective articulation of Value Statement, Financial Management, and Business Case estimates and measurements</li><li>Develop and present program forecasts, status, and metrics to senior EUCOM decisionmakers</li><li>Conduct assessments of Business Outcomes to identify barriers and propose effective solutions</li><li>Engaged peer organization and key stakeholders to include NATO partner militaries (St. Cyr Military Academy, France); think tanks (Chatham House); and universities (Cambridge)</li><li>Developed and implemented an e-Learning training enterprise for 3,000 users throughout Europe</li></ul> |
| 01/2016 – 09/2017 | **Cyber Security Project Manager,** *Joint Counter-Intelligence Training Activities (JCITA)*<br>CACI INTERNATIONAL, Quantico, Virginia<br>Mr. Debbins developed and implement a Cyber Threat Intelligence Program for Defense Security Services (DSS) agents engaging CISOs at the DOD's Cleared Defense Contractors (CDC) to analyze indicators of compromise (IOC), determine Campaigns and Threat Actor groups, and develop Insider Threat programs to reduce vulnerabilities to CDC enterprises. His responsibilities included:<ul><li>Plan, communicate, and oversee work for numerous DSS field offices</li><li>He has utilized ServiceAide Intelligent Service Management (ISM) client change tools and project management tools (PCM, MicroSoft Project)</li><li>Define, establish, and ensure weekly, monthly, quarterly, and annual goals for training and analytical operations</li><li>Utilize metrics to define and measure lag, leads, success factors to measure values and work effectiveness</li><li>Transition program from Academy of Defense Intelligence (ADI) to DSS ownership</li></ul>In addition, Mr. Debbins developed and trained DSS personnel on Risk Assessments for Internal and External threats and Cyber Threat Detection. He developed curriculum, programs of instruction (POI), and instructs numerous training course for DOD and intelligence community (IC) clients on disciplines of Threat Intelligence, Monitoring, Incident Response, and Forensics. He taught a wide range of intelligence analysis skills to monitor, assess, and report on foreign computer network operations capabilities, vulnerabilities, and personalities that could pose a threat to the U.S. computers, communications, weapon systems and operations and develop in-depth intelligence analytical assessments and determines the best methodology to prepare and produce integrated intelligence products. His course included training and application of numerous security information and event management (SIEM) and log management tools to include Splunk, IBM QRadar, AlienVault, EventTracker, Securonix, Rapid7 Insight, and ArcSight. He also taught uses and applications of |

2

**RESUME**

Peter Debbins | peter.debbins@gmail.com |

frameworks of OpenIOC, STIX, and YARA rules. His key accomplishments were:
- National HUMINT Manager (NHM) Directorate certified his cyber collection course for the entire intelligence community noting that his course is the standard for IC training cyber collection.

| | |
|---|---|
| 04/2014 – 12/2015 | **Russian Cyber Analyst,** *Defense Intelligence Agency*<br>BOOZ ALLEN HAMILTON, Quantico, Virginia<br>Mr. Debbins was the lead collector responsible for the production of all-source national intelligence community products pertaining to computer network operations activities. He provided broad expertise on Eurasian affairs and research tools to increase team research performance. He supported and helped shape DIAs cyber counterintelligence platform. His duties included counterintelligence collection, writing, executing, and quality controlling counterintelligence collection plans, writing response memorandums, bio profiles, and IIRs (Intelligence Information Report) for IC-wide customers, interfacing with customers on operational activities, providing daily and weekly operational updates to client leadership, and providing capabilities briefings to internal and external agencies/organizations to market the clients program. Mr. Debbins wrote and executed ops plans to include OSINT information operations campaigns. As a cyber subject matter expert (SME), Peter participated in many blue team efforts in order to identify and mitigate operational and organizational risks. This activity ranged from identifying supply chain risk management to various cyber related vulnerabilities such as social engineering and Operational Security (OPSEC). Additionally, Peter also served as the manager for a team of regional representatives placed at various Combatant Commands (COCOMS) for the DIA client. His key accomplishments included:<ul><li>Receiving superior evaluations for reports which resulted in him serving as the POC for numerous action items.</li><li>Providing guidance to clients on coordinating activities with EUCOM (European Command) and SOCEUR (Special Operations Command Europe).</li><li>Leading research and guiding four critical multi-agency working groups.</li><li>Lectured on Russian Affair and Military to the Institute of World Politics</li></ul> |
| 01/2011 – 03/2014 | **Senior Russian Cyber Analyst,** *902nd Military Intelligence Group*<br>MISSION ESSENTIAL PERSONNEL, Fort Meade, Maryland<br>Mr. Debbins provided direct analytical support to CI (counter-intelligence) cyberspace operations to include consultation and advice on linguistic, technical, and cultural issues impacting mission execution. He utilized Boolean searches, HOTR, M-3, ISM, JWICS, open source and classified databases to identify and assess cyberspace threats. His key accomplishments were:<ul><li>Presenting recommendations for courses of action which were adopted by the Department of Justice (DOJ).</li><li>Establishing an SOP (Standard Operating Procedure) for training incoming linguists on collection protocol, report writing and presentation.</li><li>Formulating solutions for agency and branch directors for Eurasian issues.</li><li>Supporting decision making and special projects on intelligence integration issues to include the preparation, production, and coordination of written products and briefings for senior IC members, policy makers, military decisions makers, members of Congress, and other major stakeholders on intelligence integration efforts.</li><li>Authoring 14 reports with "A" community evaluations resulting in the formation of</li></ul> |

3

| | |
|---|---|
| **RESUME** | Peter Debbins \| [peter.debbins@gmail.com](mailto:peter.debbins@gmail.com) \|  |

| | |
|---|---|
| | community working groups to address the report issues.<br>• Representing his company in an online public relations and business services marketing. |
| 12/2006 – 12/2010 | **Transportation Coordinator**<br>TRADEMARK TRANSPORTATION, Saint Paul, Minnesota<br>Mr. Debbins led contractual relations with carriers throughout the US for an LTL (less than full load) freight forwarder of temperature and time sensitive food product. He created and implemented business plans, budgets, and financing proposals. He negotiated and managed contract fulfillment with sellers and purchasers. His key accomplishments were:<br>• Auditing the finance and accounting processes and preparing P&L (profit and losses) for transportation supplier which ensured their viability during the 2008-2009 Financial Crisis.<br>• Increasing contracted carrier support from 40% to 70% of deliveries which improved product delivery schedule and assurance.<br>• Increasing firm's operating margin from 26% to 36% which saved the company over $2,000,000 per year. |
| 12/2005 – 11/2006 | **Market Manager**<br>HENNEPIN INDUSTRIES, Mariupol, Ukraine<br>Mr. Debbins represented the Ukrainian manufacturers Trubostal and Mariupol Steel Works in North America. He oversaw all aspect of marketing, sales, and delivery of company products to buyers, which included petroleum energy extraction, delivery, and processing industries. His key accomplishment was delivering the initial North American sales which amounted to $5,000,000. |
| 07/1998 – 11/2005 | **Commander, Special Forces Operational Detachment – Alpha (ODA), US Army**<br>1st Battalion, 10th Special Forces Group (Airborne), Stuttgart, Germany<br>Captain served in the following positions in the US Army: Special Forces Operational Detachment – Alpha (ODA) Commander; SF Company Executive Officer; Biological Weapons Detection Platoon Leaders; and Mechanized Smoke Platoon Leaders. Deployment include Korea, Bosnia, Germany, Republic of Georgia, and Azerbaijan. |

## PROFESSIONAL CHARACTERISTICS

| | |
|---|---|
| **Certification** | Project Management Professional, PMP<br>COMPTIA Network+<br>COMPTIA Security+ |
| **Languages** | **Russian** – Speaking 4+, Listening 4+, Reading 5, Writing 3+ International Language Roundtable (ILR) Score, September 2015<br>**English** – Native |
| **Seminars** | *'Putin's Russia: Worldview, Grand Strategy and Cyberspace'* Cambridge Intelligence Seminar Lent Term 2019 https://www.hist.cam.ac.uk/seminars/seminar-pdfs/2018-2019/intel-lt2019.pdf<br>*Influencing a Wired World with Cyber Intelligence,* Netherhall Guest Speaker Series November 13, 2018, https://www.netherhallhouse.org.uk/guest-speakers/ |

4

| | |
|---|---|
| **RESUME** | Peter Debbins \| [peter.debbins@gmail.com](mailto:peter.debbins@gmail.com) \| ▮▮▮▮ |
| **Course Faculty** | SOCES (Source Operations in a Cyber Environment Seminar), JCITA<br>CICCEC (Counterintelligence Collection in a Cyber Environment Course), JCITA<br>CITOC (Counter-Intelligence Threats and Operations in Cyberspace), JCITA<br>CTIS (Cyber Threat Intelligence Seminar), JCITA<br>CSSS 5220, Cyber Threat Detection, Webster University<br>AMT 003 (Analytical Methodology and Tradecraft) Critical Thinking and Structured Analysis Course, RJITF<br>AMT 004, Analytic Tradecraft Workshop, RJITF<br>AMT 006, Analytic Intelligence Writing Course, RJITF<br>AMT 007, Analytic Review Course, RJITF<br>AMT 008, Analytic Intelligence Briefing Course, RJITF<br>AMT 012, Advanced Critical Thinking (ACT), RJITF<br>FAS 001 (Functional Area Studies), Introduction to Russia Studies, RJITF<br>FAS 002, Ukraine and Belarus Seminar, RJITF<br>FAS 003, Baltics and Arctic Seminar, RJITF<br>FAS 004, Caucasus Studies, RJITF<br>CYB 001 (Cyber Analytical Tradecraft), Cyber Threat Intelligence, RJITF<br>CYB 002, OSINT Collection in a Cyber Environment, RJITF<br>CYB 003, Cyber Operations for Military Deployment, RJITF<br>PNE 007 (Partner Nation Engagement), Hybrid Warfare, NATO |
| **Boards** | **The Journal of Intelligence and Cyber Security**, Editorial Board<br>https://www.academicapress.com/journals |
| **Professional Courses** | 2016, Cyber Threat Intelligence (CTI), SANS FOR578<br>2016, Instructor Facilitated Learning (IFL), Academy of Defense Intelligence (ADI)<br>2016, LEIU (Law Enforcement Intelligence Units) OSINT (Open Source Intelligence), Mike Bazzell<br>2013, Project Management Professional, PMP<br>2011, Online Undercover Techniques (OUT), Defense Cyber Investigations Training Academy (DCITA) |
| **Training** | 2017, DefCon, https://www.defcon.org/<br>2017, BlackHat, https://www.blackhat.com/us-17/<br>2016, DefCon, https://www.defcon.org/<br>2016, BlackHat, https://www.blackhat.com/us-16/<br>2008, ISO Certification 9001:2008 Internal Auditor, International Organization for Standard |

5