IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 1:20-cr-193 |
| PETER RAFAEL DZIBINSKI DEBBINS, | |
| Defendant. | |

NOTICE OF FILING OF PROPOSED ORDERS

As addressed at the arraignment on September 4, 2020, the United States, with the defendant's consent, respectfully moves for the Court to enter the following proposed orders in this case:

1. Exhibit A – Discovery Order

2. Exhibit B – Protective Order Pertaining to Unclassified Discovery

3. Exhibit C – Protective Order Pertaining to Classified Information

4. Exhibit D – Order Certifying the Case as Complex Under Speedy Trial Act

The United States also attaches a Memorandum of Understanding Regarding Receipt of Classified Information, signed by the defendant and his counsel, as Exhibit E.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

_____/s/_____
Thomas W. Traxler
James L. Trump
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3746
Facsimile (703) 299-3980
Email: Thomas.traxler@usdoj.gov

David Aaron
Trial Attorney, National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone (202) 307-5190
Facsimile (202) 532-4251
Email: David.aaron2@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                         /s/
                                          Thomas W. Traxler
                                          Assistant United States Attorney