Date: 09/04/2020        Judge: Hilton        Reporter: J. Egal
Time: 9:00 am to 9:05 am

UNITED STATES of AMERICA

    Vs.

| Peter Rafael Dzibinski Debbins | 1:20-cr-00193 |
|---|---|
| Defendant's Name | Case Number |

| David Benowitz | James Trump/Thomas Traxler |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions               ( ) Setting Trial Date     ( ) Change of Plea Hrg.    ( ) Rule 35
(✓) Arraignment          ( ) Appeal from USMC       ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.              ( ) Pre-Indictment Plea    ( ) Other:

Defendant appeared:     (✓) in person              ( ) failed to appear
                        (✓) with Counsel           ( ) without counsel        ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   ( ) Discovery Order

Arraignment & Plea:
(✓) WFA   ( ) FA   ( ) PG   (✓) PNG   Trial by Jury:   (✓) Demanded   ( ) Waived

CIPA hearing scheduled for 10/22/2020 at 10:00 am

Case continued to 04/05/2021 at 10:00 am for:   (✓) Jury Trial   ( ) Bench Trial   ( ) Sentencing

Bond Set at:              ( ) Unsecured           ( ) Surety                   ( ) Personal Recognizance
( ) Release Order Entered   (✓) Deft. Remanded    ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendant is:  (✓) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance