IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-CR-193 |
| PETER RAFAEL DZIBINSKI DEBBINS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the United States' unopposed Motion to Set CIPA Schedule. Based on the representations of the parties, it appears that at least some of the evidence in this case will contain classified information and therefore will implicate the Classified Information Procedures Act (CIPA), 18 U.S.C. App. III §§ 1-16. Pursuant to the Act, the Court must establish deadlines for accomplishing the various steps of CIPA, in addition to setting other relevant pretrial deadlines.[1]

Accordingly, it is hereby ORDERED that this matter will be governed by the following pretrial deadlines:

- The Government's sealed, *ex parte* CIPA Section 4 filing is due on Tuesday, December 8, 2020.

- The Court will hold a sealed, *ex parte* CIPA Section 4 hearing on Friday, December 11, 2020.

- The defendant's CIPA Section 5(a) written notice is due on Tuesday, December 15, 2020.

---

[1] Unclassified discovery will be governed by the Discovery Order entered on September 4, 2020. *See* Dkt. No. 24.

- The Government's response to the defendant's Section 5(a) filing is due on Wednesday, January 6, 2021, and the defendant's reply is due on Monday, January 18, 2021.

- The Court will hold a sealed CIPA Section 6(a) hearing on Monday, February 1, 2021.

- The Court will hold a sealed CIPA Section 6(c) hearing on Friday, February 19, 2021, and any written pleadings pertaining to the Section 6(c) hearing must be filed at least five days in advance of the hearing.

- Pretrial motions unrelated to CIPA are due on Friday, December 11, 2020, responses are due on Friday, January 8, 2021, and replies are due on Friday, January 15, 2021.

- A hearing on the motions unrelated to CIPA is set for Friday, January 22, 2021.

- This matter will be tried before a jury beginning on Monday, April 5, 2021, at 10:00 a.m.

Date: Oct. 22, 2020
Alexandria, Virginia

Honorable Claude M. Hilton
United States District Judge

2