Date: 09/04/2020     Judge: Hilton     Reporter: J. Egal
Time: 9:00 am to 9:11 am

UNITED STATES of AMERICA

       Vs.

| Peter Rafael Dzibinski Debbins | 1:20-cr-00193 |
|---|---|
| Defendant's Name | Case Number |

| David Benowitz | James Trump/Thomas Traxler |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions             ( ) Setting Trial Date        (✓) Change of Plea Hrg.     ( ) Rule 35
( ) Arraignment         ( ) Appeal from USMC          ( ) Sentencing              ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.                 ( ) Pre-Indictment Plea     ( ) Other:

Defendant appeared:    (✓) in person                  ( ) failed to appear
                       (✓) with Counsel               ( ) without counsel         ( ) through counsel

Filed in open court:
( ) Criminal Information    (✓) Plea Agreement    (✓) Statement of Facts    ( ) Waiver of Indictment    ( ) Discovery Order

Arraignment & Plea:
( ) WFA    ( ) FA    (✓) PG    ( ) PNG    Trial by Jury:    ( ) Demanded    ( ) Waived

Defendant entered Plea of Guilty as to Count(s) 1 of the Indictment    Plea Accepted (✓)

Defendant directed to USPO for PSI:  (✓) Yes    ( ) No

Case continued to 02/26/2021 at 9:00 am  for:  ( ) Jury Trial    ( ) Bench Trial    (✓) Sentencing

Bond Set at:             ( ) Unsecured         ( ) Surety              ( ) Personal Recognizance
( ) Release Order Entered    (✓) Deft. Remanded    ( ) Deft. Released on Bond    ( ) Deft. Continued on Bond

Defendant is:  (✓) In Custody    ( ) Summons Issued    ( ) On Bond    ( ) Warrant Issued    ( ) 1st appearance