# EXHIBIT C

## OATH OF OFFICE - MILITARY PERSONNEL
For use of this form, see AR 135-100, the proponent agency is ODCSPER

INDICATE THE APPOINTMENT FOR WHICH OATH IS BEING EXECUTED BY PLACING AN "X" IN APPROPRIATE BOX.  REGULAR ARMY COMMISSIONED OFFICERS WILL ALSO SPECIFY THE BRANCH OF APPOINTMENT WHEN APPOINTED IN A SPECIAL BRANCH.

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:**          5 USC 1331; 10 USC 275.

**PRINCIPAL PURPOSE:** To create a record of the date of acceptance of appointment.

**ROUTINE USES:**       Information is used to establish and record the date of acceptance.  The SSN is used to identify the member.  The date of acceptance of appointment is used in preparing statements of service and computing basic pay date.

**DISCLOSURE:**         Completion of form is mandatory.  Failure to do so will cause the appointment to be invalid.

*INSTRUCTIONS:*
This form will be executed upon acceptance of appointment as an officer in the Army of the United States as indicated at top of form.  Immediately upon receipt of notice of appointment, the permanine will, in case of acceptance of the appointment, return to the agency from which received, the oath of office *(on this form)* properly filled in, subscribed and attested.

In case of non-acceptance, the notice of appointment will be returned to the agency from which received, *(by letter)* indicating the fact of non-acceptance.

| COMMISSIONED OFFICERS | WARRANT OFFICERS |
|---|---|
| ☐ REGULAR ARMY _____ <br> *(Branch, when so appointed)* | ☐ REGULAR ARMY |
| ☐ ARMY OF THE UNITED STATES, WITHOUT COMPONENT | ☐ ARMY OF THE UNITED STATES, WITHOUT COMPONENT |
| ☒ RESERVE COMMISSIONED OFFICER | ☐ RESERVE WARRANT OFFICER |

I,  'PETER RAFAEL DZIBINSKI DEBBINS _____     ████ 5204 _____
    *(First Name-Middle Name-Last Name)*                         *(Social Security Number)*

having been appointed an officer in the Army of the United States, as indicated above in the grade of ___2LT___ do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office upon which I am about to enter, SO HELP ME GOD

*Peter Rafael Dzibinski Debbins*
*(Signature - full name as shown above)*

SWORN TO AND SUBSCRIBED BEFORE ME AT ___University of Minnesota, Minneapolis, MN 55455___

THIS ___18th___ DAY OF ___September___ 19 ___96___

████ LTC, IN, PMS                                    ████ *(Signature)*
*(Grade, component, or office of official administering oath)*

### FOR THE EXECUTION OF THE OATH OF OFFICE

1.  Whenever any person is elected or appointed to an office of honor or trust under the Government of the United States, he/she is required before entering upon the duties of his/her office, to take and subscribe the oath prescribed by Section 1757, Revised Statutes, *(5 U.S.C. 16, M.L. 1949, Section 118)*

2.  10 U.S.C. 3394 eliminates the necessity of executing oath on promotion of officers.

3.  The oath of office may be taken before any commissioned officer of any component of any Armed Force, whether or not on active duty *(10 U.S.C. 1031)*, or before any commissioned warrant officer when acting as an adjutant, assistant adjutant, acting

adjutant, or personnel adjutant in any of the Armed Forces *(See UCM), Article 136, 10 U.S.C. 936)*.  A commissioned warrant officer administering the oath of office will show his/her title in the block to the left of his/her signature.

4.  Oath of office may also be taken before any civil officer who is authorized by the laws of the United States or by the local municipal law to administer oaths, and if so administered by a civil official, the oath must bear the official seal of the person administering the oath, or if a seal is not used by the official, the official's capacity to administer oaths must be certified to under seal by a clerk or court or other proper local official.

**DA FORM 71, DEC 88**          EDITION OF AUG 59 WILL BE USED UNTIL EXHAUSTED          ✭U.S. GPO: 1989-242-450/02376