# EXHIBIT D

## Filed in Camera and Under Seal With the Classified Information Security Officer