# EXHIBIT E

**Filed in Camera and Under Seal With the Classified Information Security Officer**