# **EXHIBIT F**

12 February 2021

The Honorable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Hilton,

    I am a retired U.S. Army Special Forces soldier that had the unfortunate experience of working with Peter Debbins. I served with Debbins while stationed in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I knew him as an Army Officer, and the Commander of my detachment. I do not remember the exact date Debbins arrived to my unit, but I do recall that he spent some time in the company before his assignment to my detachment. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I did not know Debbins outside of a work environment and his assignment to my detachment was short lived. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The last I knew of Debbins, he had been pushed out of the Army, presumably as the result of security violations while deployed.

    The FBI contacted me last June as part of the investigation into Debbins. It was at that time that I learned about the allegations against him. I was somewhat shocked, but at the same time not completely surprised due to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In regards to that situation, it's my opinion Debbins clearly knew he was violating security protocols but thought he was clever enough to avoid being caught.

    I understand that Debbins provided the Russians information about Special Forces personnel and operations after he was removed from his command as a Special Forces Detachment Commander. This leads me to believe that Debbins provided this information vindictively in retaliation for his separation from the Army. I am furious that Debbins betrayed his subordinates by providing personal information to the Russians without regard for the potential consequences. Who knows what may have happened, or the true extent of damage that was caused by the information Debbins provided? I am personally haunted by the thought that I continued to travel extensively during the conduct of sensitive military operations after my identity and affiliation with Special Operations Forces was disclosed, until my retirement in ▮▮▮▮.

    We will probably never fully realize the damage created by Debbins. His knowledge of Special Forces tactics, techniques and procedures combined with his operational knowledge is a cause of great concern. Debbins' actions in Azerbaijan

tainted the reputation of Special Forces within the Special Operations community, the U.S. Army, the Department of Defense and other interagency organizations. To discover that the Russians recruited Debbins before he entered the military makes me question the screening processes that allowed him to enter the U.S. Army and receive the highest level of security clearance.

      I feel personally betrayed. My Detachment Commander sold me out to Russia. It sounds crazy, and almost unbelievable. As a result of my association with Debbins, for the rest of my life I will need to stay vigilant for possible threats to my safety. I will always have to consider if it's safe to travel to destinations outside of the United States. I will always fear for the safety of friends and family who could be targeted for their association with me. Based on the known facts of the case, it appears to me that Debbins had multiple opportunities to end his treasonous activities. Instead of walking away from jobs in the defense sector, Debbins chose to seek out employment in positions that would provide him with even greater access and placement to sensitive government secrets. Debbins needs to be sentenced to the fullest extent of the law. He is a traitor and the charges against him need to reflect the seriousness of his crimes.

