# **EXHIBIT G**



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 1ST SPECIAL FORCES COMMAND (AIRBORNE)
H-3531, 9TH INFANTRY STREET (STOP A)
FORT BRAGG, NORTH CAROLINA 28310-8500

February 11, 2021

The Honorable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Hilton,

    I am aware of the case against Peter Debbins and that Mr. Debbins pled guilty to conspiracy to provide sensitive national defense information to members of Russia's Intelligence Service. I have also reviewed the Statement of Facts filed in this case. Many of the events took place while he was a Captain in the Special Forces. Specifically, he provided Russia information about Special Forces' company locations, missions, activities, and names of Team Members. Such actions are reprehensible and merit the application of the full weight of the law in sentencing.

    I have commanded units in combat in several countries and at different echelons. Given the nature of special operations, our units often operate isolated and in extraordinarily dangerous environments. In these situations, the success of the mission—and sometimes the survival of the unit—rests on the trust between team members. There is no greater betrayal than the betrayal of one's country and brothers and sisters in arms. Debbins's disgraceful actions brought mortal danger to every U.S. Servicemember and tainted the honorable members of the Special Forces Regiment.

    Mr. Debbins betrayed his oath as an Officer, his Team, and the Special Forces community. By putting his own loyalties first, and providing Russia information about the Special Forces, he risked lives of those he served with and, potentially, future Special Forces Teams. His actions will likely endanger the force for many years to come. Mr. Debbins's actions are a disgrace to the Special Forces Regiment and bring shame to the entire Special Operations community. Conspiring with Russia is a degradation of all the principles we strive to uphold.

    Please do not hesitate to contact me at ▮▮▮▮▮▮▮▮ if you have any questions.

Sincerely,

John W. Brennan
Major General, U.S. Army
Commanding