# **EXHIBIT D**

**Filed in Camera and Under Seal With the Classified Information Security Officer**

Filed with the Classified
Information Security Officer
CISO M Peters
Date 5/7/2021

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| PETER RAFAEL DZIBINSKI ) | Case No. 1:20-cr-193 |
| DEBBINS, ) | |
| ) | |
| Defendant. ) | |

**(U) CLASSIFIED DECLARATION OF**
**SPECIAL AGENT PATRICK M. LUECKENHOFF[1]**