# EXHIBIT E

## Filed in Camera and Under Seal With the Classified Information Security Officer

Filed with the Classified
Information Security Officer
CISO M Peterson
Date 5/7/2021

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| PETER RAFAEL DZIBINSKI DEBBINS, | ) Case No. 1:20-cr-193 |
| | ) |
| Defendant. | ) |

**(U) DECLARATION OF SUBJECT-MATTER**
**EXPERT REGARDING NATIONAL DEFENSE INFORMATION**[1]