IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| PETER RAFAEL DZIBINSKI DEBBINS, | ) | Case No. 1:20-cr-193-CMH | |
| | ) | | |
| a/k/a "Ikar Lesnikov," | ) | | |
| | ) | | |
| Defendant. | ) | | |

**<u>NOTICE OF FILING OF THE GOVERNMENT'S MOTION TO SEAL</u>**

The United States, through undersigned counsel, has this day filed the Government's Motion to Seal and Supporting Memorandum, and Proposed Order, pursuant to Local Criminal Rule 49(E).

                                             Respectfully Submitted,

                                             Raj Parekh
                                             Acting United States Attorney

                          By:       /s/
                                 Thomas W. Traxler
                                 James L. Trump
                                 Assistant United States Attorneys
                                 United States Attorney's Office
                                 2100 Jamieson Avenue
                                 Alexandria, Virginia 22314
                                 Telephone: (703) 299-3700
                                 Facsimile: (703) 837-8242
                                 E-mail: Thomas.traxler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                                                                           /s/
                                                                 Thomas W. Traxler
                                                                Assistant United States Attorney