# EXHIBIT D

Case 1:20-cr-00193-CMH   Document 47-4   Filed 05/07/21   Page 1 of 5 PageID# 398

11 February 2021

The Honorable Claude M. Hilton
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Hilton,

I am Peter's older sister by eight years. I am married and have five wonderful daughters. I have a BS in Electrical Engineering from the University of Minnesota (1991). I worked as an electrical engineer before becoming a full-time homemaker. For the past 7 years I have been working as a math tutor at local community colleges. I have been approved as a third-party custodian for Peter by the Eastern District Court of Virginia.

Peter is one of the youngest in our family of 17 siblings, 10 adopted and 7 biological, growing up in NE Minneapolis. Attached is a newspaper article about our unusual family. We were taught high ideals and aspired to live them. We were raised in the Roman Catholic faith and strive to develop our consciences and live morally. Our mother was born in 1936 in the Ukraine of Polish/Lithuanian and Ukrainian descent. We were raised in a multicultural family: Minnesotan, Polish and Ukrainian, Korean, Indian and African American. We learned of our mother's stories in the German labor camp near Nordheim (1943-1945) and then in a displaced persons camp until 1949 when she immigrated to Milwaukee, WI with her parents and only brother. Once I asked our grandma, Valeria Sienkiewicz (our mother's mom), why she didn't return to the Ukraine after WWII. She told me they came to the United States to be able to practice their religion free from persecution under a Soviet atheistic regime. Our father served in the US Army during the Korean War ('54-'56) as a specialist 2nd class.

The news of Peter's arrest left me reeling for days as it was so out of character. He is a law-abiding citizen, proud of his military service and his honorable discharge. As with most military service people, Peter selflessly left his young growing family to serve our country. When his wife was pregnant with their first child, Peter left for a month of Army training in North Carolina. Conscientious as ever, he arranged for her to stay with me in Minnesota for a month while he was away.

In October 2005, shortly after Peter's family moved into a new house in St. Paul, MN our daughters were playing on top of the bed. My daughter fell off and bumped her head on the old-style ribbed cast iron radiator and suffered a major head injury – her skull was punctured. She stayed in Mpls Children's Hospital intensive care for 3 days and underwent a craniotomy. Fortunately, thanks be to her surgeon and their guardian angels, she did not suffer any long lasting neurological damage, although she still has plates and pins in her skull. As you can imagine the hospital bills were exorbitant. We were a growing family with five children on a single income. While our daughter was still in the hospital and without knowing the cost of her medical bills, Peter offered, without us asking, to put the accident as a claim under his homeowner's insurance since the injury occurred in his house. As it turned out, our insurance covered 100% of the medical bills. My point is that Peter never shirked from taking responsibility when needed. He has always been a thoughtful conscientious person who erred on the side of being too noble.

He has great remorse for the hardship he has caused his family and country. Personally I don't understand why he changed his plea, since his intention was always to do what was right. If he considered himself guilty of anything it must have come from his strong desire to take full responsibility for his actions. Peter is honest.

After the incident of our daughter's major accident we could have had a falling out, but we didn't. I think Peter's offer to pay the medical bills was an example of him taking responsibility and he was truly sorry that my daughter was injured at his house. We continued to foster a loving relationship between our families and especially between our daughters.

Peter is not a spiteful person. He has a generous spirit. I learned this past fall that the previous renter of Peter's Gainesville home still owes him around $7,000 for past rent. I saw an email that Peter wrote to the renter offering to arrange a payment plan rather than taking him to small claims court. As it turned out, the renter never responded. Peter did not pursue the matter further and is now short $7,000. Peter also has given away a car that the family had in England. He gave away nice furniture rather than seeking monetary compensation.

Peter's nobility of heart is evident in this court case. Peter's time in the detention center has allowed him to reflect on his actions. In detention Peter became downtrodden, as expressed in his letters and phone calls, lamenting many times on the phone for the hardship he has caused his family and country. At the time of his arrest he had been very involved with the upbringing of his children. Ever since the family returned from England, unemployed Peter had been the main caregiver to his 2-year-old while his wife worked. He told me once on the phone from detention that he missed his family, but especially his youngest daughter. He is an excellent father. After his guilty plea the prospect of incarceration pains him because his innocent children deserve his presence and fatherhood. His wife and daughters still need Peter. Society will be better off if Peter is able to continue raising his family than if he were to be incarcerated. His family will probably lose their house if Peter is incarcerated. He has always been an honest, hardworking provider for his family. His family is so important to him. He left the military to be able to be with his young growing family on a more consistent basis. He has always taken his family with him when possible to his military and civilian work assignment and travels. Many of the photos from his house can attest to his role as a devoted family man. I am positive Peter would not violate the law in the future. If allowed to be with his family, Peter has many options for work such as teaching. His expertise is reflected by his past career successes.

Dear Judge Hilton, please grant Peter the maximum clemency in his sentencing. Thank you profusely for your consideration and thank you for your service to our country.

Sincerely,

Joan Weimholt

Cc: Peter Debbins, David Benowitz, Rammy Barbari

~ DEC 1981     Honeywell Inc. Circulator, Minneapolis, MN



Mark Joseph, 6



Andrew, 8



The Oebbins family gathered for a portrait. Pictured, left to right, in the first row are: Maria, 20; Sarah, 10; Dave; Stefan, 8; Elizabeth, 17 and Monica 13. In the next row, left to right, Vickie; Mark Joseph, 6; Peter, 6; Andrea, 16 and [redacted]. Behind them, left to right, Joseph, 18; Andrew, 8; Grandma; Daniel, 18 and Nathan, 11. In the back is John, 12. Not pictured are Martina, 24, and her husband, David Adams, a Honeyweller at New Brighton. Martina and David are the parents of the Oebbins first grandchild.



Sarah, 10



Talk about crowded bathrooms. Pictured are, left to right, [redacted] Sarah, Peter, Stefan and Mark.

# A house full of kids and love

The most precious gift a child  includes adopted children of  stem or crisis. And believe me...

"The most precious gift a child can ever receive is the security of a loving home."

The 16 children of David and Vickie Debbins have that special gift. The family -- a delightful mix of their biological and adopted children of various backgrounds -- share a big, comfortable home in northeast Minneapolis near the Stinson plant where Dave is an Avionics division engineer.

Dave and Vickie adopted their first child in 1963 and Maria is now 20-years-old and a college student. Since then, nearly every year there has been a new little person added to the family.

"We were pioneers when we adopted our first black child," Vickie said, "because interracial families were not very common. But now the only thing that makes us different is the fact that there are 18 people in the family." Today the family includes adopted children of Korean, Eastern Indian and black heritage.

"Actually, people outside our immediate family don't pay much attention anymore when we announce we are adding another member to the family," Vickie said. "In fact, sometimes I think people imagine that I am home arranging for a new child just to surprise Dave when he comes home from work."

Life, according to Vickie, is very simple in their home. "We eat simple, nutritious meals, and because everyone helps everyone else and we all share in the housework and cooking, by the time the children are 11 or 12 years old, they are very self-sufficient.

"I take care of the little ones and the ones that need special care," she added. The family includes one little girl with Downs Syndrome and a physically handicapped boy.

"Since we have always been a growing family and have had to share, the children don't have unreasonable expectations. As they get older," she continued, "they find jobs -- paper routes and babysitting before they are old enough to work out -- so by the time they are interested in clothes and other extras, they pretty much take care of themselves."

Vickie said that in raising a large family she has found that there are no two children alike whether they are biological brothers and sisters or adopted brothers and sisters. "Each has his or her own personality and remembering that makes it much easier to cope with a problem or crisis. And believe me," she added, "we've faced them all."

Dave added that there is the normal sibling rivalry but never a problem with accepting a new person into the family. "It's always exciting when a new child arrives," he said. The two newest members in the family are ▓▓▓▓▓ who came from Calcutta, India, when she was three-months-old and six-year-old Mark Joseph who joined the family last March.

In addition to their own family members, the Debbins also have three young men from Ethopia currently living with them. The three are recovering from open heart surgery and are attending schools here.

"We are hoping they all can stay here until they at least complete their educations," Vickie said, "but because of tightening immigration rulings and the unavailability of money for educating persons who are not citizens, this could be very difficult." Vickie, however, with all her expertise in arranging for passports, visas, adoptions, transportation, etc., will certainly find the way to keep these men here if at all possible.



Peter, 6, is the studious member of the family.

The three Ethiopian members of the household chatted with Dave. They are, left to right, Tsegai, Atmafu, Dave, Soloman and with them Zalalem, also from Ethiopia, who stayed with the family for several weeks recently.