# EXHIBIT E

March 15, 2021

The Honorable Claude M. Hilton
United States District Judge
United States District Court for the Eastern District of Virginia 401 Courthouse Square
Alexandria, VA 22314

Dear Judge Hilton,

My name is Josef Debbins, I am the eldest brother of Peter Debbins, and also first-born son of Victoria and David Debbins who raised 17 children, 7 biological and 10 adopted. Incidentally, Peter was the last-born son of our parents, and there is 12 years between Peter and I. I have a BS in Electrical Engineering, a master's degree in Applied Mathematics, and PhD in Biophysics (MRI), and I speak French fluently having studied abroad. I have had the honor of serving the USAF and NAVY as a civilian contractor (Top Secret clearance).

Peter, growing up, was what I would consider a bookworm, reading many books, fascinated by world history. He spent a lot of time reading while the rest of us high school kids were playing basketball and ice hockey in Minnesota.   Peter's nickname at the time "the Professor".  Once I recall, we were short one man for street football so I recruited Peter to join the game and found him reading a Cyrillic alphabet primer with pictures ... he must have been 6 or 7 years old.  Peter is an intelligent, and knowledgeable person, but he would sometimes "show off" by emphatic regurgitation of obscure facts that the rest of us mortals would never even considered... it was his way of saying "I'm just as good as all you guys!" I tell this story to demonstrate Peter's academic prowess, and his world view, which culminated later as a top graduate of the DC-based Institute of World Politics, where he earned his master's degree. I was especially proud when Peter joined the Army ROTC.  Peter fully embraced the military life, demonstrated by his induction into Special Forces.  During this time, I kept in touch with Peter through his various deployments and relocations.

Peter settled in St. Paul with his growing young family when he left the Army. During these years, I observed Peter's dedication to his wife and children.  Peter is a wonderful father and husband, with a unique directive to the ambitions of his children: "you figure it out like we did in the Army" I heard him repeat.  Peter is also a kind and generous man, he opened his home to us many times when my family would visit. He took a somewhat "menial" job as a trucking dispatcher, but recognized the responsibility he had towards his family (and his mortgage), no matter how he felt about his status in this job at the time. To me, this clearly demonstrates that he is a productive member of society, and very responsible. Peter is also a man of deep faith, bridging the Eastern Orthodox faith of his spouse with his own culture growing up as a Roman Catholic. Any given Sunday, his family attended Latin Mass, and he would, by example, quietly evangelize his co-workers.

Understanding that Peter has pled guilty to all charges puts him in a tough spot, since nobody likes a "spy", not even the most impartial jury. That said, I maintain that the charges that he is truly guilty of are "hubris" and "self-bravado". Because of his language skills, he could readily connect with Russians; whether the lady running the bakery or sweeping the street, or being naively cornered by Russian intelligence actors. Court documents disclose Peter never handed over the requested Army field manual, nor did he regularly collect money from the Russians.  Surely he enjoyed all the adulation coming toward him from Russian intelligence, but the meetings frankly were sparse, with months and years of nothing, or little … however "James Bond-ish" it may seem.

Peter met his now-wife while backpacking some 20+ years ago as a college student studying Russian, in where else, Russia. His spouse is not some modern-day Mrs. Lee Harvey Oswald…as is implied. They met, fell in love, and were married, it's that simple. I have had the pleasure of meeting her Russian parents, really wonderful folk. Today Peter and his wife have 4 daughters, ages 3 to 19. They need their father to come home and provide for them somehow.

Peter is deeply sorry that he allowed his hubris to influence his poor decisions. He is a changed man, he has a strong sense of how his actions have negatively affected others, in particular his own family. In his letters, he has expressed profound remorse for the things he did wrong, and how it impacted others. He has cooperated fully with the authorities (FBI, etc), made a full confession, pled guilty…what an honest and humble man would do.

Peter could do much more for our country if not in prison; he speaks Russian fluently and is well-versed in foreign intelligence matters. Peter's skills could benefit the FBI to leverage his intelligence and language abilities, basically put him back in the game, solidly on team USA. More jail time does nothing for team USA, not including what it costs to jail individuals for room and board over multiple years.

Your Honor, I humbly request leniency for my brother Peter.


Sincerely,

Josef P Debbins PhD, PE, DABMP
Phoenix, Arizona