# EXHIBIT F

March 10, 2021

Dear Judge Hilton,

I am John Gerard Debbins, the elder brother of Peter of six years.  Some of my earliest memories are of his baptism, in short I have known Peter his entire life.  I have studied Spanish and History at St. John's University and graduated in 1991.  I served in the US Peace Corps in Zaire and Paraguay (1991-94), and became a teacher in Los Angeles through the District Intern Program (1997-99).  I worked at the American School of Asuncion from 1999 to 2005 in Paraguay, where I met my wife, a Dutch citizen.  My spouse and I lived and worked in Malawi from 2006-07; she as a medical officer at a mission hospital and I as a commercial bush pilot and elementary school teacher in Mzuzu.

In 2007 we returned to the Netherlands for the birth of our eldest son and further my spouse's medical training.  We had two more children during this time, my wife studied and worked, while I worked as a stay home father and as a part time teacher at a local international school.  We lived in the Netherlands until 2012, when we immigrated to Australia, where we are currently residing.

When I first read the Indictment of my brother Peter, I realised that the narrative reflected the views and motivations of writers and did not present an accurate description of the man who is my brother.  The first indication of the writer's views is illustrated by the inclusion of my mother's place of birth on the indictment.  It sets a tone and implies a nefarious family past somehow connected to the USSR.  My mother often said that she could not have adopted 10 children and birthed 7 and have a mixed race family in any other country in the world.  She was an American citizen, critical yet thankful of her country, the United States.

Peter Debbins is a man who could be severely misunderstood by those lacking his sense of history and spirituality.  The indictment is an example of him being taken out of context.  We are products of American individuality and exceptionalism adopted and given witness by my parents, and the greater American society. It is no surprise that Peter joined the Special Forces and I the Peace Corps, both espoused by President Kennedy in the golden age of American Idealism.  Peter and I saw this American idealism and exceptionalism impact the world at home and around the world.  When President Ronald Reagan asked to Gorbachev to "take down that wall", it happened.  We witnessed daily how America and American individuals changed the world.

When Peter spoke of his travels to Russia, he not only told me of the religious oppression and fear suffered by the Russian people under the Soviet state but also of the kindness and generosity of the people.  The kindness and generosity he received were a reflection of his own kindness and generosity.  Few of his American counterparts have experienced Russia at this crossroad in history and it would be difficult for him to adequately describe his experiences to his counterparts.  We should realise that the geopolitical world has changed dramatically since the times indicated in the indictment.

From what I understand of the Indictment of my brother is that all the damaging information was provided by Peter and that the case is based upon that information.  His provision of this information is a testament to his good character.

Peter's guilty plea is also a testament to his character.  He realises that historically he does not fare a very good chance of being acquitted.  He is thinking of his family and the ongoing financial and emotional burdens to those close to him that would be prolonged by taking his case to trial.

I sincerely believe that Peter will continue to be caring father, husband and citizen to his wife, daughters, family, peers and the greater US community. His actions throughout his life and in this case have illustrated that he will continue to be an outstanding US citizen.  Please do not hesitate to contact me if you should have any further questions.

Kind regards,

John Gerard Debbins

2