# EXHIBIT G

February 22, 2021

Elaine & Fred Groshek

The Honorable Claude M. Hilton
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Hilton,

My husband and I own and live on a small dairy farm in central Wisconsin that we worked until our retirement in 2010. I am Peter's paternal aunt.

Peter and his parents and 16 siblings visited our farm on many occasions to the children's delight. It was difficult for us to get away, so their visits were a real highlight. I have been in touch with all the family as they've grown into young adults and from their visits to the farm.

From my observation, Peter stands out as the nephew who believes 2nd best isn't good enough. When he was little he liked ducks. So, he began to study ducks. No one knew more about ducks than Peter! He took up the difficult challenge to learn Russian and succeeded. When he joined the military his goal was the elite rangers. Also, he is an excellent father and attentive husband.

When Peter was a teen he started to study WWII. I assumed because his mother came here as displaced people after the war and wanted or was curious about her plight. Also, his maternal grandparents traveled from Milwaukee to Minneapolis separately many weeks of the year to help out with caring for all the children. His Eastern European elders with their accents and strange language may have fascinated him.

I lived with these grandparents from 1967-71 in Milwaukee. Peter's grandma told me about their experience and hardship. They voluntarily left their home in the Ukraine to go to Germany because she feared communism more than Hitler. Once they arrived they were put on cattle cars and sent to labor camps. Conditions on the train and in the camps were very bad. After their liberation they were sent to displaced person camps until an aunt in Milwaukee sponsored them here. Peter's mother was 14 years old. She was a wise, holy and giving human being. She passed away 2004 at age 67 from Parkinson's which may have been a result of her wartime exposure to chemicals and illness.

I remember a letter Peter sent from Russia circa 1990's to the family describing conditions there: lack of good nutrition; poor health care; alcoholism; skin boils (a sign of ill health) and premature death. He really seemed to care about their bad situation.

As a proud American blessed to live here, a crime like Peter's is very serious. But I love Peter. He is family.

The reason I'm writing is to ask your honor for clemency for Peter. His letters to us show his deep sorrow and regret for his mistakes and the problems his behavior has caused. He is also very concerned about his wife and four daughters. ages 3 to 19. They need him emotionally and financially.

Maybe the court could require him to do lots of volunteer work: homeless shelters; food kitchens; habitat for humanity and so on. This would help Peter heal more than incarceration for the terrible act he has committed. When his mother was single and a public health nurse in Milwaukee I used to accompany her checking on the needy. Helping those in need is in Peter's **DNA.**

Your Honor, thank you so much for your time and consideration given to my letter to you.

Sincerely,

*Elaine Groshek*

Elaine Groshek