# EXHIBIT I

# Judy Makowske.

February 9, 2021

The Honorable Claude M. Hilton
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Hilton,

I would like to put in a good word for Peter Debbins!

I knew the Debbins Family from our church community and somewhere in the 70's or 80's shared a hotel room with his mother Vicky when we attended a State DFL Convention (Duluth or Rochester?) where I really came to know her and the family. Peter, as he was growing up in this very large very diverse (adopted and tummy babies) family, stood out to me...bright, energetic, and altruistic.

As a mother of 4, (including a son who served five years in the Air Force), owner of a printing brokerage business (for 28 years), Delegate to the Democratic National Convention in 1980, twice elected to 4-year terms on the St. Anthony City Council (suburb of Minneapolis), elected to a two-year term as a Hennepin County Commissioner, and active in our parish where I also worked for 12 years, I have been heavily invested in our mostly blue-collar community.

NE Minneapolis/St. Anthony is people who value hard work, honesty, and sincerity.  This is the fabric that surrounded Peter in his formative years and I believe he is truly cut from this cloth.

While I can't speak for Peter in the present, I am happy to serve as a reference based on my knowledge of him while he volunteered and worked for my campaigns and in my office after I was elected to Hennepin County Commissioner (1989-1990). I trusted Peter with campaign strategy and loved his take on politics and people.  He worked well with my Staff Aide Joe Godava and Secretary Mary Hollenbeck and they loved him as I did!

The last time I saw Peter was fourteen years ago, with his young daughter, in 2007, at the funeral of Joe Godava. The funeral at Holy Cross Church gave us an opportunity to visit.  Peter was very committed and loyal to the people he worked with on my campaign and while I was in office, so I was not surprised to see him there.  (Please note that is 17 years after Peter and Joe worked together in my office.)

Peter signed in the guest book for Joe -

*"To all of Joe's friends and family, please know what a wonderful man and great friend Joe was to all of us. Your loss and grief is shared by many. **Joe has been a close friend and mentor to me** and many others, for many years. We will miss you."*

Pete Debbins
September 13, 2007 | St. Paul, MN

I believe my confidence in Peter's integrity was not misplaced and that he has much to offer his family, his community, and his country in the years ahead.  I have a hard time believing that Peter would knowingly betray any confidence that was entrusted to him.

Thank you for the opportunity to voice my support for Peter Debbins.  May the Spirit of Wisdom and Mercy prevail in his hearings and sentencing.

                                                           Judy Makowske     02/09/2021