# EXHIBIT J

12 February 2021

The Honorable Claude M. Hilton
United States District Judge
United States District Court for the Eastern District of Virginia 401 Courthouse Square
Alexandria, VA 22314

Your Honor,

I hope this letter finds you well and in good health. My name is Michael Hansen. In writing this, I aim to give you my vantage point and perspective of Peter Debbins' character as I have come to know it.

**Personal background for context purposes:** I am a Marine Corp veteran (2002-2010) who had the great honor of receiving four all-expenses paid vacations to Southwest Asia in support of OIF and OEF. During said time I can't promise I was a perfect Marine, perhaps "good Marine" is an oxymoron, but I won't bore you with semantics. I was awarded the Naval Commendation Award for helping to create the Joint Prosecution and Exploitation Center in two locations across Iraq. Here we were working to reduce the recidivism rates and enhance the quality of evidence that was captured as detainees were processed through the Criminal Courts of Iraq (IZ). I was also Combat Meritoriously Promoted to Sergeant for my efforts building a team and the operation procedures for the first Political Intelligence Cell in Western IZ. The rest of my time was spent as an Intelligence Analyst working for a variety of DoD clients in analysis and some counterintelligence work in Afghanistan.

I am currently the National Director of Military Affairs for a national private organization (Power HRG) based out of Philadelphia, go Birds. I pitched and built a military affairs team that recruits, trains and develops veterans and military spouses across our national footprint touching 22 states. Ironically, I am currently spearheading a program to hire, train and develop justice involved individuals as they leave the prison system and reintegrate into society. I never thought this program would hit so close to home.

**Relationship with Peter Debbins:** I met Peter in the winter of 2012 while in graduate school at the Institute of World Politics in DC. An outgoing Marine vet and an Army Officer walk into a bar. Match made in heaven. Needless to say Peter and I got on well. We shared our love of history, current affairs, educational problems and future goals. Basically we were on our way to running the world. I am an ambitious and energetic bastard. Peter and I shared that chemistry. Truth be told I was dealing with some pretty heavy PTSD and depression. I was bartending full-time, going to graduate school full-time, and exploding mentally full time. Peter's first role in our friendship was that of a life coach. Our late night soiree's after class usually shared a plethora of beer and crab pizza at Stoneys Pub a block away from school while we spoke about life and the future. This became our church so to speak. Good times and very impactful conversations. To summarize, Peter got me through through a very hard time in my life, and that cemented a friendship which we've maintained since.

Peter was a student advocate, and someone who loved to learn and debate with our students in the school. Never overbearing, always took the time to listen and learn, but almost always more

well read than everyone else. A vivacious reader, I always relied on context clues and cliff notes to try to outwit his vast historic knowledge. Unsuccessfully, I'll give him that much.

In the years to follow, Peter and I maintained our relationship. Checking in in person or over the phone. Bridging connections to help each other grow both personally and professionally, always sharing what we were currently reading that most inspired us. I look back on our eight year friendship positively with nothing negative to say, rather that every conversation was an inspiration to continue to grow, serve and tap into our true life's potential.

**Closing Thoughts**: After spending eight years in the intel community, I learned how to read people, judge character and determine peoples value systems. While this case and evidence suggest I might have missed a few things, I asked myself to really evaluate our relationship and consider all angles and ulterior motives. I am a patriot who loves my country and appreciates world history. The reality of this case really presents me with an internal conflict. I reflect on what my service meant and what are the values I hope to live in order to impart them on my children. While I cannot speak for the law, I will speak to character. Peter has been a true blessing in my life and an absolute asset to society. I would gladly place my reputation on his character as I have come to know it, and, if given the opportunity, I would hire him to work in our company immediately. Give my regards to him and his family.

Thank you for your time Judge Hilton.

Semper Fidelis

**Michael P. Hansen**

*[signature]*

*"The nature of humanity, it's essence, is to feel another's pain as one's own, and to act to take that pain away,. There is a nobility in compassion, a beauty in empathy, a grace in forgiveness."*

― John Connolly