# EXHIBIT K

February 3, 2021

The Honorable Clavel M. Hilton
United States District Judge
United States District Court for the
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Your Honor,

      My name is Claudia Riley and I am writing in regard to Peter Debbins. I have known Peter since he was a youngster. He and his family lived a block away from our family. He would come to our house and play with my son Michael. He was always very polite and respectful. As he got older, I didn't see much of him - with high school, college, and the service but he did keep contact with my son Michael.

      The next time I saw Peter was 2002, shortly after my son Michael committed suicide. Peter, his wife Lena, and their baby came to visit me and brought me a bouquet of flowers. He was very sad and expressed his sympathy and concern for me and our family. I was very touched.

      I was surprised about Peter's conspiracy charges. He was a neighborhood kid, growing up in a family of 17 kids. He was a hard worker, a free thinker, and many aspirations for the future. He has been a good husband and a caring father.

      I hope and pray that his sentencing will be as short as possible so that he may return to his family.


      Warm regards,
      Claudia Riley