# EXHIBIT L

**STEVAN BECKER**

The Honorable Claude M. Hilton
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Hilton,

Peter Debbins worked as a Transportation Coordinator at Trademark Transportation from 2006 – 2011 where I served as Executive Vice President. His integrity, reliability, and ethics were of the highest standards. His commitment and contributions were vital to our company's growth, during challenging economic times.

As the company made profound transformation in the way we did business and the role of each employee, Peter stood out as a person who would take ownership and provide leadership in one of the most challenging areas of our company. His loyalty to our company's goals and dedication to treat our vendors with respect and fairness was consistently demonstrated.

He was always willing to help other employees and provide support where he could. He was a self-starter and wasn't deterred by problems. He was smart and quick to size up a situation. He asked good questions and willing to see things through to their conclusion. He had good insights and instincts. He was always considerate of others and willing to help where there was a need.

His departure was felt by the entire company and his reputation for honesty and doing the right thing was admired by others. He was one of the hardest workers I've known and took on some of the greatest challenges.

Peter participated in a small group with me that gathered every Monday morning. We were all men of Christian faith discussing how to live out Christian commitments at work, at home, and in the community. It was obvious that Peter's wife and children was very important to him. His own personal development as a man of character was important. I found him to be very open to learning and admitting his own mistakes and shortcomings.

He was proud of his military service and the opportunity to serve his country.

I believe Peter has a good character and is willing to learn from his mistakes. He's a person who takes responsibility and, if I were still working, even with the current situation, I wouldn't hesitate to hire him again.

Sincerely,

*Stevan Becker*
Stevan Becker