# EXHIBIT M

# *Holy Trinity Catholic Church*

*8213 Linton Hall Road*
*Gainesville, VA 20155*
*(703) 753-6700   fax (703) 753-6286*
*www.holytrinityparish.net*

Feburary 4, 2021

The Honorable Claude M. Hilton
United States District Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Your Honor,

I am a Catholic priest of the Diocese of Arlington, Virginia. In my earlier life I earned a B.A. with a double major in Political Science and History at Binghamton University in New York, followed by an M.A. in American Politics at the Catholic University of America in Washington, D.C. I received a Masters in Divinity at Mount Saint Mary's Seminary in Emmitsburg, MD in 2001, and was ordained to the priesthood in June of that same year. Since then, I have served in six different parishes in Northern Virginia, including my current assignment at Holy Trinity parish in Gainesville.

I write to you as a character witness of Peter Debbins, who has been a parishioner at Holy Trinity Catholic Church since 2016,

As our parish has over 4,000 families as members, I have only come to know Peter by name since his detention this past Summer, via a letter he sent to me in November and a few rather lengthy phone conversations, one before and one after his guilty plea for the charge of conspiracy to gather or deliver defense information to aid a foreign government.

Although I cannot claim to know Peter very well, based on his letter to me and our phone conversations I am sincerely impressed by his care and love

for his wife, Yelena, and four daughters, and his commitment to reform his life. In all my contacts with him, Peter has shown himself to be an honorable man who cares more about his family than himself and who is taking responsibility for his past mistakes and would not repeat them. I would not write this letter unless I firmly believed that Peter possesses no security threat to our nation and wants to live the rest of his life as a good American citizen.

Therefore, I humbly request the greatest allowable mercy and clemency in his sentencing that he may have be able to reform his life and help his wife raise their family. During whatever time he is incarcerated, I also humbly ask that he may be allowed the spiritual support of regular (monthly?) visits from a Catholic priest which he so yearns for and which I am confident, will aid in the reform of his life and being a productive member of society.

If you have any further questions, please do not hesitant to contact me at 703-753-6700, extension 118.

Sincerely,

Rev. Fr Richard T. Carr,
Parochial Vicar