# EXHIBIT P

Dear Judge Hilton,

This is Vera Debbins, the eldest daughter of Peter Debbins. I am currently a college student and work part-time. I am an outgoing person and have many skills that are thanks to my father. My father and I have been really close for as long as I can remember. Many of our interests coincide and I have learned a great deal from him. Acknowledging the serious conspiracy, I personally, do not feel I can say much of the current conviction.

From the twenty years of knowing my father, he has always wanted to help others. Wherever he went he would try to ensure he could help others before himself.  He would always feel immense joy when he could help someone out. Many people at his work would go to him for advice or help in moving up. He is the person many people would go to for help on their resumes, interview practice, and work presentations. When the people would get the job they hoped to get, they would thank my father. At The Holy Trinity church, my father would participate in choir and donate as much as he could because he knew from his own times of struggle growing up, he wanted to continue the cycle of kindness in helping others. The relationship my father had with his family, his workplace, and community was always compassionate and friendly.

I definitely think my father is a productive member of society because he enjoys doing things, working on projects, renovating around the house, helping his daughters, and helping others. I do believe my father will continue working hard or harder because he has a big family, many friends that would depend on him, and because he enjoys working.

I feel this offense was very out of place for my father because it does not align with my father's viewpoints. Growing up my father was very patriotic and for him to go against his country would not make any sense or to me from our shared conversations. Considering this happened before my time I do not believe such an incident would occur in our present time and into the future. I think that the lesson my father learned from this would be to be honest from the start. As someone at a similar age I feel sympathetic of the situation, although I believe this hurt the family the most overall.

Jumping to my father's military service, my father would talk about it all the time, had the pictures or mementos hung up everywhere. He really encouraged me to join because he said it would give me the skills and knowledge from it which I would carry forever. It is a strong thought but with the recent conviction it made me hesitant on joining. I was born on an army base here in the U.S. and was able to have a part of my childhood moving around. Many of my personal memories are the long drives my father and I would share, whether it was road trips, school rides, volleyball practice, music lessons, or driving me to my friends. I always felt those times were special. We would share our music, discuss political topics, movies, and just things to accomplish. I would go to the gym with my father as well Ever since my father has been gone, it feels eerie going into a car and not hearing his music or going to the gym and not being able to ask my dad for tips.

I used to dread my dad blasting his classical music early in the morning, but I miss it so much. I miss my father a lot. Writing this letter hurts. I hope my father will be home soon so my sisters,

mother, extended family, and I can hear all the wonderful knowledge or stories my dad likes to share.


Thank you and Sincerely,

Vera Debbins.