# EXHIBIT Q

Dear Honorable Judge Hilton,

I am writing to tell you my experiences with Peter Debbins and to request the maximum clemency possible.

I am a blue-collar trucker, husband, and father of children of similar ages as Peter's children.

We met in the beginning of 2020 through an accountability group for men at a local church.  We chose Peter to be the group leader/organizer.

In the time I've known Peter, he has been and remains committed to personal growth and integrity, accountability, his family, country and community.

This man came forward, on his own and disclosed EVERYTHING, unprompted, from events that happened almost half a lifetime ago.  This is an example of Peter's dedication to integrity and accountability, despite the costs.  He is a great example to us all.

His other examples and encouragement directly affect me in my life.  His example of honesty, openness and vulnerability continues to anchor me to what I need to do for myself and family.  Before I met Peter, I was in the brink of certain divorce and wrecking my family.  But with his example, leadership and drive for improvement, my family, while still broken, is closer than ever before and making great strides towards healing.  Only one year ago, this was impossible.

I am so confident that he will continue to be a model citizen, father, husband and a healthy, productive contributing member of society.  As a father and husband myself, I know Peter is needed back at home for his wife and children.

We, in the accountability group, will also be there to ensure Peter's continued growth to maintain the highest level possible of accountability and integrity.

Your Honor, I fear continued the in prison will be an example for others to remain silent, when they should be following Peter's example and his lead to come forward and be accountable for any transgressions, no matter how long ago.  Please consider the maximum clemency possible for Peter.

Gratefully,

Anthony Catabui