**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

| | |
|---|---|
| **UNITED STATES** )<br>)<br>v. )<br>)<br>**PETER DEBBINS,** )<br>        **Defendant.** )<br>) | Criminal No. 1:20-cr-193-CMH |

**DEFENDANT'S MOTION FOR LEAVE TO
FILE SEALED AND REDACTED MATERIAL**

Defendant Peter Debbins, by and through undersigned counsel, pursuant to Local Crim. R. 49 (C), respectfully moves this Court for an order to seal Exhibit B to Defendant's Memorandum in Aid of Sentencing. The Exhibit contains confidential health information regarding Mr. Debbins related to this matter. Exhibit B will be provided to the Clerk's Office under separate sealed cover. The sealing requested by Mr. Miserendino is necessary to ensure the privacy of this health information. *See J.D. v. Colonial Williamsburg Found.*, No. 4:17-cv-101, 2018 U.S. Dist. LEXIS 93897, at *1 n.1 (E.D. Va. June 1, 2018).

Defendant further moves, consistent with this Court's long-standing policy of discouraging the filing of sealed material, to redact a portion of Defendant's Memorandum in Aid of Sentencing. *See* Local Civil Rule 5 (C). The proposed redacted portion of Defendant's Memorandum in Aid of Sentencing references, in necessary detail, the personal health information proposed to be sealed in Exhibit B to Defendant's Memorandum in Aid of Sentencing. Accordingly, an unsealed, redacted version of Defendant's Sentencing Memorandum shall be filed in the public record. *Id.* An unredacted version of Defendant's Sentencing Memorandum will be provided to the Clerk's Office under separate sealed cover.

**WHEREFORE**, for the foregoing reasons, Mr. Debbins respectfully requests that this Court grant his Motion for Leave to File Sealed and Redacted Material and order that:

1) Defendant's Exhibit B to Defendant's Memorandum in Aid of Sentencing be sealed, and entry on the public docket of Exhibit B be delayed until further order of this Court; and,

2) an unsealed, redacted version of Defendant's Sentencing Memorandum shall be filed in the public record until further order of this Court.

Respectfully submitted,

_____/s_____
David Benowitz
VSB # 91194
*Counsel for Peter Debbins*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
(202) 417-6000
david@pricebenowitz.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May 2021, I caused a true and correct copy of the foregoing Motion for Leave to File Sealed and Redacted Material to be delivered via CM/ECF and email to Assistant United States Attorneys David Aaron, Thomas Traxler and Jim Trump, United States Attorney's Office, 2100 Jamieson Avenue, Alexandria, Virginia 22314.

_____/s/_____
David Benowitz