IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Criminal No. 1:20-CR-193-CMH |
| | ) |
| PETER DEBBINS, | ) |
|     Defendant. | ) |

ORDER

Upon consideration of the Defendant's Motion for Leave to Filed Sealed and Redacted Material in the above matter, it is hereby,

**ORDERED**, that the Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that Exhibit B to Defendant's Memorandum in Aid of Sentencing be sealed and that entry on the public docket of Exhibit B be delayed until further order of the Court; and it is hereby,

**FURTHER ORDERED**, that a portion of Defendant's Memorandum in Aid of Sentencing be redacted and that entry on the public docket of an unredacted version of Defendant's Memorandum in Aid of Sentencing be delayed until further of this Court; and it is hereby,

**FURTHER ORDERED**, that Defendant shall provide a copy of Defendant's Exhibit B and an unredacted copy of Defendant's Memorandum in Aid of Sentencing to the Clerk's Office under separate sealed cover.

May 10, 2021
DATE

_Claude M. Hilton_
**CLAUDE M. HILTON**
United States District Judge