IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| PETER RAFAEL DZIBINSKI DEBBINS, | ) | Case No. 1:20-cr-193-CMH | |
| | ) | | |
| a/k/a "Ikar Lesnikov," | ) | | |
| | ) | | |
| Defendant. | ) | | |

**NOTICE OF FILING OF THE GOVERNMENT'S MOTION TO SEAL**

The United States, through undersigned counsel, has this day filed the Government's Motion to Seal and Supporting Memorandum, and Proposed Order, pursuant to Local Criminal Rule 49(E).

Respectfully Submitted,

Raj Parekh
Acting United States Attorney

By:  /s/
Thomas W. Traxler
James L. Trump
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3700
Facsimile: (703) 837-8242
E-mail: Thomas.traxler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                          /s/
                                              Thomas W. Traxler
                                              Assistant United States Attorney