## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Criminal No. 1:20-cr-193-CMH |
| ) | |
| **PETER DEBBINS,** ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE OF FILING

### AMENDED MEMORANDUM IN AID OF SENTENCING

Defendant Peter Debbins, by and through undersigned counsel, respectfully requests that the Clerk file as part of the record in this matter the attached Amended Memorandum in Aid of Sentencing (Redacted).  The original Memorandum in Aid of Sentencing contained an incorrect exhibit reference.  Counsel apologizes for the error.

                                                Respectfully Submitted,

                                              ____/s/_____
                                              David Benowitz
                                              VA Bar # 91194
                                              Price Benowitz LLP
                                              409 Seventh Street, NW
                                              Suite 200
                                              Washington, DC 20004
                                              david@pricebenowitz.com
                                              *Counsel for Peter Debbins*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Filing and attached Amended Memorandum in Aid of Sentencing (Redacted) have been served via CM/ECF upon the parties in this matter on this 13th day of May, 2021.

_____/s/_____
David Benowitz