| | | | |
|---|---|---|---|
| Judge: Hilton | | **SENTENCING** | Date: 05/14/2021 |
| Reporter: J. Egal | | | Time: 10:14 am to 10:35 am |

**Cr. #**  1:20-cr-00193  AUSA:  Thomas Traxler/James Trump, David Aaron
**U.S. v.**  Peter Rafael Dzibinski Debbins  Defense:  David Benowitz/Rammy Barbari

There are no objections to the PSR and the Court finds the guidelines to be properly assessed at a range of 188 to 235 months.

Considering the factors under § 3553, the defendants age and length and depth of the conspiracy the Court finds that a sentence at the low end of the guideline range is appropriate.

**Sentence Imposed:**

  188   Months imprisonment
  5     Years supervised release

**Conditions of Supervised Release/Probation:**

  ✓   Abide by Standard Conditions of Probation

**Monetary penalties:**

  $100.00   Assessment  $ 0   Fine

**Recommendations to BOP:**
  ✓   Court rec. that the dft be incarcerated:  As close to the Washington Metropolitan Area as possible.

Defendant:  ✓ Remanded ____ To voluntarily surrender once space is available.