# ELAINE M. SARAO, Ph.D.

Held a **Top-Secret Security Clearance** at the U.S. Department of State 12/2010 – 12/2015.

- **Represented Congressman Owens' interests** from 2000 to 2007 in South Asia, Pakistan, Haiti, and Rwanda. At his direction, I strategized the successful return of the Peace Corps to Rwanda in 2007.
- In 2005, **advised WIUU regarding the Millennium Challenge Account** and the Government of Ukraine's potential to successfully obtain the MCA.
- **Secured** legislative appropriation language for $20 million funding for Haitian economic development.
- **Lectured** in Ukraine and in China, on behalf of WIUU, on critical thinking and problem-solving skills.
- Between 1996 and 2002, **secured an appropriation up to 5 million dollars** from the U.S. Congress for a FATE training program.
- **Managed FATE,** Foreign Aid Through Education, an international NGO that addressed U.S. foreign-aid policy.
- **Created and directed teams of the 50+ professionals,** who volunteered for the annual Career Day programs that served 300 to 500 college students in the Mid-Atlantic region.
- **Traveled and worked** in Japan, Haiti, Croatia, Belgium, Switzerland, Ghana, Georgia, Ukraine, Pakistan, India, China, and Rwanda. **Lived** in Ukraine 2002 – 2005 and Rwanda 2005 – 2007.
- **Received a Ph.D. in International Relations and Public Diplomacy,** *Honoris Causa,* from Ukrainian-American Liberal Arts Institute., *WIUU, "Wisconsin International University (USA) Ukraine".*
- **Received a Medal,** *The Revival of the Spirit of the Nation,* **May 4, 2016, the 25th Anniversary of the Independence of Ukraine** awarded by the Association of Non-State-owned Educational Institutions of Ukraine Coordinating Council.
- **Received a Medal,** *The Badge of Honor from the City of Kyiv,* **August 2017** awarded by The Office of the Mayor and the Administration of the Capital City.

| PROFESSIONAL EXPERIENCE | |
|---|---|
| May 2015 – Present | **ASSOCIATE RECTOR** |
| | Ukrainian-American Concordia University, *UACU/WIUU* |
| | (The Ukrainian-American Liberal Arts Institute was founded as |
| | *"Wisconsin International University (USA) Ukraine" WIUU)* |
| | Kyiv, Ukraine |
| | Contact: Rector Dr. Oleksandr Romanovskyi   oleksandr.romanovskyi@uacu.edu.ua |
| | UACU/WIUU is the only accredited public or private business university in Ukraine that awards Baccalaureate and Masters degrees that are recognized in Europe, the UK, and in North America; the U.S., and Canada. |
| | My duties as Associate Rector are to advise UACU/WIUU on the role of higher education in the international economy and in engaging with the Government of Ukraine. I also provide UACU/WIUU with guidance on accessing international funding from multilateral and bilateral funding sources, as well as private-sector support. |
| | • Presented lectures on "Independence, Democracy, and Economic Development in the 21st Century", "All Foreign Aid is Local", "Critical Thinking and Problem Solving", "Civil Society", "CSR: Corporate Social Responsibility" and |

# ELAINE M. SARAO, Ph.D.

"The Three Branches of the United States Government" at UACU/WIUU and at the Pereyaslav-Khmelnitsky State Pedagogical University and Dragomanov University in Kyiv, Ukraine.

- During the height of the first wave of the COVID-19 Pandemic, I delivered a presentation on "CSR - The Three Forms" for Graduate Students via Zoom.
- In November of 2020, I presented "Communications in Business – The Role of Information, Misinformation, and Disinformation in Marketing".
- Recently I introduced a re-structuring of the BBA and MBA programs into degrees with Professional Overlays.

My interview with WIUU's Student Forum can be seen on YouTube.

Apr 2012 –Apr 2013    **FRANKLIN FELLOW**

Daily, 8 hrs/FT    Office of Intellectual Property Enforcement
Bureau of Economic and Business Affairs
U.S. Department of State, Washington, DC
Contact: Director, Ms. Jean Bonilla, 202-647-3985

Recognizing that more than legal measures are needed, the Office of Intellectual Property Enforcement invited me to **develop a symposium for the Department reprising the format of a Smithsonian symposium that I had produced on computers, creativity, and copyright.** The task included seeking the engagement and participation of the U.S. Patent and Trademark Office, the Departments of Commerce and Education, and the Library of Congress.

- Conceived, proposed, and planned a "value-added" process to include the message of Intellectual Property Rights, IPR, as a component in *all embassy exchange programs* by leveraging existing U.S. government's programs commencing at overseas posts and administered in the U.S. by State's Bureau of Educational and Cultural Affairs, ECA.
- **Planned and organized of the roll-out event of the IPR presentation**
- "Patently Obvious ... Or Is It?" on April 22, 2013 at the Marshall Center of the Department of State. It was viewed globally on BNET and edited for training purposes by the Department at the Foreign Service Institute, FSI.

  Under Secretary Robert D. Hormats introduced the event.

**My experience in Civil Society and Open Source Intelligence was recognized and I was included in the databank for the CRC, Civilian Response Corps.**

Sep 2011 – Apr 2012    **FRANKLIN FELLOW**

Daily, 8 hrs./FT    Office of Development Finance
**Office of Economic Policy and Public Diplomacy**
Bureau of Economic and Business Affairs
U.S. Department of State, Washington, DC
Contact: Director, Mr. Roland DeMarcellus, 202-647-9154

# ELAINE M. SARAO, Ph.D.

I was invited by Ambassador McCarthy, when she was the Principal Deputy Assistant Secretary (PDAS), to work in both the Office of Development Finance and the **Office of Economic Policy and Public Diplomacy.**

- **Drafted an enhanced curriculum on Corporate Social Responsibility (CSR) for delivery by the Foreign Service Institute in their core Economics courses.**
- Member of the coordinating committee for the **Secretary's Global Business Conference** under the direction of **Under Secretary Nides.** Researched the issue of corporate malfeasance. **Received a Group Superior Honor Award.**

Supported the bureau's Millennium Challenge Corporation Liaison office, particularly at meetings at the MCC.

Dec 2010 – Sep 2011 **FRANKLIN FELLOW**

Daily, 8 hrs/FT **Office of Press and Public Diplomacy**
Bureau of South and Central Asian Affairs
U.S. Department of State, Washington, DC
Contact: former Director, Mr. Gregg Sullivan, sullivangw@state.gov

I was invited by Department of State and named an expert on Civil Society to work with Public Affairs Officers at the U.S. embassies in South and Central Asia. Tasked with coordination, design, and implementation of strategic communication and public-outreach programs to promote mutual understanding and foster support for U.S. policy objectives. Participated in internal and interagency presentations on the shape and scope of public-diplomacy activities. Prepared to travel to the region to research and coordinate these activities. Provided the initial review of a format of a report template for use by U.S. Missions which was proposed by the Center for Strategic Counterterrorism Communications (CSCC) -- the interagency, whole-government planning process addressing civil society and Countering Violent Extremism (CVE).

- Conceived and proposed a **prototype social-media project, delivered via SMS texting,** to expand engagement and efficacy of the 30,000 alumni of ECA exchange programs in South and Central Asia, SCA.
- Invited by the Association of Women Affected by War, a global NGO speaking on women's issues and leading NGO in Sri Lanka, to meet with Sri Lanka's former President, ministers, members of Parliament, and leaders of women's groups to address economic development for **Threshold Societal Stabilization.**

Mar 2000 – Jan 2007 **CONGRESSIONAL FELLOW FOR FOREIGN AFFAIRS**

Daily, 2-10 hrs PT/FT Office of the late Congressman Major R. Owens
Washington, DC
Contact: Maria Cuprill, for Congressman Major R Owens, 718-398-3528

**I supported and advised the Congressman on foreign affairs.** Prepared briefings and reports. Drafted correspondence for the Congressman's signature.
Advised the Congressman on international issues important to him and his constituents. **Teleworked while living in Kyiv, Ukraine, and Kigali, Rwanda in addition to being in Washington, DC.**

# ELAINE M. SARAO, Ph.D.

- **Created a strategy to return the Peace Corps to Rwanda.** (Peace Corps had left in 1994.) It resulted in a commitment from Peace Corps to commence a program in 2007. President Bush during his February 2008 visit to Rwanda announced the return. In the fall of 2008, more than 35 Peace Corps Volunteers, 20 specifically for education programs, as I had proposed, arrived in Kigali, Rwanda. Currently there are more than 200 Peace Corps Volunteers in Rwanda.
- **Advised Congressman Owens on an education-support strategy for stabilizing Pakistan.** Crafted a proposal for an Education and Economic Trust Fund for Pakistan which would be sited at a multilateral organization such as the World Bank or the UNDP. Researched trip to meet with Chief Executive Musharraf and traveled with the Congressman to Pakistan and Kashmir.
- **Represented Congressman Owens to key Pakistan Government officials in presenting the establishment of an education/economic-development trust fund for Pakistan.**
- Presented an analysis on *Pakistan: an Evolving Crisis* at the Institute of World Politics, Washington, DC, on December 15, 2004.
- Represented Congressman Owens at the Pakistan Human Development Forum in Islamabad, traveling to Pakistan in January of 2002.

Proposed the reorganization of the Congressional Pakistan-Kashmir Caucus into the Congressional South & East Asian Caucus -- a regional organization. Membership at that time more than tripled. Identified candidates and initiated the recruitment of the Board Chairman for the South & East Asian Foundation.

| | |
|---|---|
| Apr 2008 – 2010<br>Advisory Capacity | **ASSOCIATE RECTOR**<br>Ukrainian-American Liberal Arts Institute<br>*WIUU, "Wisconsin International University (USA) Ukraine"*<br>Dr. Yuliia Romanovska: yuliia.romanovska@uacu.edu.ua |
| Feb 2004 – Sep 2006<br>Monthly, 2-10 hrs | WIUU is the only private, accredited business university in Ukraine that awards Baccalaureate and Masters degrees that are recognized in the UK and the U.S. In China, WIUU is known as University of Global Economics and Business. |

Created strategic concepts and developmental plans. I refined the concepts underlying establishment of a Consortium of Ukrainian higher education institutions and business in partnership with U.S. business and higher education to support economic development and stability.

- Advised WIUU's Rector and Vice Rector as to U.S. Government and U.S. higher education institutions and organizations interests and goals.
- Advised WIUU regarding the Millennium Challenge Account that President Yushchenko should directly request President Bush that Ukraine be named an eligible country for the MCA. President Yushchenko accepted their advice, spoke with President Bush and also with Vice President Cheney and Secretary Rice; he included the MCA request in his address to Congress on April 4, 2005.
- Lectured on Critical Thinking Skills and Problem Solving at **the International Education Institute, Foreign Trade and International Finance Research.**

# ELAINE M. SARAO, Ph.D.

- Training Center of CASS, the Chinese Academy of Social Science in Beijing, April of 2004.

Liaised between WIUU and the University of Wisconsin-Madison to foster information-resource linkages.

| | |
|---|---|
| Sep 2009 – Apr 2012<br>Monthly, 2-10 hrs | **RESEARCH ASSOCIATE**<br>Centre for Gender, Culture and Development<br>The Kigali Institute of Education,<br>Kigali, Rwanda<br>Contact: Founder, Dr. Shirley Randell<br>mail@shirleyrandell.com.au |

CGCD was created in early 2009 to address the need in higher education in Rwanda for a focus on the importance of the role of women and men working in a coordinated effort for societal development.

As Research Associate based in Washington, DC, I provided supporting links to potential development and funding resources. I proposed avenues to be explored which could support existing education and training while suggesting areas which could offer future areas of development.

- Advised KIE's Rector and CGCD's Director as to U.S. Government interests and goals which could be used to support CGCD's development.
- Wrote proposals to support suggested avenues by the linking of gender development to economic development and societal stabilization.

| | |
|---|---|
| Sept 1993 – 2015<br>Depended on projects. FATE was inactive while I was a Franklin Fellow and presently while I was Associate Rector of UACU/WIUU.<br>Daily: 2-10+ hours | **EXECUTIVE DIRECTOR**<br>Foreign Aid Through Education<br>Washington, DC<br>Contact: Senior Board Member, Dr. Daryao Khatri, 703-965-8997 |

Provided overall direction, planning, and management. As FATE's Executive Director, I created and advocated a new paradigm for development that emphasizes the integration of training in fundamental economic sectors into development programs. Recruited teams of professionals who analyzed existing development programs for why they were less successful than the funding and effort would indicate; conceived new programs that used academic training/internships in international development projects.

- **Explained U.S. funding for economic development to Amb. Khamrakulov of Uzbekistan** on in the weeks after 9/11 when then Secretary of Defense Rumsfeld met with the President of Uzbekistan prior to the commencement of U.S. military action in Afghanistan. Later, at the encouragement of the Uzbek Embassy, explored collaboration with the University of Maryland on a strategy to fund delivery of the Virtual University of Maryland to Uzbekistan. (2001 – 2002).

# ELAINE M. SARAO, Ph.D.

- At the invitation of the Government of Ghana, on advice and arrangement of The World Bank, I traveled to Accra to present the ACF to GoG officials.
- I was a member of advisory group who proposed the whole-of-government plan, **"Afghanistan-Owned Solution: Creating Jobs for Afghanistan through Private-Sector Project Funding"** to DOD U/S Paul Brinkley. *(Proposal available upon request.)*
- **Conceived, Organized and Developed** a program for building of Haiti's human resource capacity through collaborative business relationships for focused training.
- **Developed work plans and program concepts,** then applied and managed the overall strategy which built a coalition of U.S. public and historically Black higher education institutions to seek Congressional support for a U.S. appropriation to fulfill the training goals for the Haiti Initiative.
- **Developed the budgets with supporting details.** Proposed a mechanism by which the Haitian government could access 10% of the $600 million pledged by the bilateral donors to Haiti for economic recovery and development. *(See last page of this CV.)*
- Supported a consortium of the foremost Georgian NGOs in Tbilisi, Georgia in 2004 with advice; facilitated their NGO/MCA Forum which addressed the NGOs' role in Georgia's application for Millennium Challenge Account funds.
- **Brought the FATE paradigm to the attention of Congress. Successfully secured Senatorial support for funding** for a prototype development program called the Absorptive Capacity Fund for the country of Georgia. Worked with the Committee's legislative staff and **received an Appropriation with Directive for up to $5 million.** Built the ACF Consortium for Georgia to support the country program to be delivered in a *public/private partnering*. Traveled to Tbilisi to provide ministries in the Georgian Government with details about the ACF for their agriculture, transport and environmental sectors.

Focused on Threshold Societal Stabilization, which is inherently gender centered, to achieve the greatest stability and foster the countering of violent extremism, CVE, in Afghanistan communities through the implementation of the whole-of- government planning process.

| TEACHING EXPERIENCE | |
|---|---|
| Aug 1982 – Jan 1998 | **ASSOCIATE PROFESSOR** |
| *Academic Year FT* | Northern Virginia Community College<br>Division of Visual and Performing Arts<br>Alexandria, Virginia Campus   Contact: Ms. Beverly Friedman (ret.) 718-499-3717 |
| | Taught Communications Design; expanded the curriculum. Adapted materials to meet the needs of its student body which is multi-cultural with varied educational backgrounds aged 18 to 65 at Northern Virginia, which is one of the two largest two-year post-secondary institutions in the U.S. |

- Re-developed Visual Communications into a concept-development and problem-solving course focused on research, analysis, and critical-thinking.
- Developed the Problem-Solving Path that was adopted by the Department as a standard instructional method and design tool.

# ELAINE M. SARAO, Ph.D.

- Re-structured the traditional Visual Communications course into a concept development and problem-solving one that focused on research, analysis, and critical-thinking skills.
- Collaborated with the U.S. Information Agency for my students to design and produce an international traveling poster exhibit. This exhibit won a national award from *PRINT Magazine*, a major design publication.

Oversaw the annual Career Day for the three years that I was the Educational Chair of the American Institute of Graphic Arts/Washington Chapter. Expanded the event into a collaborative effort from the entire Washington design community, adding the Print Club, AIGA, the Illustrator's Club, and ASMP. Students and volunteers came from DC, Delaware, Maryland, Pennsylvania, West Virginia, and Virginia.

| | |
|---|---|
| Other Experience | **ADJUNCT PROFESSOR** |
| 1985 – 1993 | Trinity Washington University and Corcoran School of Art Both in Washington, DC |

## COMMUNICATIONS EXPERIENCE

| | |
|---|---|
| 1982 – 1993 | **PRINCIPAL** |
| | TD&W Design Concepts, Inc. Washington, DC |

**Numerous independent graphics and exhibit projects for diverse clients.**

The Smithsonian Institution, the National Museum of American Art, the National Trust for Historic Preservation, the Marriott Corporation, the American Psychiatric Association, the AARP, and (*pro bono*) the DuPont East Community Project.

**Conceived, organized, and produced a major symposium at the Smithsonian Institution entitled "Bit by Bit: Infringement on the Arts."**

*Bit by Bit* was prescient; it addressed computers, copyright, and creativity at a time (January 1992) before the concept of Intellectual Property achieved public awareness. Wrote persuasive letters of invitation to notable participants, useful hand-outs, and other symposium materials. I organized and edited a synopsis that was co-published by the Smithsonian Institution and the American Institute of Graphic Arts.

| | |
|---|---|
| 1981 – 1982 | **DESIGNER FOR EXHIBITS AND PUBLICATIONS** |
| | Board of Governors of the Federal Reserve Washington, DC |
| 1976 - 1981 | **DESIGN DIRECTOR FOR EXHIBITS AND PUBLICATIONS** |
| | North Carolina Museum of Art Raleigh, NC |

# ELAINE M. SARAO, Ph.D.

| | |
|---|---|
| 1971 – 1975 | **BOOK DESIGNER**<br>Prentice-Hall Publishing<br>Englewood Cliffs, NJ |

## EDUCATION

| | |
|---|---|
| May 2015 | **Ukrainian-American Liberal Arts Institute**<br>WIUU, "Wisconsin International University (USA) Ukraine" Kyiv, Ukraine<br>*Ph.D. in International Relations and Public Diplomacy* ... Honoris Causa<br>Awarded for my International work and public diplomacy, specifically for my work in Ukraine. |
| Jun 1989 – Jan 1993 | **Syracuse University**<br>Syracuse, NY<br>*MFA in Communications /Advertising*   (A terminal degree.)<br><br>Thesis: **Collaborative Relationships between Professional Design Organizations, Designers, and Educational Organizations**<br><br>My thesis explored education through collaboration and volunteerism.<br>I orally defended my thesis which was recorded at Syracuse University. |
| Other Post-secondary | **University of Baltimore**<br>Baltimore, MD<br>*First Half of an MA in Publications*<br><br>**New School for Social Research/Parsons School of Design**<br>New York, NY<br>*BFA in Communication Design*<br><br>**Parsons School of Design**<br>New York, NY<br>*AA in Communication Design* |

## PUBLICATIONS

| | |
|---|---|
| January, 1992 | **THE SMITHSONIAN INSTITUTION**<br>Synopsis of "Bit by Bit: Infringement on the Arts" |
| Vol 9, No 1, 1991 | **AIGA JOURNAL OF GRAPHIC ARTS**<br>"Business and Design: Pandora's New Box" |
| Vol 9, No 3, 1991 | **AIGA JOURNAL OF GRAPHIC ARTS**<br>"And the Wall Came Tumbling Down" |
| 1993 | **ELECTRONIC DESIGN AND PUBLISHING: BUSINESS PRACTICES**<br>**by Liane Sebastian, Allworth Press**<br>Quoted on issues regarding releases and copyright practices. |

# ELAINE M. SARAO, Ph.D.

## ORGANIZATIONS

| | | |
|---|---|---|
| 2010 – 2011 | **NATIONAL DEFENSE UNIVERSITY, FORT MCNAIR, WASHINGTON, DC** | |

Working Group on "Al Qaeda Safe Havens in Africa: Al Qaeda and the Dynamics of Local Institutional and Informal Networks of Support."

2007 – present **RWANDA ASSOCIATION OF UNIVERSITY WOMEN**
Honorary membership

2000 – 2005 **THE UNITED NATIONS ASSOCIATION NATIONAL CAPITAL AREA**
Member of Sustainable Development Committee (2000 – 2002)

2003 – 2005 **IWCK, INTERNATIONAL WOMEN'S CLUB OF KYIV**
Charity Committee; projects include review for funding of organizations addressing care of "street children" and children with cancer.

1990 – 1994 **JOINT EDUCATION COMMITTEE OF THE WASHINGTON METROPOLITAN DESIGN ORGANIZATIONS**

## RECENT TRAINING

June 2013 **Unpredictable and Complex World – 3rd Int'l Transformation Conference**
National Defense University, Washington, DC

April 2012 **"Intelligence and Foreign Policy"**
Foreign Service Institute of the U.S. Department of State

April 2012 **"Multilateral Diplomacy"**
Foreign Service Institute of the US Department of State

June 2011 **"Religion and Foreign Policy"**
Foreign Service Institute of the US Department of State

January 2011 **Strategic Economic Needs and Security Exercise (SENSE)**
U.S. Institute of Peace Academy

October 2010 **Preventing Electoral Violence in Africa: Tools for Policymakers**
U.S. Institute of Peace Academy

September 2010 **21st Century Issues in Strategic Arms Control and Nuclear Nonproliferation**
U.S. Institute of Peace Academy

September 2010 **"The Minerva Initiative: Fostering a Community of Strategic Scholarship"**
National Defense University at Fort Lesley J. McNair

June 2010 **"Sub-Saharan Area Studies:"**
Foreign Service Institute of U.S. Department of State

# ELAINE M. SARAO, Ph.D.

|  |  |
|---|---|
| May 2010 | **"South Asia Area Studies:** |
|  | **Afghanistan, Bangladesh, India, Nepal, Pakistan, and Sri Lanka"** |
|  | Foreign Service Institute of U.S. Department of State |
| April 2010 | **"Emerging Al Qaeda Safe Havens and Regional Nodes: Beyond Yemen, Somalia, the Maghreb, Sub-Saharan Africa …"** |
|  | National Defense University at Fort Lesley J. McNair |
| March 2010 | **"The Monopoly of Force: The Nexus Between DDR and SSR"** |
|  | National Defense University at Fort Lesley J. McNair |
| January 2010 | **"Islam: Formation, Institutions, and Reform"** |
|  | Foreign Service Institute of U.S. Department of State |
| December 2009 | **"Tools for Cross-Cultural Understanding"** |
|  | Center for Stabilization and Reconstruction Studies at Naval Postgraduate School |

# ELAINE M. SARAO, Ph.D.

## EFFECTIVENESS CARRIES ON: 1996 TO 2011

**1996:**
Critical step in establishing a mechanism by which the Haitian government could access 10% of the $600 million pledged by the bilateral donors to Haiti for economic recovery and development.

**2011 UPDATE**
Post earthquake: Haiti had learned a lesson. So this time when funds were pledged to Haiti for Earthquake Recovery not forthcoming, the Haitian Government in 2011 established a Trust Fund again, as they had in 1996 but now not at the UNDP, this time the Trust Fund was established at the World Bank to collect from the bilaterals the funds they had pledged to Haiti.

---

MPCE/CAB/PNUD

3477

Monsieur Cristian OSSA
Représentant Résident
du PNUD en Haïti
En ses bureaux

MAY 30 1996

Monsieur le Représentant Résident,

J'ai l'honneur de vous soumettre la requête officielle du Gouvernement de la République d'Haïti visant l'établissement par le Programme des Nations Unies pour le Développement d'un Trust de financement en faveur d'Haïti tel que proposé par le "Foreign Aid Through Education for Haiti" (FATE).

Je suggère au PNUD d'initier les démarches auprès des bailleurs de fonds potentiels par l'intermédiaire de la FATE.

Le Gouvernement demeure convaincu que la mise en oeuvre d'un tel Programme lui permettra d'augmenter rapidement sa capacité d'absorption par le développement de ressources humaines dans les secteurs économiques clés et par le renforcement de la capacité administrative et managériale des hauts cadres de l'administration publique et aidera aussi à faire avancer le processus de modernisation de l'économie haïtienne.

Je vous sais gré de toutes suites que vous accorderez à ce qui fait l'objet de la présente et demeure ouvert à toute discussion y relative.

Je saisis l'occasion pour vous renouveler, Monsieur le Représentant Résident, l'assurance de ma haute considération.

ORIGINAL SIGNE
Jean Erick DERYCE
Ministre

cc:   Sec Min
      Dir Gén
      Cabinet (2)
      Correspondance

doc:pnud002
29 mai 1996
JLD/ndp