# Elaine M. Sarao, Ph.D.

## Washington, DC and Kyiv, Ukraine

Elaine M. Sarao, Ph.D. has worked globally as an Investigative Analyst, Strategist and Creator of Goal Oriented Solutions to Dynamic and Complex Problems for Educational, Business and Governmental Institutions.

Currently, Dr. Elaine M. Sarao is the Associate Rector of UACU, Ukrainian-American Concordia University, in Kyiv, Ukraine. UACU awards BBA, MBA degrees and Ph.Ds. in Economics, teaches in English and is the only Ukrainian University, public or private, which is US accredited.

Dr. Sarao held a Top Secret Security Clearance at the U.S. Department of State 12/2010 – 12/2015 where, as an Expert on Civil Society, she was invited to be a Franklin Fellow at the Department of State from 2010 – 2013.
There, amongst many assignments, including working on the Corporate Social Responsibility (CSR) Team for Secretary Hillary Clinton, Dr. Sarao addressed for the Department an *unfunded* Congressional mandate to create a global Intellectual Property Rights (IPR) program that every US Mission, world-wide, would implement.
Elaine created a program which leveraged the State Department's International Visitors Program to maximize that program by including the delivery of an IPR component for each vetted participant. This enhancement did not cost the Department any additional funds and by its design saved the Department millions of dollars in their response to Congress.
This program was approved and announced by then Undersecretary Robert Hormats.

From 2000 – 2007, Dr. Sarao represented Congressman Major R. Owens' interests as his Congressional Fellow for Foreign Affairs in South Asia, Pakistan, Haiti and Rwanda.
There, amongst other projects for Congressman Owens, she strategized the successful return of the Peace Corps to Rwanda, which was announced by President Bush in 2007.

In 2005, through UACU (then WIUU) Elaine advised Ukrainian President Yushchenko on the capacity of Ukraine to successfully obtain a Millennium Challenge Account.
The award of the Millennium Challenge Account to Ukraine was for more than a half a billion dollars.

Elaine was one of the founders and the Executive Director of Foreign Aid Through Education, FATE, a 501(c)(3) NGO that addressed U.S. foreign-aid policy. Between 1994 and 2002, it secured millions of dollars in appropriations from the US Congress. The legislation was for $25 million in two "appropriations with directive" from Congress for economic development to support the social stability in Haiti and Georgia.

Before entering Foreign Affairs, Elaine's career in Communications and teaching was at Northern Virginian Community College, NOVA, in the Division of Visual and Performing Arts. She also taught at the Corcoran School of Art and Trinity University DC. Besides teaching, Elaine created and directed teams of the 50+ professionals, who volunteered annually for the Career Day programs of the Washington's Graphic Arts Industry that served 300 to 500 college students in the Mid-Atlantic region.

Elaine also worked for corporate clients as a principal of TD&W Design Concepts in Washington, DC. Clients included the Smithsonian Institution, Marriott, the National Trust for Historic Preservation and the American Psychiatric Association.

Elaine taught from 1982 to 1999. She worked for the Board of Governors of the Federal Reserve 1981-1982, as an Exhibit and Publications Designer for the North Carolina Museum of Art 1976-1981, and as a Book Designer for Prentice Hall Publishing 1971-1975.

Elaine won national design awards from the AIGA, American Institute of Graphic Artists, and served on the boards of the Washington Chapter of AIGA and the Washington Art Directors Club.

Dr. Sarao has traveled and worked in Japan, Haiti, Croatia, Belgium, Switzerland, Ghana, Georgia, Ukraine, Pakistan, India, China, and Rwanda.
She lived in Ukraine 2002 – 2005 and in Rwanda 2005 – 2007.

Elaine's AA and BFA are from Parsons School of Design and the New School, NYC, NY.
Her MFA, a terminal degree, is in Communications from Syracuse University, NY.

Dr. Sarao was awarded a Ph.D. in International Relations and Public Diplomacy, *Honoris Causa*, by the Ukrainian American Liberal Arts Institute, WIUU, "Wisconsin International University (USA) Ukraine".
In Europe, a Ph.D. *Honoris Causa* is rigorously reviewed and judiciously awarded.
The Ph.D. was awarded for her body of work in International Relations and Public Diplomacy, calling of note her strategizing the return of the Peace Corps to Rwanda 12 years after the Genocide. The return of the Peace Corps to Rwanda has changed and bettered thousands of lives.

Dr. Sarao was also awarded **The Revival of the Spirit of the Nation** on the 25th Anniversary of the Independence of Ukraine, May 4, 2016 from the Association of Non-State owned Educational Institutions of Ukraine Coordinating Council.

Then Dr. Elaine Sarao was awarded **The Badge of Honor from the City of Kyiv** in August 2017 by The Office of the Mayor and the Administration of the Capital City.

Dr. Sarao lives and works in Washington, DC.

## Contact:

*Elaine M. Sarao, Ph.D.    ala_hq@msn.com*
*1525 Corcoran St. NW*
*Washington, DC  20009*
*202-957-9701*

*Elaine M. Sarao, Ph.D.*
*Associate Rector - UACU*
*Ukrainian - American Concordia University*
*Kyiv, Ukraine*