## *Overview*

### Was Debbins used by the FBI? Was he part of a set-up with the FBI?

As Associate Rector for UACU, it is one of my responsibilities to work for the development of the school and to identify individuals who can teach pivotal and emerging topics relevant to a business school. Disinformation emanating from Russia and other bad actors has emerged as a critical topic affecting not only political stability but also business success.
Any topic that can counter disinformation is an important topic for the school to address.

### *Russia as a Disinformation Center...*
The Kennan Institute of The Wilson Center has put forth that Ukraine has long been the laboratory for Russian disinformation campaigns. As a result, the Poroshenko and Zelensky administrations have named combatting Russian disinformation a priority for Ukraine. *(Kennan Institute, Wilson Center Addendum # 2)*

Even before I started discussing with Mr. Debbins the potential of him teaching cyber security at UACU, Peter told me that he was working with DOD. He said he was building his cyber-security business, which I understood was registered/incorporated in Minnesota. (UACU works with the University of Minnesota.)
This fit also with his engagement as a lecturer on cyber security at The Institute of World Politics.
It was at IWP that I had first met Peter as a graduate student about to graduate in 2015.
Peter also told me about commencing teaching at Rennes School of Business in France.

Mr. Debbins had also mentioned that he had worked in the UK in some capacity for NATO and the U.S. government in 2018/2019 (?). He did not offer any specifics of his work there beyond being a trainer.
I do not recall being aware that he had his family in the UK, learning this only after he returned to the U.S.

Throughout our conversations in 2020, Peter consistently indicated that he was able to engage with his professional contacts within the U.S. government, which I took to be one or all of the FBI/CIA/DOD.
Peter referred to numerous meetings but never spoke of anyone by name with me.
Then on August 21st or 22nd, when Peter called me from detention, he mentioned by name that one of the individuals was Jeffrey Parsons whom he had met with on numerous previous occasions. I later found out that his Jeffrey Parsons was the same Special Agent Parsons with whom I met with on September 9th.

*(After I learned of Peter's arrest, I offered to meet with DOS Diplomatic Security, as I had been a Franklin Fellow at State. I went to the scheduled appointment at the State Department with my husband.
I was unpleasantly surprised to be told when I arrived that I was to meet with the FBI and that my husband could not be present! I felt deceived! I was tempted to leave and not meet with the FBI, but I did not want to create a "scene".*

*I told Mr. Joseph Stowell of State Department's Diplomatic Security that I objected to meeting with the FBI, particularly alone because, when I worked for Congressman Owens, he made it very clear to me do not meet alone with the FBI because of their lack of veracity.
I agreed to meet, BUT I firmly and repeatedly objected to Mr. Parsons that I had come voluntarily to meet with Diplomatic Security, not the FBI, and that I had requested my husband to be present and I was requesting again to have him present.
Mr. Parsons rejected my request and asked if I wanted an attorney. I viewed his question as adversarial.
I demurred saying that I had no need of an attorney, but I wanted my husband present solely as a witness to the meeting, a meeting I had offered to Diplomatic Security.)*

### *Deception...*

It became crystal clear to me that Peter thought he was <u>working with</u> the FBI (if "the government" ever let Peter know they were FBI).
*(I believe that these were the people with whom Peter had said he would share the critical analysis I had given him about Russian disinformation and potential past creation of bio-weaponry by MaxWell Pharma-Kiev/Ukraine and MaxWell Biocorporation.)*

Security in Ukraine was and is critical not only to Ukraine but also to Europe and the U.S. My first conversation about this with Peter occurred after he gave a presentation on Russia and cyber security at the Institute of World Politics on January 29, 2020. UACU (the only Ukrainian university which is EU and U.S. accredited) which often worked with ministries in the Ukrainian government would be an excellent venue for cyber-security presentations in Ukraine.

A couple of months later in a conversation about my analysis of security issues, I spoke about the nuclear and bio-weapons threat to the U.S., both domestic and abroad. I had put my analysis together in a brief just as I would have for Congressman Owens.

Mr. Debbins said he could and would pass along my analysis about a leading former Soviet bio-weapons scientist, who had "defected" during the waning days of the Soviet Union. My analysis identified that the bio-weapons scientist had apparently continued addressing bio-weaponry while here in the U.S. in the early 1990s and then establishing a subsidiary operation in Ukraine from early 2007 until the end of 2008.

## What I know about this case

### Friday, August 21, 2020

About 4:00pm, I received a call from Mr. Debbins from the Federal Detention Center in Alexandria, VA. He told me he had been detained by the FBI after he had been asked to meet with the same persons whom he had met with repeatedly for almost a year.

Peter said he was detained but that he should be released by Sunday and would travel to Kyiv on Monday!
**(At this time, Peter seemed to still believe that he would make his planned trip to Ukraine.)**
I was shocked, amazed, and surprised beyond words to have gotten the call from Peter about his "detention." I think I was the first person whom Peter called when he was detained.

Peter asked me if I could find the attorney whom he had used for his security clearance. He only could remember that the office was on "M Street." I found 3 attorneys as he described and gave him the names when he called back minutes later. He said he recognized one.

*(When I was interviewed by the Mr. Parsons, I believed I was asked "Why did Peter call you?" I answered, "I guess because he trusted me.")*

I immediately did a Google news search and found articles about Peter's indictment and arrest.
A press release appeared to have been distributed on Thursday the 20th. My analysis of the article's voice and phrasing was that it was written in advance of Peter's "detention," which took place around noon on Friday August 21st.

Peter was identified with names that he had never used with me or others who I knew he worked with. The press release appeared to have been written in order to set the stage and create the persona of a spy, even including a "mug shot".

### *A "Set-up"?*

I started to suspect that Peter was a part of a set-up (or that maybe he was even a part of an "operation") because of the early dissemination of the "news" about Peter. The media had already done rewrites of the press release story adjusted to each of their corporate voices.

### *A Staged Photo?*

The photo of Peter, which was sent out and included in the media articles, was presented as if it were from the Alexandria Detention Center. This is CRITICAL.

**I believe that the photo of Peter was taken before August 20th.**
I believe this because I had attended a "Zoom" meeting with Peter the day before on August 20th. Ms. Lillian Wahl-Tuco of the Department of State also attended. At the Zoom meeting at 2:00pm on Thursday August 20th, **Peter was clean shaven.**
**However, in the press-release photo,** regarding events after 12 noon on August 21st, **Peter has a 2-day growth** and his shoulder muscles look "buff" — significant changes in less than 24 hours!

### *Denial or Detachment*

Peter called me again on Saturday the 22nd, and asked me to call Elena and Vera, his wife and daughter. I don't recall if Peter mentioned whether he had spoken with Elena after his detention.

As I understood it, Peter had gotten the call from Special Agent Parsons on Friday the 21st shortly before noon. Peter said he left immediately to meet with Jeffrey Parsons, whom he had met with before. Peter said he had not returned home because he had been detained.
*(The exact times should be available at the Alexandria Detention Center as Peter called from detention.)*

Peter said when we spoke on the 21st that he would be out of detention on the Sunday 22nd and would leave for Kyiv later on the 22nd. He expected to be in Kyiv on Monday the 24th for his meetings.
*(That indicated me that Peter was exhibiting denial of or detachment from the circumstances he was in.)*

### *I knew Peter was not going to Kyiv.*

I immediately started to suspect that Peter had been deceived.
Like most practitioners in analysis and intelligence, I am aware of past overreach and deception by some FBI agents. Individuals in law enforcement often serve their own careers by embracing the adage that *the end justifies the means* in building their cases.

A historic example is the case of Brian Kelley. Some FBI agents were convinced that Kelley, who was CIA, was a Soviet mole, and persisted for years until other agents in the Bureau identified Robert Hanssen. There is a well-known "competition" between the FBI and CIA. It is a source of friction within the IC.
*(FBI Overreach... https://www.cbsnews.com/news/to-catch-a-spy-30-01-2003/ Addendum # 3)*

### Why would an innocent person plead guilty?

One reason that prior cases have shown for pleading is that a person is not mentally stable; the person seeks attention, needs to atone, or wants to complete what they perceive as their mission.

Another reason could be that a plea deal has been made wherein the defendant serves minimal to no time as long as he waives all rights to his story, including FOIA rights, so that his story is not available and the government's actions are essentially buried.

## For Peter there is Work, Family, and Childhood…

### Work…

"Peter Debbins" is the only name I knew him by. I was first introduced to him by faculty at the Institute of World Politics in the early spring 2015. I believe that I had heard about IWP's Graduate Thesis presentations from Lt. General Mike Flynn (ret.).

> *(I knew Mike Flynn. I was introduced to Mike Flynn through General James Mattis at the National Defense University in May of 2010. After meeting Mike, from time to time I shared with him appropriate OSI until June 2015 when Mike became a surrogate during Mr. Trump's campaign.*
>
> *I bring up Mike Flynn because of his belief in his superiority which was exploitable by Russia. All intelligence organizations know how to identify weaknesses that are exploitable.*
>
> *By December 2015, I had ceased sharing any OSI with Mike because of his engagement with RT (Russia Today) and Mr. Putin. I last communicated with Mike in mid-2016. Mike mentioned he was going to Turkey. Mike was fostering his Russian/Turkish engagement with Mr. Erdogan.*
>
> *In March 2017, it was revealed that Mike had discussed the exfiltration of Mr. Fethullah Gulen who was being sought by Turkish President Erdogan. As it turned out, Russia was paying Mike more than $600,000 to accomplish the exfiltration for Erdogan.*
>
> *The last time I engaged socially with Mike and his wife Lori was in February of 2015 when they were dinner guests at my home. The last time I had any communication with Mike, and his wife Lori, was in June 2018, when they were invited to my husband's surprise 70th Birthday Party. I bring this up to illustrate some of the military and intelligence circles I work with here in DC.)*

In early 2015, I first spoke with Peter Debbins after his Graduate Thesis Presentation because I was impressed with his delivery. The topic was a typical one at a school like IWP, addressing Intelligence, but his presentation had impressed me. So much so, that I decided to meet him, and after I did meet him, I decided to keep in touch with him.

Mr. Debbins' relationship with me was always professional. Peter always, except once, met with me at my home in Washington, DC. It has a convenient location, less than a mile from the White House and only 2 blocks from the Institute of World Politics. The one time I met with Peter not at our home was around May of 2020 when Peter invited me and others to Annie's Paramount Steakhouse on 17th Street to meet and talk about his cyber-security training and development. The meeting included faculty from IWP and Rennes University.

The meeting was "dutch" at Happy Hour. We all paid our own tabs. I was not surprised; Peter had never impressed me with having any extra money. He had been trying to start his cyber-security consultancy by establishing his credentials with lectures at IWP in DC, at Rennes Business School in France, and with UACU in Ukraine.

### Family…

Shortly after I met Peter, I became aware that he was married and the father of 3 at that time. Now he is the father of 4, with the youngest having just turned 3. Peter told me that his wife was born in Russia during the Soviet Era. I believe that Peter, at about 22, and Elena, at about 16, married in 1997.

In the Metropolitan DC area, it is not unusual for a spouse or life-partner to be from another country or to be born in another country and growing up in the U.S. Even across America, marrying a person from another country is the case in over 20% of marriages according to the U.S. Census Bureau.

I have never met Peter's wife or children, except his eldest, Vera. I had invited Peter to have his wife and kids over for a taco dinner a couple of times, but Peter said that the timing never worked given Elena's and Vera's work schedules, the younger kids' ages, etc.
*(In truth, our house is not set up for young children. I am more set up for small dinner parties.)*

On the one occasion in May of 2020, Peter did bring Vera to a meeting. My husband and I enjoyed meeting her. Also, she seemed to be happy to have been brought along by her father.
Peter seemed to me to be very proud of her. Vera had just recently graduated from high school and was looking forward to starting at Northern Virginia Community College, NOVA.
I offered that if she ever wanted any college /career advising, I would be happy to advise her.
*(I taught at NOVA in the Division of Visual & Performing Arts from 1982 to 1997.)*

## Peter Debbins' Childhood

As I stated in the beginning, my relationship with Peter was professional. Peter was a younger colleague. Given our significant age difference and the fact that I had taught for many years, Peter demonstrated deference to me. I appreciated that. I also assumed his deference was the result of his military experience mixed with our age difference. *(I am 70.)*

I always seemed to detect that Peter viewed me very differently than I have been by others of his age. It seemed Peter responded to me with a mix of mentor and professor seasoned with parental overtones. Peter always seemed concerned with pleasing me. I have seen the same aspect in both of my adult sons (45 and 32) who often will proudly tell me about their life plans and actions.
Peter did, as did some of my better students over the years, demonstrate a desire to please and receive approval from their seniors. However, Peter was not one of my sons nor had he ever been my student. Peter was a person whom I had identified as someone having professional expertise which I recognized as a resource for the U.S. and UACU.

### *Peter in July 2020...*

As in most professional working relationships, there was rarely any conversation about childhood and even less about highly personal details of that childhood. That changed around mid-July 2020 when I invited Peter over to talk about his plans to go to Kyiv to meet with faculty and staff from UACU.

I also wanted to know more about Peter's personal life beyond the basics of what was on his CV and the minimal details that I had learned while working with him.
We started off with typical details: our births, our parents, community, and playing as a child.

I stopped sharing about my childhood when Peter started talking about his mother and father and his many siblings. There were 17 of them! There were 7 biological, 10 adopted, along with 4 to 5 additional children who needed medical care and operations whom his parents took in!
*(This wasn't a typical family... His was very much a "tribe" built by Peter's parents... to fill their needs, predominantly his mother's.)*

Peter told me that his mother had been a child during WWII and was in German prison/work camps. She had been born in Ukraine, which was then under Soviet (Russia's) control. At the end of the war, Peter's mother was able to leave Germany. She, her parents, brother, and grandmother CHOSE to immigrate to the United States from Germany. They immigrated to Wisconsin as a family with the help of the International Red Cross.

Peter went on to tell me how his parents managed such a large household. He told me that it was his mother who was the drive behind taking in so many children, especially medically needy children with birth defects.

Peter said his mother and father were very devout Catholics. They bought a house that he said was in a lower-middle-class neighborhood. He explained how the Catholic Church played a pivotal role in providing food and clothing for the family, along with free education for the children.
*(This seems to have both a positive and negative impact on Peter. It left Peter always acting beholden.)*

*(I got the impression that despite basic care by his parents for the fundamental needs of their children, perhaps the overriding driver was the intense need of their mother to take in many children because of her childhood during WWII. I also had the impression that the children… at least Peter… may have felt they did not get enough individual nurturing nor privacy with so many children in the home. The crowding must have felt Soviet or even like a prison camp!*

*Understanding Peter's childhood is the key to understanding his statement "I am a son of Russia."*
*On the surface, it sounds supportive of Russia, but in reality it is not. Peter's statement, as I said previously, was a cynical, self-serving reference to his mother's experience and birthplace, and it was said for his Russian audience, who would have not understood the negative nuances.)*

Peter said his father was an engineer and made a good living, but with that many children, some with medical needs, the reality was that there was not a lot to go around, not a lot of privacy, and sometimes *(as I seemed to hear him say)* not a lot of individual parenting focused on the children. They were treated more like a "tribe" and were supposed to "pull their own weight," even from a very young age.

> Now here is the telling thing… *We were having a conversation one evening, in my living room… Peter was sitting in the wing chair by the fireplace. The more Peter spoke about his childhood, the more Peter "shrank". This is important because Peter is tall and works out. He has continued PT. He wrapped his arms around himself and little by little, as he spoke, he literally shrank into himself.*

Peter then started to tell me about how, when he was 6 going on 7, he had to repeat Kindergarten because his parents expected him to assist his adopted brother who was the same age but was a Thalidomide child. He needed assistance so he would be able to go to Kindergarten.

Peter shared with me the details of how he had to physically care for his brother… care which included feeding him and taking him to the toilet, even wiping him. As Peter spoke, he sunk further and further into himself. Peter actually slid down into the wing chair, dropping his head down into his folded arms as he related this story of his childhood.

Peter explained that he was not happy about having to take care of his adopted brother, although he emphasized that he loved him. I was watching the discomfort that Peter was re-living; so, I steered the conversation away from what was obviously a painful memory.

Peter also mentioned that he had been encouraged by his mother to become a priest, but he said he did not want to be a priest. He knew he did not have a religious calling. However significantly, there was guilt in his voice because he had not done what was expected of him.
*(News Article on the Debbins Family    Addendum #7)*

Judge Hilton,

I have taught, counseled, and worked with hundreds of individuals over my career of almost 50 years. Peter Debbins was not a 45-year-old when he was sitting in my living room, telling me deeply personal details of his childhood. Peter's whole body became "small" and folded into himself for telling something so private and so personal about the dynamics of his family that he might view himself as betraying a family memory or trust.

I came to see his pursuit of "perfection" as an aspect of Peter that drove his work ethic and was in part what had drawn me to him professionally.

> It is only now that I understand how flawed Peter is, not to do bad things, but to take on perceived failures for which he must now do penance *(with almost a religious fervor)*.
> This is how Peter's childhood has made him a target for those who would manipulate his vulnerabilities.

*(I am including information that I received from Peter's older sister, Joan Weimholt, in researching familial details for this report for you.)*

**Peter Debbins' Professional Documents**

I requested a CV from Peter, probably in early March of 2020, to share with the Rector and Vice-Rector of UACU and with Ms. Lillian Wahl-Tuco of the Department of State. We were discussing the importance of establishing a program to counter Russian disinformation in Ukraine.
Disinformation has caused significant problems for the measles vaccination program in Ukraine.
The CDC at the U.S. Embassy was assisting the Ukraine government to address their Measles Epidemic.
I was addressing this vaccination initiative with the CDC and UACU in Kyiv in October/November 2019.

Peter and I had discussed at length Russian disinformation and the threat from Russia.
We discussed what could be done to counter the disinformation and what could be incorporated into the Ukrainian vaccination program to counter their measles epidemic.
Measles had been the medical crisis in Ukraine until it was overtaken by COVID-19.
*(National Vaccination Strategy to Counter Russian Disinformation... Addendum # 4.)*

Peter was consistently pro-U.S. and supportive of Ukraine. I never had any reason, not even a subtle hint of any overly or unrealistic patriotism. He supported my planning and contributed to developing plans for teaching at UACU to support cyber security for economic stability in Ukraine.
*(Debbins' CV Addendum # 5.)*

**Inclusion and omission of "facts" and "details" as presented**

The FBI's choice of what details and how they were used to make their case (a case that was intended to be played out in public to support the efficacy of the Bureau's Russia investigation) did not provide substantive current facts but instead largely relied upon resurrecting matters over 10-years old. These issues had been previously adjudicated by the U.S. Military.
After which Peter remained in the Army and later receiving an Honorable Discharge.
*(Debbins' Honorable Discharge Addendum # 6)*

**The timeline of this whole case of Peter Debbins is one which was built around a need to identify cases which were exploitable for the Bureau's goals.**

The FBI needed to establish cases which demonstrated Russian spies were operating, cases which were to counter the Durham "Russia-gate" Investigation. Peter Debbins was an easy target. His statement of being "a son of Russia" (made because his mother was born in Ukraine which was controlled by Soviet Russia) would be a label with which he has been repeatedly painted.

### Details were Cherry Picked

Peter's sister, Joan, told me that Peter and Elena were married in 1997 when Peter was in the military. Elena was with him when he was posted to Azerbaijan. Then when they were living at Ft. Benning in 2001 and expecting their first child. Elena's parents came from Chelyabinsk, Russia, to visit for an extended period of time. Elena's father was in (or recently retired from) the Russian Air Force. Joan said that Elena's parents stayed on Ft. Benning with Peter and Elena. There was no issue for the U.S. Army.

Also, the material that Peter admitted sharing when he was in Azerbaijan was generally open-source information that was available through commercial publications such as *Janes Defense Weekly*. No evidence to the contrary was revealed during adjudication by the U.S. Military. (https://www.janes.com/)

### Re-opened, for What Purpose

I believe that Peter Debbins has been set-up by zealous people as a part of an operation in the Bureau to secure convictions to counterbalance the Durham Investigation.
(https://www.scribd.com/document/486567972/AG-Barr-order-appointing-John-Durham)

It is interesting that my meeting with Benowitz and Barbari was on September 13th. This was only 2 days after Nora Dannehy, top aide to John Durham, quit the investigation over pressure from AG Barr to move faster to submit and announce findings before the November 3rd Presidential Election.

> *"Dannehy left her post and the Justice Department in part because of <u>Attorney General William Barr</u>'s pressure on Durham to release a report on his investigation's findings before Election Day, according to a person familiar with her thinking."*

The Durham Investigation commenced in May of 2019 to focus on the FBI's actions to protect the Democratic Party's 2016 election actions against Donald Trump. Simultaneously, the FBI launched an investigation to gather espionage arrests to coincide with the Durham Investigation.
During that time, Peter was courted through numerous meetings with agents from the FBI.

**It needs to be asked:**

- o Did the FBI tell Peter they were investigating him?
- o Was Peter led to believe he was working <u>with</u> the FBI?

In an effort to counter potential fallout from the Durham Investigation, individuals set about to identify past cases to substantiate the Bureau's effectiveness with arrests of Russian espionage operatives.
Peter Debbins' security violations though were explained and cleared through DOD's Adjudication process. Never-the-less they presented a ready-made case for Parsons and Lueckenhoff to reopen and exploit.

*An Established Profile...*

The operative modality of the FBI is such that once the Bureau has started down a path, they rarely if ever retreat or recalibrate... even when faced with evidence to the contrary.
Agents in the Bureau, as is typical of many in law enforcement, will persist when they have what they perceive to be an open-and-shut case. Debbins' case had been adjudicated and resolved before.
Despite Peter Debbins' prior military review and adjudication, Agents Parsons and Lueckenhoff proceeded to continue to shape these old "facts" to their narrative.

*As an example...*

I personally noted that Special Agents Parsons and Lueckenhoff both appeared to have created mental "evidence" to support their perceptions, at least in their own minds.

When they interviewed me, Parsons repeatedly pressed me to say that Peter had tried to recruit me. They refused to accept that it wasn't true. They seemed stymied by my insistence that I had recruited Peter. They displayed physical cues of *"What will we do now? We can't get the evidence we want."*
I would not give them evidence to confirm their premise and support the conviction they were seeking.

Agents have done this before, persisting with their theories, as in the case of Brian Kelley, CIA, whom they pursued despite a lack of supporting evidence, until it was discovered by other FBI agents that the real double agent was Robert Hanssen, FBI.

Brian Kelley was exonerated, but the FBI never issued a formal apology. Brian Kelley's life was ruined.
*(The FBI and Brian Kelley https://www.chicagotribune.com/news/ct-xpm-2002-12-11-0212110137-story.html)*

More recently, Agent Lueckenhoff, 3rd generation in an FBI family, indicated that he wanted to make his mark, so much so that he seemed willing to follow his father's example of looking the other way as did William Lueckenhoff when faced with abuses in Abu Ghraib prison in Iraq in 2003/2004.
He supported the interests of the organization over human rights.
*(William Lueckenhoff, father of Patrick Lueckenhoff, Senior Agent William in Iraq https://www.latimes.com/archives/la-xpm-2006-feb-24-na-abuse24-story.html)*

Agent Lueckenhoff even appeared to be willing to "stack the deck." Someone seeded the Internet anonymously with information about Peter Debbins which included a comment about the Debbins case being bigger than Hanssen. This was tracked back as I have mentioned to a Tweet by "@File411".

## The negative Impact of COVID on the Judicial Process

COVID-19 has wreaked disruption in every aspect of our society including our governance processes from the management of justice to the capacity for and responsibility of legal representation.

> **Has Peter Debbins truly had the same level of representation that he would have received if his legal process had occurred before COVID-19?**

**COVID has impacted everything** from the Grand Jury through Peter Debbins' detention, arrest, arraignment, legal representation and advice, his access to communication, to meetings (especially in person) with his attorneys in the preparation of his defense, in short everything up to Peter's guilty plea.

> **Where and how did Peter receive the questionable advice of his waiving all his rights... including his FOIA rights?**

Judge Hilton, were you aware, or was your office informed, that Peter Debbins' attorneys, David Benowitz and Rammy Barbari, were both sick during the period they represented him, between the time they commenced and November 18th when Peter pled guilty?

Rammy Barbari told me, when I had difficulty reaching him after we first met on Sunday September 13th, that he had been very sick, not with COVID, *but very sick*. He then added that David Benowitz had tested positive for COVID, although he was still going to work!
Rammy alluded that others at Price-Benowitz had also tested positive for COVID.

When I spoke with Peter's sister Joan and Peter's friend David Depreedo, they relayed that Peter had said, to each independently and repeatedly, that he had been trying to reach his attorneys.
Joan and David indicated that Peter sounded "down" at times. Joan said Peter had told her that he had been told to plead guilty because *"the government wins 98% of the cases"* it takes to court.
Peter did not say who told him that. Joan said she did not think that it was Peter's attorneys.

After Peter pled guilty, Joan said that he told her "all would be revealed."
Joan told me that she didn't understand what Peter meant by that.

> ***Was Peter able to adequately meet with his attorneys for his defense from the time the Prosecution presented their case until Peter pled guilty on November 18th?***

The dynamics of COVID-19 has confounded life on every level, particularly for those in detention and needing comprehensive legal representation, like Peter.

***For Your Consideration***

**Judge Hilton, there are simply more questions than answers.**

The Peter Debbins I knew was devoted to the United States. He never gave any indication of support for or belief in Russia from which his Mother and her family fled.

Peter demonstrated his belief in the U.S. by his positive engagement with USG organizations, UACU and other educational institutions, by his support and cooperation in freely meeting with Jeffry Parsons and others of the Bureau more than 7 times. It was Peter's cooperation which was exploited by the agents to create their story.

I would hope that you, too, are now questioning what you have been presented by the Prosecution and by the little-to-no facts from the Defense. You have been left with the august and difficult task of sentencing a man about whom you have only limited information.

## In Conclusion          *What is the Greater Good?*

Judge Hilton, I hope that what I have presented here will inspire you to stay sentencing Peter Debbins and to begin a comprehensive review of the facts of what has been presented to you *before* you sentence Peter Debbins.

If you are able to direct a comprehensive review of Peter Debbins' case, then you will be able to rule on the case with facts that substantiate that Peter Debbins is a patriotic American guilty only of what the U.S. Military has already adjudicated. His poor judgement notwithstanding, the Army issued him an Honorable Discharge.

Further please, consider recommending a review by the Department of Justice of the case they delivered to you which they received from the FBI for its completeness and veracity.

**What sentence will best serve the interests of the United States?**

## Notes on the Debbins Family of Minnesota

## Information compiled from conversations with Mrs. Joan *(née Debbins)* Weimholt

The Debbins family of Minnesota was a household of 19+ people at any one time.

**Parents:** Father: David Debbins, born in USA 1933    Mother: Vickie, born in Soviet-Ukraine 1936
Maternal Grandmother:   Born in Lithuania

**Children:**    *23 Total*…. 7 Biological   10 Adopted    **PLUS**   5+ Temporary "Medical" Wards

Vickie as a small child was in a WWII German prisoner work camp with her father, mother, and older brother, Romy.  At the end of the War when they were released from the German camp, the family, with help from the International Red Cross, chose to immigrate to Wisconsin where Vickie's mother *(Peter's grandmother)* had a cousin.

Peter's mother went to college, Alder University, a Catholic school and became a nurse.
She met and married David Debbins who had graduated from Marquette University and had become an Electrical Engineer.

Their first child was Marina, who was adopted and was followed by 16 more children both biological and adopted, plus medical wards from overseas.  The household grew and grew with biological and adopted children, plus the children/young adults who needed medical treatment in the U.S.  The Debbins provided them with a place to live, room and board, plus some financial support.

All of the Debbins children worked from the young age of 10-ish if they wanted spending money or to have something that wasn't a hand-me-down from an older sibling or from the Church.

The Roman Catholic Church was what the Debbins family relied upon over the years for not only the elementary education of their children but also for significant food and clothing donations.
All the Debbins children were well aware that their family was supported on a daily basis by the generosity of the local Catholic parish.  So much so that the children were made to feel that must do whatever was requested of them by those in the Church, by the nuns and priests.

There were a couple stories that Joan Weimholt told me about growing up which coincide with what Peter told me.  The stories indicate that Peter, and the other children in the family, while not abused, did not have a conventional American childhood.

# Addenda

### #1	Timing of the Peter's Investigation and the Durham Investigation

**Durham:**

https://www.lawfareblog.com/durham-investigation-what-we-know-and-what-it-means

https://www.lawfareblog.com/how-do-you-solve-problem-john-durham

**FBI:**

https://www.axios.com/clinesmith-durham-report-investigation-page-5c893649-8b86-49f2-907f-3d854592a2df.html

### #2	Russian Disinformation:

https://www.wilsoncenter.org/blog-post/banning-pro-russian-media-fighting-disinformation-silencing-dissonant-opinions-or-both?sourceid=&emci=531dc875-1972-eb11-9889-00155d43c992&emdi=d7800ce4-2372-eb11-9889-00155d43c992&ceid=158329

https://www.rand.org/content/dam/rand/pubs/research_reports/RR2700/RR2740/RAND_RR2740.pdf

### #3	FBI Overreach:

https://www.cbsnews.com/news/to-catch-a-spy-30-01-2003

### #4	National Vaccination Strategy to Counter Russian Disinformation

https://www.reuters.com/article/us-usa-russia-covid-disinformation/u-s-says-russian-backed-outlets-spread-covid-19-vaccine-disinformation-idUSKBN2B0016

### #5	Peter Debbins' CV

Attached Document follows as "A"

### #6	Peter Debbins' Honorable Discharge

Attached Document follows as "B"

### #7	News Article on the Debbins Family

Attached Document follows as "D"