# CURRICULUM VITAE

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

| | | |
|---|---|---|
| **Personal Information** | **PETER DEBBINS, PMP**<br>Washington DC<br>571-445-4511 (Google Voice) | 605-215-1445 (US mobile)<br>Skype live:peter.debbins<br>peter.debbins@gmail.com<br>www.linkedin.com/in/peterdebbins<br>https://orcid.org/0000-0002-7721-5574 |  |
| **Professional Narrative** | Mr. Debbins is an adept and well versed technical training Project Manager bringing 20 years of experience and knowledge in numerous disciplines such as intelligence, national security, strategic planning, CBRNE, cyber and cyber space, irregular warfare, business, economics, finance, world geopolitical environment, and science and technology (S&T). He particular expertise is developing, implementing, and maintaining NIST Cybersecurity Framework and Insider Threat programs for enterprises which include stakeholder engagement, leadership support, and workforce training. He is a highly effective communicator who has written extensive professional material and spoken at numerous professional events. Mr. Debbins has project manager three Cyber Security project for government enterprises with over 1,000+ users and vast number of geographically dispersed locations. | |

| | | | |
|---|---|---|---|
| **Experience Overview** | Project Management<br>Special Operations<br>All Source Analytics<br>Process Improvement<br>POI Development<br>Proposal Writing | Training and Instruction<br>Business Development<br>HUMINT / OSINT<br>Cyber Operations<br>e-Learning<br>Technical Writing | Logistics<br>Leadership Development<br>P&L / Budgeting<br>Statistical Analysis<br>Curriculum Development<br>Instructional Design |
| **Languages** | **Russian** – Speaking 4+, Listening 4+, Reading 5, Writing 3+ International Language Roundtable (ILR) Score, September 2015<br>**French** – Speaking 1, Listening 1+, Reading 2, Writing 1 ILR Score, January 2020<br>**English** – Native | | |
| **Work Status** | US Citizen<br>Clearance Eligible | | |
| **Education** | **Institute of World Politics**, M. A. Strategic and International Studies, 2015<br>**University of Minnesota**, Minneapolis, B. A. International Relations, 1997 | | |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 02/2020 to present | **Cyber Financial Crimes Faculty Project Manager,** *Ukrainian American Concordia University and Rennes School of Business, France*<br>Mr. Debbins combines his expertise in project management and cyber security to develop and implement France's and Ukraine's leading business schools Cyber Financial Crimes faculty. He works with multiple stakeholders and departments to create an offering of training in Fraud Management, Economic Crimes Intelligence Analysis, Cyber Policy and Risk Analysis, Computer Sciences, and Cyber Security. The initial implementation is through the UACU Executive Education program, with BBA and MBA curriculum to be provided in the fall of 2021. The project completion will result in the establishment of a Cyber Financial Crimes Centre of Excellence (COE). |

1

**CURRICULUM VITAE**

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

| | |
|---|---|
| 10/2017 – 01/2020 | **Training Project Manager, *Regional Joint Intelligence Training Facility (RJITF)*** <br> COSOLUTIONS, Sterling, Virginia and RAF Molesworth, United Kingdom <br> Mr. Debbins developed and implement intelligence training programs in cyber security, analytic methodology and tradecraft, intelligence information support systems, and functional area studies, via a variety of synchronous and asynchronous eLearning and distance learning techniques. Mr. Debbins provides full-spectrum support to intelligence training efforts in classrooms and distance learning environments. He develops curriculum and exercises, maintains course, participates in mobile training team classroom events, and leads exercises and performance support events. He developed training plans and standard operating procedures (SOP) for NATO and EUCOM intelligence agencies. He coached instructors and analysts on best practices in cyber security intelligence tradecraft and analysis. His project management responsibilities included: <br> • Make recommendations of staffing and quality improvement initiatives for EUCOM and NATO training programs in Functional Area Studies and Cyber Threat Intelligence requiring effective articulation of Value Statement, Financial Management, and Business Case estimates and measurements <br> • Develop and present program forecasts, status, and metrics to senior EUCOM decisionmakers <br> • Conduct assessments of Business Outcomes to identify barriers and propose effective solutions <br> • Engaged peer organization and key stakeholders to include NATO partner militaries (St. Cyr Military Academy, France); think tanks (Chatham House); and universities (Cambridge) <br> • Developed and implemented an e-Learning training enterprise for 3,000 users throughout Europe |
| 01/2016 – 09/2017 | **Cyber Security Project Manager, *Joint Counter-Intelligence Training Activities (JCITA)*** <br> CACI INTERNATIONAL, Quantico, Virginia <br> Mr. Debbins developed and implement a Cyber Threat Intelligence Program for Defense Security Services (DSS) agents engaging CISOs at the DOD's Cleared Defense Contractors (CDC) to analyze indicators of compromise (IOC), determine Campaigns and Threat Actor groups, and develop Insider Threat programs to reduce vulnerabilities to CDC enterprises. His responsibilities included: <br> • Plan, communicate, and oversee work for numerous DSS field offices <br> • He has utilized ServiceAide Intelligent Service Management (ISM) client change tools and project management tools (PCM, MicroSoft Project) <br> • Define, establish, and ensure weekly, monthly, quarterly, and annual goals for training and analytical operations <br> • Utilize metrics to define and measure lag, leads, success factors to measure values and work effectiveness <br> • Transition program from Academy of Defense Intelligence (ADI) to DSS ownership <br> In addition, Mr. Debbins developed and trained DSS personnel on Risk Assessments for Internal and External threats and Cyber Threat Detection. He developed curriculum, programs of instruction (POI), and instructs numerous training course for DOD and intelligence community (IC) clients on disciplines of NIST Cybersecurity Framework, Threat Intelligence, Monitoring, Incident Response, and Forensics. He taught a wide range of intelligence analysis skills to monitor, assess, and report on foreign computer |

**CURRICULUM VITAE**

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

|  |  |
|---|---|
|  | network operations capabilities, vulnerabilities, and personalities that could pose a threat to the U.S. computers, communications, weapon systems and operations and develop in-depth intelligence analytical assessments and determines the best methodology to prepare and produce integrated intelligence products. His course included training and application of numerous security information and event management (SIEM) and log management tools to include Splunk, IBM QRadar, AlienVault, EventTracker, Securonix, Rapid7 Insight, and ArcSight. He also taught uses and applications of frameworks of OpenIOC, STIX, and YARA rules. His key accomplishments were:<br>• National HUMINT Manager (NHM) Directorate certified his cyber collection course for the entire intelligence community noting that his course is the standard for IC training cyber collection. |
| 04/2014 – 12/2015 | **Russian Cyber Analyst,** *Defense Intelligence Agency*<br>BOOZ ALLEN HAMILTON, Quantico, Virginia<br>Mr. Debbins was the lead collector responsible for the production of all-source national intelligence community products pertaining to computer network operations activities. He provided broad expertise on Eurasian affairs and research tools to increase team research performance. He supported and helped shape DIAs cyber counterintelligence platform. His duties included counterintelligence collection, writing, executing, and quality controlling counterintelligence collection plans, writing response memorandums, bio profiles, and IIRs (Intelligence Information Report) for IC-wide customers, interfacing with customers on operational activities, providing daily and weekly operational updates to client leadership, and providing capabilities briefings to internal and external agencies/organizations to market the clients program. Mr. Debbins wrote and executed ops plans to include OSINT information operations campaigns. As a cyber subject matter expert (SME), Peter participated in many blue team efforts in order to identify and mitigate operational and organizational risks. This activity ranged from identifying supply chain risk management to various cyber related vulnerabilities such as social engineering and Operational Security (OPSEC). Additionally, Peter also served as the manager for a team of regional representatives placed at various Combatant Commands (COCOMS) for the DIA client. His key accomplishments included:<br>• Receiving superior evaluations for reports which resulted in him serving as the POC for numerous action items.<br>• Providing guidance to clients on coordinating activities with EUCOM (European Command) and SOCEUR (Special Operations Command Europe).<br>• Leading research and guiding four critical multi-agency working groups.<br>• Lectured on Russian Affair and Military to the Institute of World Politics |
| 01/2011 – 03/2014 | **Senior Russian Cyber Analyst,** *902nd Military Intelligence Group*<br>MISSION ESSENTIAL PERSONNEL, Fort Meade, Maryland<br>Mr. Debbins provided direct analytical support to CI (counter-intelligence) cyberspace operations to include consultation and advice on linguistic, technical, and cultural issues impacting mission execution. He utilized Boolean searches, HOTR, M-3, ISM, JWICS, open source and classified databases to identify and assess cyberspace threats. His key accomplishments were:<br>• Presenting recommendations for courses of action which were adopted by the Department of Justice (DOJ).<br>• Establishing an SOP (Standard Operating Procedure) for training incoming linguists |

3

## CURRICULUM VITAE

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

|  |  |
|---|---|
|  | on collection protocol, report writing and presentation.<br>• Formulating solutions for agency and branch directors for Eurasian issues.<br>• Supporting decision making and special projects on intelligence integration issues to include the preparation, production, and coordination of written products and briefings for senior IC members, policy makers, military decisions makers, members of Congress, and other major stakeholders on intelligence integration efforts.<br>• Authoring 14 reports with "A" community evaluations resulting in the formation of community working groups to address the report issues.<br>• Representing his company in an online public relations and business services marketing. |
| 12/2006 – 12/2010 | **Transportation Coordinator**<br>TRADEMARK TRANSPORTATION, Saint Paul, Minnesota<br>Mr. Debbins led contractual relations with carriers throughout the US for an LTL (less than full load) freight forwarder of temperature and time sensitive food product. He created and implemented business plans, budgets, and financing proposals. He negotiated and managed contract fulfillment with sellers and purchasers. His key accomplishments were:<br>• Auditing the finance and accounting processes and preparing P&L (profit and losses) for transportation supplier which ensured their viability during the 2008-2009 Financial Crisis.<br>• Increasing contracted carrier support from 40% to 70% of deliveries which improved product delivery schedule and assurance.<br>• Increasing firm's operating margin from 26% to 36% which saved the company over $2,000,000 per year. |
| 12/2005 – 11/2006 | **Market Manager**<br>HENNEPIN INDUSTRIES, Mariupol, Ukraine<br>Mr. Debbins represented the Ukrainian manufacturers Trubostal and Mariupol Steel Works in North America. He oversaw all aspect of marketing, sales, and delivery of company products to buyers, which included petroleum energy extraction, delivery, and processing industries. His key accomplishment was delivering the initial North American sales which amounted to $5,000,000. |
| 02/2004 – 11/2005 | **Commander, Special Forces Operational Detachment – Alpha (ODA), US Army**<br>1st Battalion, 10th Special Forces Group (Airborne), Stuttgart, Germany<br>Captain Debbins commanded a 12-man team representing Special Operations Command to the Republic of Georgia and Azerbaijan. He synchronized activities in support of coalition and allied campaigns in theater. He briefed senior EUCOM commanders and flag grade officers on detachment support of strategic efforts. He coordinated with joint and multi-national staff to achieve command objectives. His notable accomplishment was gaining approval from the Prime Minister of Azerbaijan to promote and implement a regional capabilities assessment which resulted in the establishment of a national emergency response center. |
| 01/2003 – 01/2004 | **Special Forces Company Executive Officer, US Army**<br>1st Battalion, 10th Special Forces Group (Airborne), Stuttgart, Germany<br>Captain Debbins led a ten-man company staff that administered training, operations, logistics, and communications of a Special Forces Company deployed throughout |

4

CURRICULUM VITAE

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

| | |
|---|---|
| | Europe and Africa. He directed intelligence and targeting collection from the theater IFOR-NIC (International Forces – National Intelligence Center) in Sarajevo, Bosnia. He supervised personnel, logistics, and financial operations of a 200 person US military contingent to assure the immediate execution of peacekeeping emergencies. |
| 08/2001 – 12/2002 | **Special Forces Detachment Commander Candidate, US Army**<br>1st Special Warfare Training Group (Airborne), Fort Bragg, North Carolina<br>Captain Debbins received the Green Beret. The training included Special Forces Assessment and Selection (SFAS), the Infantry Captains Career Course (ICCC), Combined Arms Staff Service School (CAS3), Small Unit Tactics (SUT), Special Forces Commander Training, Robin Sage, and SERE (Survival, Evasion, Resistance, and Escape). |
| 01/2000 – 07/2001 | **Biological Weapons Detection Platoon Leader, US Army**<br>7th Chemical Company, Fort Polk, Louisiana<br>First Lieutenant Debbins served as a platoon leader in the nation's sole Biological Weapons Detection (BW) unit. The unit was deployed worldwide for contingency BW detection operations. His platoon received the highest score during a Department of Justice certification for detection and verification protocol. |
| 07/1998 – 12/1999 | **Mechanized Smoke Platoon Leader, US Army**<br>Second Infantry Division, Republic of Korea<br>Second Lieutenant Debbins led the theater's only battlefield obscuration unit for US and allied Korean forces. His platoon was the only unit to receive the Division Commander Superior Unit Award in 1999 which required a total operational integration with a Korean armored regiment. |
| 09/1997 – 06/1998 | **Management Trainee**<br>Uralselhozprodukt (Ural Agricultural Production), Chelyabinsk, Russia<br>Mr. Debbins worked as a management trainee on the executive board of a Russian agricultural transport company. A truly unique opportunity to witness the transition of a society from Communism to a market economy. His roles included contract negotiations, accounting, legal compliance, equipment maintenance, and route dispatch. |

## PROFESSIONAL CHARACTERISTICS

| | |
|---|---|
| Publications | ***Securing Ukraine through Cyber Financial Crimes Mitigation***<br>Business, Economics, Sustainability, Leadership and Innovations (BESLI) Volume: 2019, Issue: 3, ISSN: 2663-5070DOI: 10.37659/2663-5070-2019-3<br>https://www.concordia.edu.ua/wp-content/uploads/2020/06/besli-volume-2019-issue-003.pdf<br>***L'armée russe à l'ère de l'éclatement stratégique (The Russian Military in the Era of Strategic Breakout).*** Conflits, December 30, 2019<br>https://www.revueconflits.com/russie-guerre-froide-etats-unis-armee-diplomatie/<br>***Ukraine: A Contrarian Approach*** American Thinker, April 2, 2015<br>www.americanthinker.com/articles/2015/04/ukraine_a_contrarian_approach.html<br>***Forecast 2015: Salafists Expand Jihad Against Moscow***, Political Development Research Center (PDRC), December 30, 2014, http://pdrc.am/pdrc-forecasts-2015/ |

**CURRICULUM VITAE**

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

| | |
|---|---|
| **Conferences** | *2019 Future Wars Seminar*, St Cyr Military Academy, France https://www.iwp.edu/press-releases/2018/05/18/prof-thomas-flichy-de-la-neuville-hosts-future-wars-seminar-at-st-cyr/ <br> *Caucasus Flashpoint: The Nagorno Karabakh Conflict in Context*, Institute of World Politics, April 15, 2016, http://www.iwp.edu/events/detail/caucasus-flashpoint-the-nagorno-karabakh-conflict-in-context |
| **Seminars** | *Russian Worldview, Grand Strategy and Cyberspace,* Institute of World Politics, January 29, 2020, https://www.iwp.edu/events/russian-worldview-grand-strategy-and-cyberspace/ <br> *'Putin's Russia: Worldview, Grand Strategy and Cyberspace'* Cambridge Intelligence Seminar Lent Term 2019 https://www.hist.cam.ac.uk/seminars/seminar-pdfs/2018-2019/intel-lt2019.pdf <br> *Influencing a Wired World with Cyber Intelligence,* Netherhall Guest Speaker Series November 13, 2018, https://www.netherhallhouse.org.uk/guest-speakers/ <br> *Russian Grand Strategy and Military: Resolving the Capabilities Gap,* RED Executive Development, Inc., Strategic Scholars Program, November 14, 2016 http://www.redexec.org/#red-executive-development <br> *Modernization of Russian Armed Forces*, Institute of World Politics, Strategic Fellows Program 2015 www.iwp.edu/programs/detail/strategic-fellows-program |
| **Media Appearances** | **RECORDED FUTURE BLOG, Russia Revisited: How Did We Get Here?** August 21, 2017 https://www.recordedfuture.com/podcast-episode-20/ <br> **ERA Institute: Eurasia Unveiled Episode 4 - Russian Grand Strategy and Cyber Operations** https://soundcloud.com/erainstitute/eurasia-unveiled-episode-4-russian-grand-strategy-and-cyber-operations |
| **Courses Taught** | SOCES (Source Operations in a Cyber Environment Seminar), JCITA <br> CICCEC (Counterintelligence Collection in a Cyber Environment Course), JCITA <br> CITOC (Counter-Intelligence Threats and Operations in Cyberspace), JCITA <br> CTIS (Cyber Threat Intelligence Seminar), JCITA <br> CSSS 5220, Cyber Threat Detection, Webster University <br> AMT 003 (Analytical Methodology and Tradecraft) Critical Thinking and Structured Analysis Course, RJITF <br> AMT 004, Analytic Tradecraft Workshop, RJITF <br> AMT 006, Analytic Intelligence Writing Course, RJITF <br> AMT 007, Analytic Review Course, RJITF <br> AMT 008, Analytic Intelligence Briefing Course, RJITF <br> AMT 012, Advanced Critical Thinking (ACT), RJITF <br> FAS 001 (Functional Area Studies), Introduction to Russia Studies, RJITF <br> FAS 002, Ukraine and Belarus Seminar, RJITF <br> FAS 003, Baltics and Arctic Seminar, RJITF <br> FAS 004, Caucasus Studies, RJITF <br> CYB 001 (Cyber Analysis Tradecraft), Cyber Threat Intelligence, RJITF <br> CYB 002, OSINT Collection in a Cyber Environment, RJITF <br> CYB 003, Cyber Operations for Military Deployment, RJITF <br> PNE 007 (Partner Nation Engagement), Hybrid Warfare, NATO <br> EECS (Essentials of Enterprise Cyber Security), Ukrainian-American Concordia University |

**CURRICULUM VITAE**

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

| | |
|---|---|
| **Memberships** | Special Forces Association (Lifetime Member) |
| **Honors and Awards** | 2016 Prince William County Half-Marathon, 51st out of 1,749 runners<br>https://runsignup.com/Race/Results/29204/IndividualResult/XgLB#U15292365<br>2017 Prince William County Half-Marathon, 60th out of 1,491 runners<br>https://runsignup.com/Race/Results/?raceId=29204#resultSetId-95806<br>2013 Mission Support Team Excellence Award Winner<br>2012 DOD CI Technology Team Award |
| **Proposal Writing** | Primary writer for CoSolutions' Wins of SubContract Vehicle: DIA FLARES, CoSolutions, as the SBA approved All Small Mentor Protégé Program (ASMPP) Mentor to LBO Technology (an 8(a), HubZone Small Business), was awarded a DIA Facility, Logistics, Administrative, Readiness, Engagement and Security (FLARES) IDIQ subcontract. FLARES has a 10-year period of performance and a $99 million ceiling value to supply DIA's Directorate for Science and Technology (S&T) with project management, administrative, executive, communications, transportation and logistics, readiness/deployment, security management, facility management, and engagement services to support their mission to develop and deliver leading edge scientific and technical capabilities; lead and prioritize S&T enterprise programs that enhance analysis, collection, operations and acquisition activities to prevent strategic surprise.<br>https://www.cosolutions.com/news/ |
| **Boards and Faculty** | **Centre de recherche des écoles de Saint-Cyr, Coetquidan, France (St. Cyr Military Academy Center for Research),** Associate Professor<br>https://www.st-cyr.terre.defense.gouv.fr/index.php/esl/Centre-de-recherche-des-ecoles-de-Saint-Cyr-Coetquidan<br>**Cyber Intelligence Initiative Team, Institute of World Politics,** Washington, DC, Instructor www.iwp.edu/cyber-intelligence-initiative-team/peter-debbins/<br>**The Journal of Intelligence and Cyber Security,** Editor<br>https://www.academicapress.com/journals |
| **Certification** | Project Management Professional, PMP<br>CompTIA A+<br>CompTIA Security+ |
| **Professional Courses** | 2016, Cyber Threat Intelligence (CTI), SANS FOR578<br>2016, Instructor Facilitated Learning (IFL), Academy of Defense Intelligence (ADI)<br>2016, LEIU (Law Enforcement Intelligence Units) OSINT (Open Source Intelligence), Mike Bazzell<br>2013, Project Management Professional, PMP (current till January 2020)<br>2011, Online Undercover Techniques (OUT), Defense Cyber Investigations Training Academy (DCITA) |
| **Training** | 2017, DefCon, https://www.defcon.org/<br>2017, BlackHat, https://www.blackhat.com/us-17/<br>2016, DefCon, https://www.defcon.org/<br>2016, BlackHat, https://www.blackhat.com/us-16/<br>2008, ISO Certification 9001:2008 Internal Auditor, International Organization for Standard<br>2006, QuickBook Pro 2006 Accounting |

**CURRICULUM VITAE**

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

| | |
|---|---|
| | 2004, ASOT II, Stuttgart, Germany<br>2004, ICF (Intelligence Contingency Fund) Manager, Stuttgart, Germany<br>2003, SERES (High Risk), Fort Bragg, North Carolina<br>2003, Special Forces ODA Commanders Course (Q-Course), Fort Bragg, North Carolina<br>2002, Command and Staff, Service, and Support Course (CAS3), Fort Leavenworth, Kansas<br>2001, Infantry Captains Career Course, Fort Benning, Georgia (Honor Graduate)<br>2001, Special Forces Assessment and Selection (SFAS), Fort Bragg, North Carolina<br>2000, Army Air Assault Course, Fort Polk, Louisiana<br>2000, Biological Integrated Defense Systems (BIDS), Fort Leonard Wood, Missouri<br>1999, Army Parachutist Course (Airborne), Fort Benning, Georgia<br>1998, Nuclear, Biological, and Chemical Officers Basic Course (COBC), Fort McClellan, Alabama |
| **Attachments** | DD 214<br>Language Proficiency Certification |

8

# CURRICULUM VITAE

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

### CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| DEBBINS, PETER RAFAEL | ARMY/USAR/SP | |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| CPT | O03 | | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FORT LEWIS, WASHINGTON | 2122 WILSON STREET NORTHEAST MINNEAPOLIS MINNESOTA 55418 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 0100108PCO B SP | STUTTGART TC, GE, APO AE 09131 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| USAR CON GP (REIMF) AR-PERSCON, 1 RESERVE WAY, ST LOUIS, MO 63132 | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 74A CHEMICAL, GENERAL - 2 YRS 1 MOS//18A SF SPECIAL FORCES - 4 YRS 11 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 1998 | 07 | 10 |
| | b. SEPARATION DATE THIS PERIOD | 2005 | 11 | 30 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0007 | 04 | 21 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0003 | 09 | 19 |
| | f. FOREIGN SERVICE | 0000 | 00 | 00 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2001 | 10 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| ARMY COMMENDATION MEDAL//JOINT SERVICE ACHIEVEMENT MEDAL//ARMY ACHIEVEMENT MEDAL// NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)// KOREA DEFENSE SERVICE MEDAL//ARMED FORCES EXPEDITIONARY MEDAL//ARMY SERVICE RIBBON// OVERSEAS SERVICE RIBBON//SPECIAL FORCES TAB //PARACHUTIST BADGE//AIR//CONT IN BLOCK 18 | AIR ASSAULT, 2 WEEKS, DEC 2000//AIRBORNE, 3 WEEKS, DEC 1999//BIO INTEG DETECT SYS, 4 WEEKS, FEB 2000//CHEM OFF BASIC, 19 WEEKS, NOV 1999//COMB ARMS SVC STF SCH, 5 WEEKS, FEB 2002//IMP OFF ADVANCED, 19 WEEKS, DEC 2001// /SERE (HIGH RISK), 3 WEEKS, APR 2002//SF ASSESSMT&SELECTN CR, 3//CONT IN BLOCK 18 |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | X | NO |
|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | YES | NO |

| 16. DAYS ACCRUED LEAVE | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| PAID 0 | | | X |

**18. REMARKS**
MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: ASSAULT BADGE//GLOBAL WAR ON TERRORISM SERVICE MEDAL//CONT FROM BLOCK 14: WEEKS, FEB 2001//SOD OFFICER QUAL CRS, 26 WEEKS, MAR 2003//NOTHING FOLLOWS

This information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address -- Include ZIP Code) |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | MN | DIRECTOR OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| [signature] | JERRY L ANDERSON, TRANSITION SPECIALIST |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 600-8-24, PARA 2-7 | MBK | NA |

| 28. NARRATIVE REASON FOR SEPARATION | |
|---|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE | |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|
| NONE | PD |

DD FORM 214-AUTOMATED, FEB 2000    PREVIOUS EDITIONS OBSOLETE    MEMBER - 4

9

**CURRICULUM VITAE**

Peter Debbins | peter.debbins@gmail.com | 571-445-4511



DIPLOMATIC LANGUAGE SERVICES
Language Matters™

| | |
|---|---|
| 1901 N. Ft Myer Dr, 6th floor | Tel: 703 243 4855 |
| Arlington, VA 22209 | Fax: 703 243 7003 |
| www.dlsdc.com | info@dlsdc.com |

3 September 2015

## LANGUAGE PROFICIENCY CERTIFICATION

To whom it may concern:

This is to certify that on 3 September 2015, with the assistance of a trained native speaker of Russian, I administered Russian proficiency tests of speaking, listening, reading and writing to Mr. Peter Debbins. The tests were conducted in accordance with the Foreign Service Institute / Interagency Language Roundtable (FSI/ILR) proficiency level descriptions, using FSI testing procedures.

This is to certify that the results of the test were as follows:

| | |
|---|---|
| Speaking: | 4+ |
| Listening: | 4+ |
| Reading: | 5 |
| Writing: | 3+ |

Dudley Hagen
Language Training Supervisor

Foreign Language Training • English as a Foreign Language
Language Skills Assessment • Translation and Interpretation
Since 1985

10