## CURRICULUM VITAE

Peter Debbins | peter.debbins@gmail.com | 571-445-4511

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

| Field | Value |
|---|---|
| 1. NAME | DEBBINS, PETER RAFAEL DZIBINSKI |
| 2. DEPARTMENT, COMPONENT AND BRANCH | ARMY/USAR/SF |
| 4a. GRADE, RATE OR RANK | CPT |
| b. PAY GRADE | O03 |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | FORT LEWIS, WASHINGTON |
| b. HOME OF RECORD AT TIME OF ENTRY | 2122 WILSON STREET NORTHEAST, MINNEAPOLIS MINNESOTA 55418 |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 010010SPCO B SF |
| b. STATION WHERE SEPARATED | STUTTGART TC, GE, APO AE 09131 |
| 9. COMMAND TO WHICH TRANSFERRED | USAR CON GP (REINF) AR-PERSCON, 1 RESERVE WAY, ST LOUIS, MO 63132 |
| 10. SGLI COVERAGE AMOUNT | $400,000.00 |
| 11. PRIMARY SPECIALTY | 74A CHEMICAL, GENERAL - 2 YRS 1 MOS//18A SF SPECIAL FORCES - 4 YRS 11 MOS//NOTHING FOLLOWS |

**12. RECORD OF SERVICE**

| | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 1998 | 07 | 10 |
| b. SEPARATION DATE THIS PERIOD | 2005 | 11 | 30 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0007 | 04 | 21 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0002 | 00 | 19 |
| f. FOREIGN SERVICE | 0000 | 00 | 00 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. EFFECTIVE DATE OF PAY GRADE | 2001 | 10 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED**
ARMY COMMENDATION MEDAL//JOINT SERVICE ACHIEVEMENT MEDAL//ARMY ACHIEVEMENT MEDAL// NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)// KOREA DEFENSE SERVICE MEDAL//ARMED FORCES EXPEDITIONARY MEDAL//ARMY SERVICE RIBBON// OVERSEAS SERVICE RIBBON//SPECIAL FORCES TAB //PARACHUTIST BADGE//AIR//CONT IN BLOCK 18

**14. MILITARY EDUCATION**
AIR ASSAULT, 2 WEEKS, DEC 2000//AIRBORNE, 3 WEEKS, DEC 1999//BIO INTEG DETECT SYS, 4 WEEKS, FEB 2000//CHEM OFF BASIC, 19 WEEKS, NOV 1998//COMB ARMS SVC STF SCH, 5 WEEKS, FEB 2002//INF OFF ADVANCED, 19 WEEKS, DEC 2001// /SERE (HIGH RISK), 3 WEEKS, APR 2003//SF ASSESSMNT&SELECTN CR, 3//CONT IN BLOCK 18

15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM — NO (X)
b. HIGH SCHOOL GRADUATE OR EQUIVALENT — YES (X)

16. DAYS ACCRUED LEAVE PAID: 0
17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION — NO (X)

**18. REMARKS**
MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: ASSAULT BADGE//GLOBAL WAR ON TERRORISM SERVICE MEDAL//CONT FROM BLOCK 14: WEEKS, FEB 2001//SOO OFFICER QUAL CRS, 16 WEEKS, MAR 2003//NOTHING FOLLOWS

20. MEMBER REQUESTS COPY 6 BE SENT TO: DIRECTOR OF VETERANS AFFAIRS — YES (X)
21. SIGNATURE OF MEMBER BEING SEPARATED
22. OFFICIAL AUTHORIZED TO SIGN: JERRY L ANDERSON, TRANSITION SPECIALIST

**SPECIAL ADDITIONAL INFORMATION**

| 23. TYPE OF SEPARATION | RELEASE FROM ACTIVE DUTY |
| 24. CHARACTER OF SERVICE | HONORABLE |
| 25. SEPARATION AUTHORITY | AR 600-8-24, PARA 2-7 |
| 26. SEPARATION CODE | MBK |
| 27. REENTRY CODE | NA |
| 28. NARRATIVE REASON FOR SEPARATION | COMPLETION OF REQUIRED ACTIVE SERVICE |
| 29. DATES OF TIME LOST DURING THIS PERIOD | NONE |
| 30. MEMBER REQUESTS COPY 4 | PD |

DD FORM 214-AUTOMATED, FEB 2000 — MEMBER - 4

9