

DEC 1981 — Honeywell Inc. Circulator, Minneapolis, MN

Mark Joseph, 6

Sarah, 10

Andrew, 8

The Debbins family gathered for a portrait. Pictured, left to right, in the first row are: Maria, 20; Sarah, 10; Dave; Stefan, 8; Elizabeth, 7 and Monica, 13. In the next row, left to right, Vickie; Mark Joseph, 6; Peter, 6; Andrea, 16 and Anjali, 20 months. Behind them, left to right, Joseph, 18; Andrew, 8; Grandma; Daniel, 18 and Nathan, 11. In the back is John, 12. Not pictured are Martina, 24, and her husband, David Adams, a Honeyweller at New Brighton. Martina and David are the parents of the Debbins first grandchild.

Talk about crowded bathrooms. Pictured are, left to right, Anjali, Sarah, Peter, Stefan and Mark.

## A house full of kids and love

The most precious gift a child can ever receive is the security of a loving home.

The 18 children of David and Vickie Debbins have that special gift. The family — a delightful mix of their biological and adopted children of various backgrounds — share a big, comfortable home in northeast Minneapolis near the Stinson plant where Dave is an Avionics division engineer.

Dave and Vickie adopted their first child in 1963 and Maria is now 20 years old and a college student. Since then, nearly every year there has been a new little person added to the family.

"We were pioneers when we adopted our first black child," Vickie said, "because interracial families were not very common. But now the only thing that makes us different is the fact that there are 18 people in the family." Today the family includes adopted children of Korean, Eastern Indian and black heritage.

"Actually, people outside our immediate family don't pay much attention anymore when we announce we are adding another member to the family," Vickie said. "In fact, sometimes I think people imagine that I am home arranging for a new child just to surprise Dave when he comes home from work."

Life, according to Vickie, is very simple in their home. "We eat simple, nutritious meals, and because everyone helps, everyone else and we all share in the housework and cooking. By the time the children are 11 or 12 years old, they are very self-sufficient."

"I take care of the little ones, and the ones that need special care," she added. "The family includes one little girl with Downs Syndrome and a physically handicapped boy."

"Since we have always been a growing family and have had to share, the children don't have unreasonable expectations. As they get older," she continued, "they find jobs — paper routes and babysitting before they are old enough to work out — so by the time they are interested in clothes and other extras, they pretty much take care of themselves."

Vickie said that in raising a large family she has found that there are no two children alike whether they are biological brothers and sisters or adopted brothers and sisters. Each has his or her own personality and remembering that makes it much easier to cope with a problem or crisis. "And believe me," she added, "we've faced them all."

Dave added that there is the normal sibling rivalry but never a problem with accepting a new person into the family. "It's always exciting when a new child arrives," he said. The two newest members in the family are 19-month-old Anjali, who came from Calcutta, India when she was three months old, and six-year-old Mark Joseph who joined the family last March.

In addition to their own family members, the Debbins also have three young men from Ethiopia currently living with them. The three are recovering from open heart surgery and are attending schools here.

"We are hoping they all can stay here until they at least complete their educations," Vickie said, "but because of tightening immigration rulings and the unavailability of money for educating persons who are not citizens, this could be very difficult."


The youngest member of the family, Anjali, is 20 months.


Peter, 6, is the studious member of the family.


The three Ethiopian members of the household chatted with Dave. They are, left to right, Tsegai, Almaz, Dave, Soloman and with them Zalalam, also from Ethiopia, who stayed with the family for several weeks recently.