

**UKRAINIAN-AMERICAN CONCORDIA UNIVERSITY**

## Elaine M. Sarao, Ph.D.
Associate Rector

8/14 Turgenevska street, office 1-4  
Kyiv, 01054, Ukraine

US Mobile (202) 957-97-01  
e-mail: ALA_HQ@msn.com