IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA VIRGINIA

CASE NO. 1:20-CR-193

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | WITHDRAWAL OF |
| ) | GUILTY PLEA |
| PETER RAFAEL DZIBINSKI DEBBINS ) | |
| Defendant ) | |
| ) | |

THE DEFENDANT, PETER RAFAEL DZIBINSKI DEBBINS, HEREBY SEEKS TO WITHDRAWAL HIS PLEA OF GUILTY IN THE ABOVE NAMED CASE ON THIS TWENTY-FOURTH DAY OF MAY, 2021.

_[signature]_
(Signature)

24 MAY 2021
(Date)

2001 MILL ROAD
ALEXANDRIA, VIRGINIA 22314
(Address)

DECLARATION OF INMATE FILING

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| V | ) CASE NO 1:20-CR-193 |
|  | ) |
| PETER RAFAEL DZIBINSKI DEBBINS | ) |
| (Defendant) | ) |

I AM AN INMATE CONFINED IN AN INSTITUTION, TODAY 24 MAY 2021 I AM DEPOSITING THE NOTICE OF WITHDRAWAL OF GUILTY PLEA IN THIS CASE IN THE INSTITUTION'S INTERNAL MAIL SYSTEM. FIRST CLASS POSTAGE IS BEING PREPAID EITHER BY ME OR BY THE INSTITUTION ON MY BEHALF.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT (see 28 U.S.C. § 1746; 18 § U.S.C. 1621).

_[signature]_
(Defendant Signature)

24 MAY 2021
(Date)

2001 MILL ROAD
ALEXANDRIA, VIRGINIA 22314
(Address)