IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

CASE NO. 1:20-CR-193

UNITED STATES OF AMERICA )
)
V ) NOTICE OF APPEAL
)
PETER RAFAEL DZIBINSKI DEBBINS )
)

NOTICE IS HEREBY GIVEN THAT PETER RAFAEL DZIBINSKI DEBBINS, DEFENDANT IN THE ABOVE NAMED CASE, HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT FROM THE FINAL JUDGEMENT AND SENTENCE ENTERED IN THIS ACTION ON THE FOURTEENTH DAY OF MAY, 2021

_(signature)_
(Signature of Defendant)

24 MAY 2021
(Date)

2001 MILL ROAD
ALEXANDRIA, VIRGINIA 22314
(Address)

DECLARATION OF INMATE FILING

1. IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES )
 )
 )
v. ) CASE NO 1:20-CR-193
 )
PETER RAFAEL DZIBINSKI )
DEBBINS (Defendant) )

I AM AN INMATE CONFINED IN AN INSTITUTION. TODAY 24 MAY 2021 I AM DEPOSITING THE NOTICE OF APPEAL IN THIS CASE IN THE INSTITUTION'S INTERNAL MAIL SYSTEM. FIRST CLASS POSTAGE IS BEING PREPAID EITHER BY ME OR BY THE INSTITUTION ON MY BEHALF.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT (see 28 U.S.C § 1746; 18 § U.S.C. 1621).

_[signature]_
(Signature)

24 MAY 2021
(Date)

2001 MILL ROAD
ALEXANDRIA, VIRGINIA 22314
(Address)