

PETER DEBBINS
2001 MILL ROAD
ALEXANDRIA, VA 22314



NOVA 220
24 MAY 2021 PM 6 L



CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314

COURT FILING DOCUMENTS

22314-579899