FILED: May 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4260
(1:20-cr-00193-CMH-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PETER RAFAEL DZIBINSK DEBBINS

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:20-cr-00193-CMH-1 |
| Date notice of appeal filed in originating court: | 05/26/2021 |
| Appellant(s) | Peter Rafael Dzibinski Debbins |
| Appellate Case Number | 21-4260 |
| Case Manager | Cathi Bennett<br>804-916-2702 |