IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER RAFAEL DZIBINSKI DEBBINS,<br><br>Defendant. | No. 1:20-cr-193 |

**ORDER**

This matter comes before the Court on the defendant's pro se motion to withdraw his guilty plea (Dkt. No. 66), to which the government has filed a response.

This Court is without authority to consider the defendant's motion. It is therefore ORDERED that the defendant's motion is denied.

Entered in Alexandria, Virginia, this _____ day of _____, 2021.

 

_____
The Honorable Claude M. Hilton
United States District Judge