# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Criminal No. 1:20-cr-193-CMH |
| ) | |
| **PETER DEBBINS,** ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S MOTION TO WITHDRAW
## <u>DEFENDANT'S NOTICE TO WITHDRAW PLEA OF GUILTY</u>

Defendant Peter Debbins, by and through undersigned counsel, respectfully moves this Honorable Court to withdraw his notice,[1] filed May 26, 2021, seeking to withdraw his plea of guilty in this matter.

In support of this motion, counsel states the following:

Because Federal Rule of Criminal Procedure 11 (e) forecloses Mr. Debbins from withdrawing his plea of guilty after sentencing, Mr. Debbins now seeks to withdraw this matter from this Court's consideration.

WHEREFORE, for the foregoing reasons Mr. Debbins respectfully requests that his notice, filed May 26, 2021, seeking to withdraw his plea of guilty in this matter, be withdrawn.

---

[1] *See* ECF No. 66.

1

Respectfully submitted,

_____/s/_____
David Benowitz
VSB # 91194
*Counsel for Peter Debbins*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
(202) 271-5249
david@pricebenowitz.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Defendant's Motion to Withdraw Defendant's Notice to Withdraw Plea of Guilty has been served via the ECF system upon the United States Attorney's Office – Eastern District of Virginia – Alexandria Division, attention Assistant United States Attorneys Thomas Traxler and Jim Trump, and Trial Attorney David Aaron on this 28th day of May, 2021.

_____/s/_____
David Benowitz