# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-511-IDD |
| **PETER DEBBINS,** ) | |
| **Defendant.** ) | |

### ORDER

Upon consideration of Defendant Peter Debbins' Motion to Withdraw Defendant's Notice to Withdraw Guilty Plea, file on May 26, 2021, it is hereby,

**ORDERED**, that the Defendant's Motion is **GRANTED** and it is hereby,

**FURTHER ORDERED**, that Mr. Debbins' Notice to Withdraw Guilty Plea, ECF No. 66, is hereby withdrawn from consideration by the Court.

_____    _____
**DATE**    **CLAUDE M. HILTON**
    **Senior United States District Judge**