UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CASE NO. 1:20-CR-193

RECEIVED
JUN - 8 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
)
v )
)
) REQUEST FOR PUBLIC DEFENDER
PETER RAFAEL DZIBINSKI DEBBINS )
(DEFENDANT) )
)

THE DEFENDANT, PETER RAFAEL DZIBINSKI DEBBINS, HEREBY REQUEST CHANGE OF REPRESENTATION TO PUBLIC DEFENDER, BASED ON FINANCIAL MEANS, IN THE ABOVE NAMED CASE ON THIS SECOND DAY OF JUNE, 2021

_____
(Signature)

02 JUNE 2021
(Date)

2001 MILL ROAD
ALEXANDRIA, VIRGINIA 22314
(Address)