DECLARATION OF INMATE FILING

RECEIVED MAILROOM
JUN -8 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CASE NO. 1:20-CR-193 |
| PETER RAFAEL DZIBINSKI DEBBINS (DEFENDANT) | ) |

I AM AN INMATE CONFINED IN AN INSTITUTION. TODAY, 02 JUNE 2021, I AM DEPOSITING THE <u>REQUEST FOR PUBLIC DEFENDER</u> IN THIS CASE IN THE INSTITUTIONS INTERNAL MAIL SYSTEM. FIRST CLASS POSTAGE IS BEING PREPAID EITHER BY ME OR BY THE INSTITUTION ON MY BEHALF

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT (SEE 28 U.S.C. §1746; 18 § U.S.C. 1621).

_[signature]_
(Signature)

02 JUNE 2021
(Date)

2001 MILL ROAD
ALEXANDRIA, VIRGINIA 22314
(Address)