Case 1:20-cr-00193-CMH   Document 74-2   Filed 06/08/21   Page 1 of 1 PageID# 673



RECEIVED MAILROOM JUN -8 2021 CLERK, U.S. DISTRICT COURT ALEXANDRIA VIRGINIA

PETER DEBBINS
2001 MILL ROAD
ALEXANDRIA, VA
22314

NOVA 220
4 JUN 2021 PM 4 L
FOREVER/USA

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314

U.S. MARSHALS INSPECTED

(COURT FILING DOCUMENTS)

22314-570499