## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | Case No. 1:20-CR-193-CMH |
| | ) | |
| **PETER DEBBINS,** | ) | |
| **Defendant.** | ) | |
| | ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel, pursuant to Local Criminal Rule 57.4 (G), respectfully move this Court for Leave to Withdraw as Counsel in the above matter due to irreconcilable differences with Mr. Debbins.

Counsel have advised Mr. Debbins of their decision to request leave of the Court to withdraw and Mr. Debbins has no objection.

WHEREFORE, for the foregoing reasons, counsel respectfully request that this Court grant this Motion to Withdraw as Counsel.

Respectfully submitted,

_____/s/_____
David Benowitz
VA Bar # 91194

_____/s/_____
Rammy G. Barbari
VA Bar # 88414
*Counsels for Peter Debbins*
Price Benowitz LLP
409 Seventh Street NW
Suite 200
Washington, DC 20004
(202) 417-6000
(202) 664-1331 (fax)
david@pricebenowitz.com
rammy@pricebenowitz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2021, I caused a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel to be delivered via the ECF system upon Assistant United States Attorneys Thomas Traxler and Jim Trump at the United States Attorney's Office, Eastern District of Virginia (Alexandria), 2100 Jamieson Ave, Alexandria, VA 22314.

_____/s/_____
David Benowitz

2