# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Case No. 1:20-CR-193-CMH |
| ) | |
| **PETER DEBBINS,** ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of counsel's Motion for Leave to Withdraw as Counsel, it is hereby,

**ORDERED**, that the motion is **GRANTED** and it is hereby,

**FURTHER ORDERED**, that counsel David Benowitz and Rammy G. Barbari are withdrawn from representation of Defendant Peter Debbins in this matter.

_____  _____
**DATE**              **CLAUDE M. HILTON**
                      United States District Judge