IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES | ) <br> ) <br> ) |
| v. | ) Case No. 1:20-CR-193-CMH |
| | ) |
| PETER DEBBINS, | ) |
| Defendant. | ) <br> ) |

ORDER

Upon consideration of counsel's Motion for Leave to Withdraw as Counsel, it is hereby,

**ORDERED**, that the motion is **GRANTED** and it is hereby,

**FURTHER ORDERED**, that counsel David Benowitz and Rammy G. Barbari are withdrawn from representation of Defendant Peter Debbins in this matter.

June 10, 2021
DATE

_/s/ Claude M. Hilton_
CLAUDE M. HILTON
United States District Judge