IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal Case No. 1:20CR193 |
| V. ) | |
| ) | |
| PETER RAFAEL DEBBINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter comes before the Court on the Defendant's Request for the Appointment of a Public Defender (Dkt. No. 74). It appears to the Court that there are no pending matters, and the proceedings in this case have concluded.

The Defendant has no constitutional right to the appointment of counsel in post-conviction proceedings. Lawrence v. Florida, 549 U.S. 327, 326-37 (2007) (citing Coleman v. Thompson, 501 U.S. 722, 756-57 (1991)); Rouse v. Lee, 339 F.3d 238, 250 (4th Cir. 2003), cert. denied, 541 U.S. 905 (2004) (citing Pennsylvania v. Finley, 481 U.S. 551, 555-56 (1987) (observing there is no constitutional right to appointment of counsel to develop and pursue post-conviction relief)). The Court may, in some circumstances, appoint counsel for an inmate when it determines that the interests of justice so require and

the inmate is financially unable to obtain counsel. See 18 U.S.C. § 3006A(2)(B).  In this case, the Defendant has not demonstrated that the interests of justice warrant the appointment of counsel.  It is hereby

ORDERED that the Defendant's Request is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 11, 2021