IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED MAILROOM
JUL 22 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 1:20-CR-193
)
PETER RAFAEL DZIBINSKI DEBBINS )
Defendant/Petitioner )
)
)

REQUEST FOR A COURT-APPOINTED
ATTORNEY TO ASSIST WITH
2255 MOTION

HONORABLE JUDGE HILTON,

I ASK THIS COURT FOR A COURT-APPOINTED ATTORNEY TO ASSIST ME IN PREPARING AND FILING MY 2255 MOTION. I HAVE NOT BEEN ABLE TO SECURE AN ATTORNEY DUE TO THE FACT THAT SINCE JANUARY 27, 2022 I HAVE BEEN UNDER SPECIAL ADMINISTRATIVE MEASURES (SAM) PER THE REQUEST OF THE UNITED STATES ATTORNEY'S OFFICE TO THE BUREAU OF PRISONS (BOP). THE SAM HAS PLACED ME IN ISOLATION AND SEVERELY RESTRICTED MY COMMUNICATIONS AND ABILITY TO PREPARE MY 2255 MOTION, HINDERING MY CONSTITUTIONAL RIGHTS.

PAGE 1 OF 2

DURING THE PAST SIX MONTHS I HAVE BEEN PROVIDED ONLY FOUR PHONE CALLS, AND ONLY ONE WAS WITH A POTENTIAL ATTORNEY, WHO HAD GREAT DIFFICULTY WITH OVER A TWO MONTHS DELAY IN OBTAINING AUTHORIZATION TO COMMUNICATE WITH ME. I AM NOT ABLE TO COMMUNICATE WITH OTHER POTENTIAL ATTORNEYS. MY ATTEMPTS TO OBTAIN AN ATTORNEY REQUIRE SURROGATES BY A SLOW, TEDIOUS, AND UNCERTAIN PROCESS OF MONITORED MAIL, WHICH HAS NOT YIELDED RESULTS.

IN ADDITION I HAVE ONLY VERY LIMITED ACCESS TO LEGAL DOCUMENTS AND ONLY ONCE HAD I ACCESS TO THE LEXUS NEXUS LEGAL DATABASE. I AM ONLY ALLOWED TO HAVE MAIL, PENCIL AND PAPER TO PREPARE MY 2255 MOTION.

I AM FINANCIALLY ELIGIBLE TO RECEIVE A COURT-APPOINTED ATTORNEY PER A PREVIOUSLY SUBMITTED FINANCIAL AFFADAVIT.

MY MAILING ADDRESS CURRENTLY IS:
PETER DEBBINS
05852509
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KENTUCKY 41224

RESPECTFULLY

*(signed)*
PETER DEBBINS
15 JULY 2022

PAGE 2 OF 2