IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) Case No. 1:20-CR-193
)
)
PETER RAFAEL DZIBINSKI DEBBINS )
Petitioner/Defendant )
)
)

REQUEST FOR CONTINUANCE
FOR THE FILING DEADLINE
FOR THE 2255 MOTION

HONORABLE JUDGE HILTON,

I ASK THIS COURT FOR A CONTINUANCE ON THE DEADLINE TO FILE MY 2255 MOTION. I REQUEST AN ADDITIONAL SIX MONTHS FROM THE SEPTEMBER 6, 2022 DEADLINE DUE TO THE FACT THAT SINCE JANUARY 27, 2022 I HAVE BEEN UNDER SPECIAL ADMINISTRATIVE MEASURES (SAM) PER THE REQUEST OF THE UNITED STATES ATTORNEY'S OFFICE TO THE BUREAU OF PRISONS (BOP). THE SAM HAS PLACED ME IN ISOLATION AND SEVERELY RESTRICTED MY COMMUNICATION AND ABILITY TO PREPARE MY MOTION, HINDERING MY CONSTITUTION RIGHTS.

PAGE 1 OF 2

As a result I have not been able to secure an attorney to assist me with the 2255 motion. In the past six months I have been provided only four phone calls, and only one was with a potential attorney who had great difficulty with over a two months delay in obtaining authorization to communicate with me. I am not able to communicate with other ~~potential~~ potential attorneys.

The continuance will provide the possibility to secure an attorney which can only be done through surrogates by a slow, tedious, and uncertain process via monitored mail which not yielded results, prompting me to request a court-appointed attorney.

My mailing address is currently:
Peter Debbins
05852509
United States Penitentiary, Big Sandy
P.O. Box 2068
Inez, KY 41224

Respectfully

*(signed)*
Peter Debbins
15 July 2022

Page 2 of 2