DEAR DAVID

HOW ARE YOU DOING? I AM DOING FINE GIVEN THE CIRCUMSTANCES.

PER YOUR REQUEST I HAVE ENCLOSED my REQUEST FOR A COURT APPOINTED ATTORNEY AND REQUEST FOR A CONTINUANCE.

IT IS A SLOW AND UNCERTAIN PROCESS. MY PETITION, BUT I WILL NOT GIVE UP. THE AMERICAN PUBLIC SHOULD KNOW ABOUT THE DEVASTATING IMPACT OF MENTAL ILLNESS ON THE JUDICIAL PROCESS. MY CASE IS A BIZARRE EXAMPLE OF THE IMPACT OF A CHEMICAL IMBALANCE. I THINK ABOUT MY BROTHER STEFAN AND I CAN NOW SOMEWHAT COMPREHEND THE PRISON OF DERANGEMENT HE SUFFERED.

SO I BEAR MY SUFFERING KNOWING THAT I WAS POWERLESS TO STOP IT.

I DO MY PRAYERS AND READ — SOMETIMES I GENERALLY GET INTERESTING BOOKS. I JUST FINISHED "PACIFIC CRUCIBLE: WAR AT SEA IN THE PACIFIC, 1941-19__" BY IAN TOLL. I WAS A GREAT READ. I FOUND MOST INTERESTING THE JAPANESE MESSIAH COMPLEX. IT REMINDED ME OF RUSSIA.

PLEASE MAKE SURE MY MOTIONS WERE FILED WITH THE COURT. I HAVE NO WAY OF KNOWING.

I PRAY FOR YOU FERVENTLY.

LOVE
PETER

15 JUL 2022

P.S. IF I HEAR NOTHING FROM THE JUDGE OR LAWYER I WILL SUBMIT MY 2255 ON AUGUST 15

# REQUEST FOR ATTORNEY

I REQUEST A COURT-APPOINTED ATTORNEY TO ASSIST ME IN PREPARING AND FILING MY 2255 PETITION. I HAVE NOT BEEN ABLE TO SECURE AN ATTORNEY DUE TO THE FACT THAT SINCE JANUARY 27, 2022 I HAVE BEEN UNDER SPECIAL ADMINISTRATIVE MEASURES (SAM) PER THE REQUEST OF THE UNITED STATES ATTORNEY'S OFFICE TO THE BUREAU OF PRISONS (BOP). THE SAM HAS SEVERELY RESTRICTED MY COMMUNICATIONS AND ABILITY TO PREPARE MY PETITION, HINDERING MY CONSTITUTIONAL RIGHTS, PLACED ME IN ISOLATION AND

DURING THE PAST SIX MONTHS I HAVE BEEN PROVIDED ONLY FOUR PHONE CALLS AND ONLY ONE WAS WITH A POTENTIAL ATTORNEY, WHO HAD GREAT DIFFICULTY WITH OVER A TWO MONTH DELAY IN OBTAINING AUTHORIZATION TO COMMUNICATE WITH ME. I AM NOT ABLE TO COMMUNICATE WITH OTHER POTENTIAL ATTORNEYS. MY ATTEMPTS TO OBTAIN AN ATTORNEY REQUIRE SURROGATES ACTING ON MY BEHALF THROUGH A SLOW, TEDIOUS, AND UNCERTAIN PROCESS OF MONITORED MAIL WHICH HAS NOT YIELDED RESULTS.

IN ADDITION I HAVE HAD LIMITED ACCESS TO LEGAL DOCUMENTS AND ONLY ONCE HAD ACCESS TO THE LEXIS NEXUS LEGAL DATABASE. I AM ONLY ALLOWED TO HAVE PENCIL AND PAPER, AND MAIL.

I AM FINANCIALLY ELIGIBLE TO RECEIVE A COURT APPOINTED ATTORNEY PER A PREVIOUSLY SUBMITTED FINANCIAL AFFADAVIT.

# REQUEST FOR EXTENSION

I request a continuance on the deadline to file my 2255 petition. I request an additional six months from the September 6, 2022 deadline, due to the fact that since January 27, 2022 I have been under Special Administrative Measures (SAM) per the request of the United States Attorney's Office to the Bureau of Prisons (BOP). The SAM has severely restricted my communications and access to support my petition. As a result I have not yet been able to secure an attorney to assist me with the 2255 petition. In the past six months I have been provided only four phone calls, and only one was with a potential attorney who had great difficulty with over a two month delay in obtaining authorization to communicate with me. I am not able to communicate with other potential attorneys.

The continuance will provide the possibility to secure an attorney which can only be done through surrogates acting on my behalf through a slow, tedious, and uncertain process via monitored mail which has not yielded results, prompting me to request a court-appointed attorney.

*placed on  
[illegible]  
hindering  
[illegible]  
rights*