AFFIDAVIT

FILED

I certify to this court that Mr. Peter Debbins did send to me by first class mail from Big Sandy Penitentiary a request for attorney and request for extension in view of a 2255 petition for this court, where he was previously convicted and by whose order he was turned over to the Bureau of Prisons in whose custody he remains today.

2022 AUG 29 P 4: 55

Mr. Debbins asked me to file said papers on his behalf against the possibility that the court did not receive his direct mailings. An official of the Clerk's office informs me by telephone today that the court has not received anything from Mr. Debbins in the recent past.

The requests themselves bear no signature. I have supplied a signature in the form of the accompanying letter wherein he asked me to file the papers.

I have also made photocopies to darken the lettering for the convenience of the judge reading them.

Mr. Debbins briefly had counsel who inspected the records of this court and determined a petition deadline date of September 6. That attorney no longer represents Mr. Debbins and to my knowledge prepared nothing on his behalf. I spoke to that attorney once and he told me that the deadline date would be September 6, 2022.

For the court's information I have provided the record of the case styled Noe David Ramirez v. United States. In that case this court expeditiously dismissed a request for attorney and request for extension (without prejudice) but ordered the Bureau of Prisons officials at the penitentiary "to deliver a copy of the order immediately and upon receipt so that he will have adequate time to file a petition pursuant to 28 U.S.C. [] 2255."

I would further observe that Mr. Debbins told his wife in another letter that he had no access to the 2255 forms for *pro se* petitioners. And that Mr. Debbins does not appear to have adequate writing instruments as his letters are barely legible from the lightness of the instrument used.

All of the above is true to the best of my knowledge.

*David J. DePerro*
David DePerro
August 29, 2022
Warrenton, VA

Address 20-cr-193
on file at →
my sentencing letter