UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

__Peter Debbins__
Plaintiff(s),

v.

Civil Action Number: _____

2022 AUG 29 P 4: 55

_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Motion - request for attorney__
__Motion - request for extension__
(Title of Document)
__with accompanying letters__

__Peter Debbins__
Name of Pro Se Party (Print or Type)

__David DeFerro__ __for Peter Debbins -> Last known__
Signature of Pro Se Party __address Big Sandy__
__Penitentiary__
Executed on: __8/29/2022__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

__David DeFerro__
(Name of Attorney) __Kiler__

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)