IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA )
    Respondent )   CRIMINAL CASE NO. 1:20CR193
v. )   CIVIL ACTION NO. 1:22CV991
)
PETER RAFAEL DZIBINSKI )
DEBBINS )
    Defendant/Petitioner )

I PRESENT A WRITTEN FILED COPY OF THE 2255 PETITION FORM. I DO NOT KNOW IF THE COURT RECEIVED THE 2255 PETITION FORM ON AUGUST 25, 2022. I RECEIVED ONLY A STAMPED COPY OF THE ATTACHMENTS AND CONTINUATION SHEETS OF MY 2255 BUT NOT THE FORM WHICH I ALSO MAILED.