INMATE NAME: PETER DEBBINS
REGISTER # 05852509
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

U.S. MARSHALS

CLERK'S OFFICE
U.S DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA
22314-5798

RECEIVED
OCT - 4 2022
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA