IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

PETER RAFAEL DEBBINS )
    Petitioner )
  )
V. ) Criminal Case No. 1:20CR193
UNITED STATES OF AMERICA ) Civil Action No 1:22CV991
    Respondent )
  )
  )

I SENT THIS COURT A WRITTEN FILLED COPY OF MY 2255 PETITION FORM, BUT FAILED TO SIGN MY LETTER THAT ACCOMPANIED IT. THIS LETTER PROVIDES THE CORRESPONDING SIGNATURE. I SENT THE COPY OF THE 2255 PETITION FORM BECAUSE I DO NOT KNOW IF THE COURT RECEIVED THE FORM, BECAUSE I ONLY RECEIVED A STAMPED COPY OF MY 2255 PETITION ATTACHMENTS (IN FORMA PAUPERIS) AND CONTITUATION SHEETS.

SIGNED,
*[signature]*
PETER DEBBINS
28 SEPTEMBER 2022
05852509
UNITED STATES PENITENTIARY
BIG SANDY
P.O. BOX 2068
INEZ, KENTUCKY 41224