

INMATE NAME: _____
REGISTER # _____
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

OFFICE OF CLERK
US DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA
22314-5798

RECEIVED MAILROOM
OCT -6 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

U.S. MARSHALS