IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



PETER RAFAEL DEBBINS,  )
    PETITIONER,  ) CRIMINAL CASE NO. 1:20CR193
V.  ) CIVIL ACTION NO. 1:22CV991
UNITED STATES OF AMERICA,  )
    RESPONDENT.  )
    )

I REQUEST FROM THIS COURT A COPY OF THE GOVERNMENT'S ANSWER TO MY 2255 PETITION. I HAVE NOT RECEIVED A COPY. HAVING THE GOVERNMENT'S ANSWER WOULD ALLOW ME TO ADDRESS ANY ARGUMENTS RAISED WHICH I DID NOT ADDRESS IN THE ORIGINAL PETITION FILED 25 AUGUST 2022

*[signature]*
PETER DEBBINS, PETITIONER
26 OCTOBER 2022
05852509
UNITED STATES PENITENTIARY
BIG SANDY
P.O. BOX 2068
INEZ, KY 41224