IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| PETER RAFAEL DZIBINSKI DEBBINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Criminal Case No. 1:20-cr-193 |
| v. ) | Civil Action No. 1:22-cv-991 |
| ) | |
| UNITED STATES OF AMERICA, ) | The Honorable Claude M. Hilton |
| ) | |
| Respondent. ) | |

**GOVERNMENT'S MOTION FOR
LEAVE TO FILE RESPONSIVE BRIEF EXCEEDING THIRTY PAGES**

Pursuant to Local Civil Rule 7(f) and Local Criminal Rule 47(F)(3), the United States respectfully requests leave of the Court to file a responsive brief exceeding 30 pages.

The defendant, Peter Rafael Dzibinski Debbins, filed a motion to vacate or set aside his conviction pursuant to 28 U.S.C. § 2255 on the grounds that he received constitutionally ineffective assistance of counsel. He asserts at least 6 claims for relief and has filed a 19-page, handwritten, single-spaced brief to support them. Because he is a pro se litigant, his brief must be liberally construed. *See Aikens v. Ingram*, 652 F.3d 496, 504 (4th Cir. 2011) (en banc).

The government has prepared a responsive brief addressing all of Debbins's claims. Given the number of claims and nature of the allegations, however, the government has needed slightly more than 30 pages to address them adequately. The government's brief is 35 pages long. Because of the volume and nature of Debbins's allegations, the government submits that good cause exists for allowing the government to file a 35-page brief.

        Respectfully submitted,

        Jessica D. Aber  
        United States Attorney

By:    _____/s/_____  
        Thomas W. Traxler  
        James L. Trump  
        Assistant United States Attorneys  
        United States Attorney's Office  
        2100 Jamieson Avenue  
        Alexandria, VA 22314  
        Telephone (703) 299-3746  
        Facsimile (703) 299-3980  
        Thomas.traxler@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I will further cause the foregoing document to be mailed by U.S. mail to the following non-filing user:

    PETER RAFAEL DZIBINSKI DEBBINS (05852-509)
    USP ATLANTA
    U.S. PENITENTIARY
    P.O. BOX 150160
    ATLANTA, GA  30315


                                                                                     /s/
                                                 Thomas W. Traxler
                                                 Assistant United States Attorney