IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

PETER RAFAEL DZIBINSKI DEBBINS, )
PETITIONER, )
) CRIMINAL CASE NO. 1:20-CR-193
V. )
UNITED STATES OF AMERICA, ) CIVIL ACTION NO. 1:22-CV-991
RESPONDENT. )
) THE HONORABLE CLAUDE M. HILTON
)

I RESPECTFULLY ASK THIS COURT TO SEND CORRESPONDENCES TO MY NEW ADDRESS:

PETER DEBBINS
05852509
ADX-FLORENCE, CONTROL UNIT

FLORENCE, COLORADO

DATE: 27 DEC 2022

RESPECTFULLY SUBMITTED
PETER DEBBINS -05852509