FOURTH CIRCUIT COURT OF THE UNITED STATES
EASTERN DISTRICT
ALEXANDRIA DIVISION

FILED MAILROOM
FEB 14 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

PETER RAFAEL DZIBINSKI DEBBINS, )
    PETITIONER )
                                                    ) CRIMINAL CASE 1:20-CR-193-1
V                                                )
                                                 )
UNITED STATES OF AMERICA )
    RESPONDENT )  HON. CLAUDE M. HILTON
                                               )

THE PETITIONER RESPECTFULLY REQUESTS THE OPPORTUNITY FROM THIS COURT TO ADDRESS THE GOVERNMENT'S RESPONSE TO THE 2255 PETITION SUBMITTED TO THE COURT ON AUGUST 25, 2022.

THE PETITIONER HAD A COPY OF THE GOVERNMENT'S RESPONSE TO THE 2255 PETITION FOR ONLY SEVERAL HOURS IN ATLANTA, GEORGIA BEFORE HAVING TO SURRENDER THE RESPONSE BECAUSE THE PETITIONER WAS TRANSPORTED TO ANOTHER DETENTION FACILITY. SO THE PETITIONER DOES NOT HAVE THE GOVERNMENT'S RESPONSE NOR THE ABILITY TO ADDRESS THE GOVERNMENT'S RESPONSE.

THE PETITIONER DID MAIL A REQUEST ON DECEMBER 27, 2022 FROM USP BIG SANDY TO THE U.S. ATTORNEY'S OFFICE ASKING FOR A COPY OF THE GOVERNMENT'S RESPONSE TO BE SENT TO THE ADX IN FLORENCE, COLORADO WHERE THE PETITIONER HAS BEEN HELD SINCE 12 JANUARY, 2023.

FROM MEMORY ALONE THE PETITIONER RESPECTFUL ASK TO PRESENT THE FOLLOWING POINTS. IT IS NOT THE REQUESTED ADDRESS TO THE GOVERNMENT'S RESPONSE BUT IS A DEMONSTATION OF THE WEAKNESS OF THE GOVERNMENT'S RESPONSE TO THE 2255 PETITION.

THE FIRST POINT IS THAT THE GOVERNMENT CONTINUES TO SHOW IGNORANCE OF MENTAL ILLNESS AND INSENSIVITY TO THOSE SUFFERING FROM MENTAL ILLNESS. A PERSON CAN BE DEBILITATED BY MENTAL ILLNESS AND SUFFER PSYCHOSIS AND DELUSIONS WHILST APPEARING TO FUNCTIONAL IN OTHER SPHERES OF LIFE SUCH AS CAREER OR SOCIAL INTERACTIONS.

THE SECOND POINT IS THAT THE GOVERNMENT REPEATEDLY CITES DR. CHARNEY'S ASSESSMENT WHICH THEY PREVIOUSLY ASKED THIS COURT TO DISREGARD AT SENTENCING.

THE THIRD POINT IS THAT THE GOVERNMENT CITES EXAMPLES THAT SHOW I WAS SUFFERING PERSECUTORY DELUSIONS (PARANOIA) OF BEING TARGETED BY RISS SUCH AS FEELING TRAPPED FOR 25 YEARS.

THE FOURTH POINT IS THAT DR. CHARNEY CONDUCTED HIS ASSESSMENT WHILE I WAS NOT TAKING ANTI-PSYCHOTIC AND ANTI-DEPRESSION MEDICATION WHICH WOULD HAVE HELPED ME TO PROVIDE ACCURATE DETAILS TO DR. CHARNEY

THE FIFTH POINT IS THAT THE GOVERNMENT CITES DR. CHARNEY'S FINDING THAT I WAS "TORTURED" AND 'ALL OVER THE MAP' WHICH DEMONSTRATE THAT I WAS UNFIT TO TESTIFY IN MY OWN DEFENSE.

THE SIXTH POINT IS THAT I WAS STARKLY INCONSISTENT. I CLAIMED TO THE FBI THAT I WAS MOTIVATED BY IDEAOLOGY BUT I TOLD DR. CHARNEY THAT I WAS MOTIVATED BY COERCION.

THE SEVENTH POINT IS THAT THE GOVERNMENT CITES THE RELEASE. I SIGNED AS PART OF THE PLEA AGREEMENT TO PROVIDE THE GOVERNMENT THE CLAIMS I PROVIDED MY EMPLOYER, THE DIA, TO SHOW THAT I KNEW THE DIA DID NOT SHARE MY CLAIMS TO THE FBI. THAT IS INCORRECT. AT THE TIME I PROVIDED THE CLAIMS AT THE FBI INTERROGATIONS I DID NOT KNOW THAT THE DIA DID NOT SHARE MY CLAIMS WITH THE FBI.

THE EIGTH POINT IS THAT DR. CHARNEY'S REPORT DID NOT CONTAIN MANY DETAILS I PROVIDED HIM THAT SHOW I WAS SUFFERING PSYCHOSIS, SUCH AS HAVING HALLUCINATIONS AND MY BELIEF THAT MY OCCULT PRACTICES WERE THE CAUSE OF MY LEGAL ORDEAL, AS WELL AS OTHER EXAMPLES OF ~~LETTER~~ HYPER-RELIGIOUS IDEATIONS SUCH AS THE BELIEF THAT I WAS DEMONICALLY POSSESSED AND I WAS CAPABLE OF TELEPATHIC COMMUNICATIONS.

THE NINTH POINT IS THAT THE DEFAMATORY LETTER PROVIDED AT SENTENCING BY A FORMER TEAM MATE DOES NOT ADD TO THE TRUSTWORTHINESS OF MY CONFESSION, IT ONLY PROVES THAT I KNEW HIM AND DOES NOT PROVE THAT I PROVIDED HIS NAME TO RISS. I MADE THAT CLAIM TO THE DIA, BUT DID NOT MAKE THAT CLAIM TO THE FBI. IT IS NOT IN THE STATEMENT OF FACTS OR INDICTMENT. THE CLAIM I MADE TO THE DIA THAT I LEAKED HIS NAME AND OTHER NAMES ARE UNTRUSTWORTHY — A PRODUCT OF PSYCHOSIS WHILE ATTEMPTING TO PASS A WORK PLACE POLYGRAPH.

THE TENTH POINT IS THAT THE CONFESSION WOULD HAVE SOME TRUSTWORTHINESS IF I HAD MADE PROVABLE CLAIMS OF ACTIVITIES INDICTATIVE OF ESPIONAGE OR MAKING CLAIMS THAT WOULD INDICATE A CONSPIRACY GIVEN THE TOTALITY OF MY LIFE EXPERIENCES, SUCH AS CLAIMING TO HAVE SOUGHT DEFENSE INFORMATION (WHICH I NEVER CLAIMED TO HAVE DONE) OR PROVIDING MORE EXTENSIVE INFORMATION I KNEW SUCH AS OTHER OPERATIONS OR NAMES OF OTHER PERSONNEL. THE CLAIMS I MADE ARE ONLY A SPARSE SAMPLE OF THE INFORMATION I HAD KNOWLEDGE OF, RENDERING THE CONFESSION AS UNTRUSTWORTHY.

RESPECTFULLY SUBMITTED

30 JANUARY 2023

*[signature]*

PETER DEBBINS
05852509
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, COLORADO
81226-8500

PAGE 3 OF 3