GM-23-05852509-0206-MO-005

Name PETER DEBBINS
Reg. No. 05852509
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

U.S. MARSHALS SERVICE

LEGAL MAIL

RECEIVED MAILROOM
FEB 14 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

DENVER CO 802
10 FEB 2023  PM 2  L

HON. CLAUDE M. HILTON
C/O CLERK OF COURT
4TH CIRCUIT, EASTERN DISTRICT
ALBERT V. BRYAN U.S. COURTHOUSE
401 COURTHOUSE SQUARE, 2ND FLOOR
ALEXANDRIA, VIRGINIA
22314-5704

22314-579899