IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| PETER RAFAEL DZIBINSKI DEBBINS, | ) | |
| | ) | |
| Petitioner, | ) | Criminal No. 1:20-cr-193 |
| | ) | |
| v. | ) | Civil No. 1:22-cv-991 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED Petitioner's § 2255 motion to vacate is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 13, 2023