IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PETER RAFAEL DZIBINSKI DEBBINS )
)
PETITIONER, )
) CRIMINAL CASE NO. 1:20-CR-193
V. ) CIVIL ACTION NO. 1:22-CV-991
)
UNITED STATES OF AMERICA, ) THE HONORABLE CLAUDE M. HILTON
)
RESPONDENT )

REQUEST FOR COURT DOCUMENTS

THE PETITIONER, MR. DEBBINS, RESPECTFULLY REQUESTS

THIS COURT TO MAIL HIM A COPY OF HIS 2255 PETITION,

FILED AUGUST 25, 2022, AND A COPY OF ~~LETTER~~ HIS

LETTER TO THE COURT PROVIDED AT THE SENTENCING

HEARING.

PAGE 1 OF 2

Mr. Debbins' copies of the requested court documents were lost in the numerous prison transfers. He needs these documents for his post-conviction motions.

June 7, 2023

Respectfully submitted,

Peter Debbins
05852509
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500