IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PETER RAFAEL DZIBINSKI DEBBINS, )
)
    PETITIONER, )
) CRIMINAL CASE NO. 1:20-cr-193
V. ) CIVIL ACTION NO. 1:22-cv-991
)
UNITED STATES OF AMERICA, )
) THE HONORABLE CLAUDE M. HILTON
    RESPONDENT. )

FILED MAILROOM
SEP 12 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

REQUEST FOR COURT DOCKET SHEET

THE PETITIONER, MR. DEBBINS, RESPECTFULLY REQUESTS A COPY OF THE COURT DOCKET SHEET, SO HE CAN KNOW WHETHER OR NOT THIS COURT RECEIVED HIS MOTIONS. THANK-YOU.

SIGNED: [signature]

DATE: SEPTEMBER 5, 2023

PETER DEBBINS
05852509
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, COLORADO
81226-8500