IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

PETER RAFAEL DZIBINSKI DEBBINS, )
)
PETITIONER, )
) CRIMINAL CASE NO. 1:20-CR-193
V. ) CIVIL ACTION NO. 1:22-CV-991
)
UNITED STATES OF AMERICA, )
) HONORABLE CLAUDE M. HILTON
RESPONDENT. )

MOTION TO ENLARGE, SUPPLEMENT, AND AMEND PETITION FILED PURSUANT TO 28 U.S.C. § 2255; AND TO FILE A SECOND AND SUCCESSIVE PETITION IN ACCORD WITH 28 U.S.C. § 2255; AND FILE MOTION PURSUANT TO RULE 33, OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

COMES NOW, PETITIONER, PETER RAFAEL DZIBINSKI DEBBINS, WHO NOW MOVES THIS HONORABLE COURT TO ORDER THAT HE BE PERMITTED TO ENLARGE, SUPPLEMENT, AND AMEND HIS 2255 PETITION FILED ON AUGUST 25, 2022 (COURT DOCKET #90), BASED UPON "NEWLY DISCOVERED MATERIAL," OF A CONSTITUTIONAL DIMENSION AND UNAVAILABLE DURING THE PENDENCY OF THE ORIGINAL 2255 PETITION — MATERIAL EVIDENCE OF "ACTUAL INNOCENCE" AND LACK OF COMPETENCY, (DUE TO UNTREATED MENTAL ILLNESSES PRIOR TO ENTRY OF A GUILTY PLEA WHICH CAUSED A "FUNDAMENTAL ~~MRS~~ DEFECT INHERENTLY RESULTING IN

A COMPLETE MISCARRIAGE OF JUSTICE" (SEE, U.S. V CARTER, 117 F.3D 262, 264 (5TH CIR. 1997)), AND PERMISSION TO FILE A SUCCESSIVE AND SECOND PETITION.

THIS MOTION IS MADE IN ACCORD WITH FEDERAL RULE OF CIVIL PROCEDURE 15: "A PARTY MAY MOVE — AT ANYTIME, EVEN AFTER JUDGEMENT — TO AMEND THE PLEADING TO CONFORM TO THE EVIDENCE AND TO RAISE AN UNPLEADED ISSUE" (FED. R. CIV. P. 15 (b)(2)) WHICH RELATE BACK TO THE "COMMON CORE OF OPERATIVE FACTS" OF THE PREVIOUS CLAIM PURSUANT TO RULE 15 (c); THIS MOTION "ASSERTS A CLAIM AND DEFENSE THAT AROSE FROM THE CONDUCT, SET OUT IN THE ORIGINAL PLEADING" (FED. R. CIV. P. 15 (c)(1)(B)).

THE PETITIONER PRESENTED TO THIS COURT IN HIS ORIGINAL 2255 PETITION THAT HE WAS "ACTUALLY INNOCENT" AND THAT HE WAS INCOMPETENT WHEN HE PLEAD GUILTY. THIS SUBSEQUENT MOTION PRESENTS CLAIMS THAT WERE NOT RIPE AT THE TIME OF THE FIRST MOTION (SEE, MARTINEZ-VILLAREAL, 523 U.S. AT 644-45, 118 S. CT. AT 1622). MOREOVER, THE PETITIONER RESPECTFULLY REQUESTS THIS HONORABLE COURT CONSIDER THIS MOTION ALSO BASED UPON FED. R. CRIM. P. 33 BASED ON "ACTUAL INNOCENCE."

THE PETITIONER WILL RELY UPON THE ATTACHED:

1) MOTION TO SEAL GOVERNMENT'S RESPONSE;
2) SWORN CERTIFICATION #1;
3) SWORN CERTIFICATION #2;
4) BRIEF #1;
5) BRIEF #2 ON MENTAL ILLNESS;
6) MOTION TO SEAL EXHIBIT B AND C;
7) EXHIBIT A —— NATIONAL ALLIANCE ON MENTAL ILLNESS (NAMI) FACT SHEET ON BIPOLAR DISORDER;
8) EXHIBIT B —— DR. DAVID CHARNEY'S PSYCHIATRIC ASSESSMENT PROVIDED TO THIS COURT ON MAY 7, 2021;
9) EXHIBIT C —— BUREAU OF PRISONS (BOP) MEDICAL RECORDS EVINCING BIPOLAR DISORDER;
10) EXHIBIT D —— MODERN FEDERAL JURY INSTRUCTIONS FOR CONFESSIONS

THE PETITIONER IS WAITING FOR THE CERTIFICATION OF THE EXPERT WITNESS, DR. DAVID CHARNEY. THE PETITIONER WAS NOT ALLOWED TO COMMUNICATE WITH DR. CHARNEY UNTIL LATE AUGUST 2023, DUE TO SPECIAL ADMINISTRATIVE MEASURES (SAM) ARBITRARILY IMPOSED ON THE PETITIONER SINCE JANUARY 2022. THIS MOTION IS SUBMITTED TO CONFORM TO THE 3 YEAR DEADLINE FOR A RULE 33 FED. R. CRIM. P. MOTION. THE PETITIONER FILED A MOTION FOR AN EXTENSION IN ORDER TO OBTAIN THE CERTIFICATION FROM DR. CHARNEY. THE PETITIONER IS WAITING A VOCIFEROUS EXPERT REPORT THAT THE PETITIONER MOST RESPECTFULLY REQUEST THIS COURT TO CONSIDER. ONCE THIS EXPERT REPORT IS RECEIVED THE PETITIONER WILL FORWARD IT TO THIS HONORABLE COURT EMERGENTLY.

THEREFORE, THE PETITIONER RESPECTFULLY ASKS THAT THE COURT GRANT THE FOLLOWING RELIEF:

1) ORDER AN EVIDENTIARY HEARING PURSUANT TO 28 U.S.C. § 2255, AND/OR;

2) VACATE, SET ASIDE, AND CORRECT THE SENTENCE PURSUANT TO 28 U.S.C. § 2255, AND/OR;

3) REMAND PETITIONER'S CASE FOR A NEW TRIAL PURSUANT TO RULE 33, FEDERAL RULES OF CRIMINAL PROCEDURE, OR 28 U.S.C. § 2255, AND/OR;

4) ORDER A HEARING TO DETERMINE PETITIONER'S MENTAL RESPONSIBILITY AT THE TIME OF THE ALLEGED COMMISSION OF THE OFFENSE, AND/OR;

5) ORDER ANY OTHER RELIEF TO WHICH THE PETITIONER MAY BE ENTITLED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS MOTION UNDER 28 U.S.C. § 2255 AND FED. R. CRIM. P. 33 WAS PLACED IN THE PRISON MAILING SYSTEM ON NOVEMBER 17, 2023.

EXECUTED (SIGNED ON NOVEMBER 16, 2023). /s/ Pet DmT

SIGNATURE OF PETITIONER
PETER DEBBINS
05852509
USP FLORENCE ADMAX
P.O. BOX 8500
FLORENCE, COLORADO
81226