IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PETER RAFAEL DZIBINSKI DEBBINS, )
)
      PETITIONER, ) CRIMINAL CASE NO. 1:20-CR-193
) CIVIL ACTION NO. 1:22-CV-991
V. )
)
UNITED STATES OF AMERICA, )
) THE HONORABLE CLAUDE M. HILTON
      RESPONDENT. )

## BRIEF SYNOPSIS OF MENTAL ILLNESSES

PLEASE ACCEPT THIS LETTER BRIEF IN LIEU OF A MORE FORMAL RESPONSE.

THE PETITIONER RESPECTFULLY TO CONSIDER THE FOLLOWING ASSERTIONS WHEN CONSIDERING THE ~~INFORMATION~~ EVIDENCE PRESENTED IN EXHIBITS A, B, C, AND D.

MY MENTAL DISEASES AND ILLNESSES HAVE <u>NOT</u> (EMPHASIS ADDED) BEEN RESOLVED AND IN ORDER TO PREVENT FUTURE SYMPTOM MANIFESTATION I MUST ALWAYS REMAIN MEDICATED.

I TAKE RISPERDONE (RISPERDAL) AN EXTREMELY PERVASIVE PSYCHOTROPIC MEDICATION TWICE DAILY. IT CONTROLS THE EXTRAORDINARILY POTENT AND COGENT DELUSIONS THAT CAUSED ME TO ERRONEOUSLY, WRONGFULLY, AND DELUSIONALLY FANTASIZE THAT I WAS A RUSSIAN

SPY; AND WAS THE CAUSE AND EFFECT OF THE ALLEGED OFFENSES TO WHICH I WAS UNJUSTLY, UNCONSTITUTIONALLY, AND MERITLESSLY CONVICTED.

ALTHOUGH THE MENTAL HEALTH EXAMINATIONS, INTERVIEWS, AND DIAGNOSIS WAS OPINED SUBSEQUENT TO MY COMMISSION OF THE ALLEGED OFFENSES, TO WHICH I HAVE BEEN CONVICTED; THE DELUSIONS WERE UNABATED, UNTREATED, UNDIAGNOSED, AND EXISTED PRIOR TO MY ALLEGED COMMISSION OF THE OFFENSES.

IF I HAD BEEN RIGHTFULLY, EFFECTIVELY, AND EXPERTLY EXAMINED PRIOR TO MY PLEA OF GUILTY, AS REQUIRED BY LAW AND IN ACCORD WITH MANIFESTED BEHAVIOR, AS WELL AS EXPERT PSYCHIATRIC FINDINGS, I WOULD HAVE BEEN ACQUITTED; PURSUANT TO A LEGAL, CONSTITUTIONAL, AND STATUTORY DEFENSE. MY OFFENSES WERE CREATED BY A FIGMENT OF MY IRRATIONAL COGNITIVE THOUGHT PROCESSES, BASED ON FANTASTICAL CREATIONS BY MY MIND; BUT IN REALITY NON-EXISTANT AND FICTIONAL.

IF I DID NOT SUFFER FROM A SEVERE (SEE EXHIBIT A) MENTAL DISEASE AND DEFECT OF THE MIND, THE UNITED STATES DEPARTMENT OF JUSTICE MEDICAL EXPERTS (PSYCHOLOGIST'S AND M.D. PSYCHIATRIST'S) (SEE EXHIBIT C) WOULD NEVER HAVE PRESCRIBED THE INORDINATELY FERVENT MIND ALTERING DRUGS THEY DID.

CASE NO. 1:20-CR-193

BRIEF ON MENTAL ILLNESS

IT IS IRREFUTABLE - INDISPUTABLE THAT I WAS LIVING A LIFE BASED ON FANTASY WHICH DUE TO NO FAULT OF MINE WAS BOTH UNCONTROLLED AND UNTREATED. I NEVER REALIZED I WAS MENTALLY ILL AND THEREFORE NEVER SOUGHT ASSISTANCE NOR HELP. (THIS CONDITION IS CALLED ANOSOGNOSIA - THE INABILITY TO RECOGNIZE THAT YOU ARE MENTALLY ILL; A LACK OF INSIGHT INTO YOUR MENTAL CONDITION).

I OBSERVED LOVED ONES DISAPPEAR INTO DARKNESS, DISABILITY, AND A LIFE OF STIGMATISIZED MENTAL ILLNESS. MY DELUSIONS PERSISTED AND YET I LACKED THE CAPACITY TO REALIZE I WAS DISABLED LIKE MY RELATIVES; AND NOW, THROUGH WHOLLY NEWLY DISCOVERED EVIDENCE WHICH CAME INTO EXISTENCE ONLY ON THE EVE OF MY SENTENCING DID I HAVE OBJECTIVE EVIDENCE DELINEATING MY LEGAL DEFENSE.

WHAT IS CLEAR, CATEGORICAL, UNEQUIVOCAL, AND IRREFUTABLE IS THAT MY DELUSIONS EXISTED IN MY CHILDHOOD AND BECAME PROGRESSIVELY WORSE; UNTIL THEY PEAKED IN DELETERIOUSNESS AND RESULTING IN MY HYPERBOLIC FAIRY TALE OF BEING A SPY.

I WOULD HAVE PRESENTED THE PHYSICAL, FORENSIC, SCIENTIFIC, AND OBJECTIVE EVIDENCE OF MY "LEGAL INSANITY" BUT EXPERT ANALYSIS

CASE NO. 1:20-CR-193                                    BRIEF ON MENTAL ILLNESS

EVINCES THAT ONE SUFFERING FROM A DISEASE – ILLNESS WHICH EFFECTS ONE'S ABILITY TO COMPREHEND AND UNDERSTAND THAT ONE IS ACTING CRIMINALLY AND TO CONFORM ONE'S BEHAVIOR TO THE NORM OF THE CRIMINAL CODE; CERTAINLY IS LEGALLY INCAPABLE AND NOT RESPONSIBLE TO PRESENT THIS MONUMENTAL – POTENT EVIDENCE AT THE EXACT TIME COMPELLED BY LAW.

THE EVIDENCE I HAVE RECEIVED WITHIN THE LAST WEEKS (EXHIBIT B AND C) MUST NOT BE IGNORED. IF THIS HONORABLE COURT DOES NOT CONSIDER IT, A GRAVE MISCARRIAGE OF JUSTICE WILL OCCUR. MY DUE PROCESS 5TH AMENDMENT RIGHTS WILL BE EVISCERATED AND THIS COURT WILL DEPRIVE ME OF WATERSHED FOUNDATIONAL – FUNDAMENTAL RIGHTS. YOU WILL RETAIN AN INNOCENT MAN, WHO CRIED OUT FOR HELP BUT NEVER RECEIVED IT, TO THE BOWELS OF OUR CRIMINAL JUSTICE SYSTEM.

I SUBMIT THIS BRIEF ON MENTAL ILLNESS WHICH WILL BE SUPPLEMENTED WITH ADDITIONAL MEDICAL EXPERT EVIDENCE FROM PSYCHIATRIST DR. DAVID CHARNEY. RESPECTFULLY SUBMITTED.

DATED: 16 NOVEMBER, 2023             PETER DEBBINS-05852505
                                     USP – FLORENCE ADMAX
                                     P.O. BOX 8500
                                     FLORENCE, CO 81226