CASE NO. 1:20-CR-193

Evidence has been introduced that the defendant [confessed that he committed] [made a statement concerning] the crime charged. The defendant's alleged [**confession**] [statement] is admitted into evidence solely for your consideration in evaluating his credibility as a witness. The testimony of a defendant may be discredited or impeached by showing that he has previously made statements which are inconsistent with his present testimony. The prior statement is admitted into evidence solely for your consideration in evaluating the credibility of the defendant. It is not to be considered as evidence of the defendant's guilt of the offense with which he is charged. You may not consider the alleged [**confession**] [statement] as establishing the truth of any fact contained in it, and you must not draw any inference of guilt against the defendant from his alleged [**confession**] [statement]. You may consider it only in connection with your evaluation of the credence to be given his present testimony in court. 23

D.C. CRIMINAL INSTRUCTION No. 1.09

485

1 OF 1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

05852509

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)