IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED
MAILROOM

JAN 2 — 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

PETER RAFAEL DZIBINSKI DEBBINS, )
                                )
          PETITIONER,           )
                                )  CRIMINAL CASE NO. 1:20-CR-193
     V.                         )  CIVIL ACTION NO. 1:22-CV-991
                                )
UNITED STATES OF AMERICA,       )
                                )  HONORABLE CLAUDE M. HILTON
          RESPONDENT            )

REQUEST TO SEAL GOVERNMENT'S RESPONSE TO PETITIONER'S
OMNIBUS MOTION TO ENLARGE, SUPPLEMENT, AND AMEND PETITION
FILED PURSUANT TO 28. U.S.C. §2255

THE PETITION RESPECTFULLY ASKS THIS COURT TO PLACE UNDER SEAL

THE GOVERNMENT'S RESPONSE TO THE PETITIONER'S OMNIBUS MOTION,

DUE TO THE FACT IT WILL LIKELY CITE THE PETITIONER'S PRIVACY

PROTECTED MEDICAL AND PSYCHIATRIC INFORMATION AS WELL AS

SENSITIVE NATIONAL DEFENSE INFORMATION.

PAGE 1 OF 2

CASE NO. 1:20-CR-193                    PAGE 2 OF 2

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING

IS TRUE AND CORRECT,

                                   RESPECTFULLY SUBMITTED
    DATED: DECEMBER 22, 2023

                                   PETER DEBBINS
                                   05852509
                                   USP FLORENCE ADMAX
                                   PO BOX 8500
                                   FLORENCE, COLORADO 81226