IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PETER RAFAEL DZIBINSKI DEBBINS, )
)
PETITIONER, )
) CRIMINAL CASE NO. 1:20-CR-193
v. ) CIVIL ACTION NO. 1:22-CV-991
)
UNITED STATES OF AMERICA, ) THE HONORABLE CLAUDE M. HILTON
)
RESPONDENT )

REQUEST FOR COURT DOCUMENTS

THE PETITIONER, MR. DEBBINS, RESPECTFULLY REQUESTS THIS COURT TO MAIL HIM A COPY OF THE COURT DOCKET SHEET FOR CASE # 1:20-CR-193-CMH-1.

RESPECTFULLY SUBMITTED

DATE: JANUARY 22, 2024

PETER DEBBINS - 05852509
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500