IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PETER RAFAEL DEBBINS, )
    PETITIONER, )
           ) CRIMINAL CASE NO. 1:20-CR-193
v.          ) CIVIL ACTION NO. 1:22-CV-991
          )
UNITED STATES OF AMERICA )
          ) THE HONORABLE CLAUDE M. HILTON
    RESPONDENT. )

## REQUEST TO SEAL CORRESPONDENCES

THE PETITIONER RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT TO PUT UNDER SEAL ANY CORRESPONDENCES FROM THE PETITIONER'S FATHER, DAVID DEBBINS. HE SUBMITTED CORRESPONDENCES WITHOUT CONSULTING THE PETITIONER. THE CORRESPONDENCES MAY CONTAIN INFORMATION THAT HAS NO BEARING ON THE CASE AND/OR CONTAIN PRIVACY PROTECTED MEDICAL INFORMATION. THANK-YOU, RESPECTFULLY SUBMITTED.

DATE: JUNE 24, 2024

PETER DEBBINS - 05852503
USP MAX
PO BOX 8500
FLORENCE, CO 81226