IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PETER RAFAEL DEBBINS, )
)
PETITIONER, )
) CRIMINAL CASE NO. 1:20-CR-193
V. ) CIVIL ACTION NO. 1:22-CV-991
)
UNITED STATES OF AMERICA, )
) THE HONORABLE CLAUDE M. HILTON
RESPONDECT )

REQUEST FOR DECISION

THE PETITIONER RESPECTFULLY ASKS THIS HONORABLE COURT TO EXPEDITE THE DECISION IN HIS FAVOR TO THE PETITIONER'S AMENDED 2255 PETITION AND RULE 33 MOTION (SEE COURT DOCKET #118 AND #122).

THE PETITIONER HAS PROVIDED TO THIS HONORABLE COURT IRREFUTABLE FACTS, MEDICAL SCIENCE, AND CASE LAW (SEE COURT DOCKETS 100, 108, 109, 110, 115, 118, 122, AND 127), ALL OF WHICH INDISPUTABLY SUPPORT HIS MOTIONS AND ASSERTIONS OF ACTUAL INNOCENCE.

AN EXPEDITED DECISION WILL ALLOW THE PETITIONER TO RETURN TO SOCIETY AND RENEW BEING AN OUTSTANDING

PAGE 1 OF 3

CONTRIBUTOR (SEE THE NUMEROUS LETTERS SUBMITTED AT SENTENCING, COURT DOCKET #47).

THE GOVERNMENT HAS UTTERLY FAILED TO PRODUCE EVEN A SCINTILLA OF EVIDENCE SUPPORTING THE PETITIONER'S DELUSIONAL CLAIMS, MADE WHILE SUFFERING A SEVERE PSYCHIATRIC DISEASE UNTREATED, WHICH RESULTED IN HIS ARREST, INCARCERATION, AND CONVICTION.

THE GOVERNMENT PRESENTED TO THIS HONORABLE COURT CLAIMS THAT ARE NOT SUPPORTED BY THE FACTS, MEDICAL SCIENCES, AND CASE LAW. THE GOVERNMENT EVEN REPEATEDLY ATTEMPTED TO COERCE THE PETITIONER TO MAKE FALSE CLAIMS OF CONSPIRACY OUTSIDE THE TIMEFRAME OF THIS CASE. AS A RESULT OF BEING UNABLE TO COERCE THE PETITIONER INTO MAKING FALSE CLAIMS, THE GOVERNMENT SUBJECTED THE PETITIONER, ARBITRARILY AND WITHOUT CAUSE, TO THE WORST CONDITIONS IN THE BUREAU OF PRISONS (BOP) —— SAMS (SPECIAL ADMINISTRATIVE MEASURES).

THEY TOOK HIM FROM A LOW CUSTODY PRISON TO THE ADX, SEVERING HIS TIES TO SOCIETY, DENYING HIS CONSTITUTIONAL RIGHTS AND ABILITY TO WORK ON HIS CASE,

CASE NO. 1:20-CR-193                              PAGE 3 OF 3

placing him in isolation, denying medical treatment, and denying communication with legal and medical personnel, and outside family members.

The conditions of confinement delineated in this legal submission has exascerbated his substantial and fervent mental disease and defect. The petitioner is suffering immeasurably, and the sadistic and deplorable mistreatment at this institution is creating fervent impatience. The petitioner has to take elevated dosages of psychotropic medication in order to cope.

The petitioner has diminished contact with his devout and beloved wife and children — only three 15-minute calls per month. Consequently, the petitioner is imploring this most honorable court to grant his motion and set aside the convictions. This honorable court has the opportunity to free an innocent person and allow him to return to benefitting society.

                                    MOST RESPECTFULLY SUBMITTED,
DATE: JUNE 26, 2024                 /s/ Peter Debbins
                                    PETER DEBBINS - 05852509
                                    US PENITENTIARY MAX.
                                    PO BOX 8500
                                    FLORENCE, CO 81226-8500