IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PETER RAFAEL DZIBINSKI )
DEBBINS, )
    PETITIONER, ) CRIMINAL CASE NO. 1:20-CR-193
) CIVIL ACTION NO. 1:22-CV-991
V. )
)
UNITED STATES OF AMERICA, )
) THE HONORABLE CLAUDE M. HILTON
    RESPONDENT. )

RE-SUBMISSION OF SUPPLEMENTAL MOTION TO SUMMARILY DISMISS THE GOVERNMENT'S MERITLESS, BASELESS SENTENCING RESPONSE (DOCKET #53) AND 2255 REPLY (DOCKET #103)

I, PETER RAFAEL DZIBINSKI DEBBINS, HEREBY SWEAR UNDER THE PENALTIES OF PERJURY THAT THE FOLLOWING IRREFUTABLE FACTS ARE TRUE:

1) ON OR ABOUT JUNE 11, 2024, I SUBMITTED A MONUMENTAL MOTION IMPLORING THIS HONORABLE COURT TO SUMMARILY DISMISS THE GOVERNMENT'S VEILED, BASELESS, MERITLESS, AND UNSUPPORTED LEGAL SUBMISSIONS (DOCKET NUMBERS 53 AND 103), PURSUANT TO THE FACT (EMPHASIS ADDED) THAT THEY HAVE PROVIDED NOT A SCINTILLA, IOTA, NOR SHRED OF OBJECTIVE, CREDIBLE, AND SCIENTIFIC —

CASE NO. 1:20-CR-193                                PAGE 2 OF 3

— PHYSICAL OR FORENSIC EVIDENCE TO REFUTE PETITIONER'S CLAIMS.

2) THIS MOTION WAS ANALAGOUS TO A SUMMARY JUDGEMENT MOTION AS IT EMPIRICALLY DELINEATED THE FERVENT STRENGTH OF THE UNDISPUTED EXPERT MEDICAL TESTIMONY I PRESENTED, AS AN INTEGRAL PART OF MY PENDING 2255 MOTION.

3) TO DATE, THE GOVERNMENT HAS FAILED TO PROVIDE ANY EVIDENCE THAT REFUTES MY ARDENT POSITION; THAT I SUFFERED FROM A MENTAL DISEASE AND DEFECT THAT UNEQUIVOCALLY CONSEQUENTIALLY AND LEGALLY IMPACTED MY ABILITY TO COMMIT A CRIMINAL OFFENSE; AND, IMPORTANTLY, THAT THE OFFENSE I WAS CONVICTED OF WAS A FIGMENT OF MY MIND — IT WAS IN FACT A DELUSION CAUSED BY MY MENTAL ILLNESS; WHICH WAS UNKNOWN, UNTREATED, AND UNDIAGNOSED AT THE TIME OF THE ALLEGED OFFENSE COMMISSION.

4) ENCLOSED AS EXHIBITS A AND B ARE A COPY OF THE MOTIONS PLACED IN INSTITUTIONAL MAIL AND SUBMITTED TO THIS HONORABLE COURT ON 11 JUNE, 2024 -

5) MOST IMPORTANTLY, ON OR ABOUT 1 AUGUST 2024, I RECEIVED A DOCKET SHEET FROM THE PRISON'S LEGAL OFFICE, AND IT WAS DEVOID OF ANY ENTRY THAT THIS COURT EVER RECEIVED MY MOTIONS, SUBMITTED JUNE 11, 2024

6) SINCE THE FEDERAL BUREAU OF PRISONS IS AN ARM OF THE UNITED STATES DEPARTMENT OF JUSTICE, THE SAME AS THE GOVERNMENT, MY LEGAL SUBMISSION WERE MALICIOUSLY IMPEDED BY THE GOVERNMENT.

CONSEQUENTLY, SINCE THE GOVERNMENT ACTED IN BAD FAITH AND IMPEDED, STYMIED, AND INTERFERED WITH MY 5TH AMENDMENT DUE PROCESS RIGHTS AND AND LEGAL SUBMISSION, I THEREBY IMPLORE AND PLEAD WITH THIS HONORABLE COURT TO IMMINENTLY AND ENERGENTLY - SUMMARILY GRANT MY MOTION

RESPECTFULLY SUBMITTED
DATED: AUGUST 5, 2024

PETER RAFAEL DZIBINSKI DEBBINS
05852509
U.S. PENITENTIARY MAX-
P.O. BOX 8500
FLORENCE, CO 81226-8500

ENCLOSED:
EXHIBIT A
EXHIBIT B