EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PETER RAFAEL DZIBINSKI )
   DEBBINS, )
       PETITIONER, ) CRIMINAL CASE NO. 1:20-CR-193
           ) CIVIL ACTION NO. 1:22-CV-991
           )
V. )
           )
UNITED STATES OF AMERICA, )
       ) THE HONORABLE CLAUDE M. HILTON
       RESPONDENT. )

**REQUEST TO REJECT AND DISMISS GOVERNMENT LEGAL SUBMISSIONS.**
**ORIGINALLY REQUEST WAS SUBMITTED JUNE 11, 2024**

THE PETITIONER RESPECTFULLY REQUESTS THIS HONORABLE COURT TO SUMMARILY REJECT AND DISMISS THE LEGAL SUBMISSIONS OF THE GOVERNMENT: DOCKET #53 – "RESPONSE BY USA TO DEFENDANT'S DOCKET #47" (SENTENCING MEMORANDUM); AND DOCKET #103 (GOVERNMENT'S RESPONSE TO PETITIONER'S 2255 PETITION), BECAUSE THERE IS NO LEGAL BASIS IN LAW OR FACT: OBJECTIVE, FORENSIC SCIENTIFIC EVIDENCE TO SUPPORT THEIR POSITION NOR CONTRAVENE THE OBJECTIVE, EXPERT ASSERTIONS OF THE PETITIONER.

PAGE 1 OF 5

EXHIBIT A

IN THEIR SUBMISSION THE GOVERNMENT MADE BASELESS, MERITLESS, AND AD HOMINEN CLAIMS REGARDING PETITIONER'S MENTAL ILLNESSES, THAT WHOLLY LACKED ANY EMPIRICAL OR OBJECTIVELY SUSTAINED PROOFS, NOR DID THE GOVERNMENT SEEK INPUT FROM A PSYCHIATRIST — WHO WOULD ONLY SUBSTANTIATE THE PETITIONER'S VOCIFEROUS — FERVENT CLAIM.

MOST IMPORTANTLY, BASED UPON OBJECTIVE FORENSIC EXPERT MEDICAL TESTIMONY, THE PETITIONER WAS "PER SE" INCAPABLE OF FORMING THE MENTAL INTENT — MENS REA — REQUIRED FOR A KNOWING AND INTENTIONAL PLEA OF GUILTY; OR TO HAVE EVEN COMMITTED THE OFFENSE AT ISSUE.

IN SUM: NOT A SCINTILLA OF EVIDENCE EXISTS THAT CONTRAVENES THE PETITIONER'S ARDENT AND IRREFUTABLE POSITION.

RECENTLY, COURTS HAVE UNEQUIVACALLY AND CATEGORICALLY HELD THAT GOVERNMENT TESTIMONY IS VOID, INSUFFICIENT, AND INADMISSABLE WHEN IT LACKS FORMAL EXPERTISE AND TRAINING (SEE STATE V. BURNEY, 298 A.3d 1080 (N.J. 2023)); THE STATE COURT CLEARLY

EXHIBIT A

CONCLUDED THAT ITS CASE WAS INDISTINGUISHABLE FROM U.S. V. EVANS, 892 F. SUPP. 2D 949 (N.D. ILL. 2012), WHERE THAT FEDERAL DISTRICT COURT AFFIRMATIVELY POSITED THAT "THE TESTIFYING EXPERT'S ESTIMATES... WERE UNRELIABLE BECAUSE THEY WERE BASED SOLELY ON THE EXPERT'S TRAINING AND EXPERIENCE" SOMETHING WHICH IS EVEN LACKING IN THIS CASE. THE GOVERNMENT IN THEIR MOTIONS LACK TRAINING AND EXPERTISE. THE EXPERT REQUIRES MORE (EMPHASIS ADDED) THAN JUST TRAINING, IT ALSO REQUIRES "SCIENTIFIC CALCULATIONS" THAT TAKE INTO ACCOUNT FACTORS THAT CAN EFFECT THE CLAIM (SEE STATE V. BURNEY, 298 A.3D 1080 (NJ 2023)). THE GOVERNMENT MUST HAVE EXPERT TESTIMONY THAT IS BASED ON OBJECTIVE SCIENCE, NOT "RULE OF THUMB" OR APPARENT BELIEFS. THE CASE SUBJUDICE THE GOVERNMENT FICTITIOUSLY CONFLATES AND OPINES THAT WORK PERFORMANCE IS SUFFICIENT TO REJECT THE PSYCHIATRIC CONCLUSIONS BASED ON SCIENCE.

FROM THIS CASE, THE PETITIONER'S PSYCHIATRIST HAS IMPECCABLE EXPERTISE AND VERACITY ENCOMPASSING

CASE NO. 1:20-CR-193               PAGE 4 OF 5
EXHIBIT A

OVER 19 HOURS OF EVALUATION. THIS EVINCES TO AN ABSOLUTE CERTAINTY THAT THE PETITIONER SUFFERED THE DELETERIOUS EFFECTS OF DISEASE AND MENTAL DEFECT, MAKING IT IMPOSSIBLE FOR THE PETITIONER TO BE MENTALLY - LEGALLY RESPONSIBLE FOR HIS ACTIONS, AND PRECLUDING ANY CHANCE THAT THE PLEA WAS KNOWINGLY AND VOLUNTARILY GIVEN, THEREBY CONTRAVENING FED. R. PRO. 11.

MOREOVER, IT CANNOT (EMPHASIS ADDED) BE ACCENTUATED ENOUGH THAT AT THE PRECISE POINT IN TIME THAT PETITIONER'S MENTAL ILLNESSES MANIFESTED THEMSELVES, MAKING HIM DELUSIONAL AND DEVOID OF EVEN A SCINTILLA OF REALITY. THE PETITIONER WAS UNTREATED, UNDIAGNOSED, AND SUFFERING EXTREME SYMPTOMS OF HIS DISEASES.

FURTHERMORE, AT THE TIME OF PETITIONER'S PROFFER SESSIONS WITH GOVERNMENT AGENTS, AS WELL AS THE PLEA OF GUILTY, PETITIONER SUFFERED FROM INORDINATE, EXTREME, AND MOST PARAMOUNT, CONSEQUENTIAL UNDIAGNOSED AND AN UNREGULATED DISEASE; THAT

CASE NO. 1:20-CR-193          PAGE 5 OF 5
EXHIBIT A

RESULTED IN THE FICTITIOUS AVERMENTS, RESULTING IN THE CHARGES.

PETITIONER IS NOT (EMPHASIS ADDED) LEGALLY RESPONSIBLE FOR THE CRIMINAL CHARGES WHICH RESULTED IN HIS CONVICTION AND SENTENCE, AND THERE EXISTS NOT A SHRED NOR IOTA OF ANY CREDIBLE, LOGICAL, AND REASONABLE OBJECTIVE EVIDENCE PRESENTED BY THE GOVERNMENT TO REFUTE-DEBUNK THE EXTRAORDINARILY POTENT POSITION OF THE PETITIONER. THE GOVERNMENT'S POSITION IS DEVOID OF ANY EXPERT ANALYSIS BASED ON THEIR ARGUMENT NON-SEQUITER.

RESPECTFULLY SUBMITTED,

DATE: AUGUST 5, 2024

PETER RAFAEL DZIBINSKI DEBBINS
ORIGINALLY SUBMITTED    05852509
JUNE 11, 2024           U.S PENITENTIARY MAX.
                        P.O. BOX 8500
                        FLORENCE, CO 81226-8500