EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| PETER RAFAEL DZIBINSKI DEBBINS, | ) |
| PETITIONER, | ) CRIMINAL CASE NO. 1:20-CR-193 |
| | ) CIVIL ACTION NO. 1:22-CV-991 |
| V. | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) THE HONORABLE CLAUDE M. HILTON |
| RESPONDENT. | ) |

REQUEST FOR DOCKET DOCUMENTS

THE PETITIONER RESPECTFULLY REQUESTS THIS HONORABLE COURT TO PROVIDE HIM WITH A COPY OF DOCKET NUMBER 47 (SENTENCING MEMORANDUM — SUBMITTED 05/07/2021. THANK-YOU.

RESPECTFULLY SUBMITTED,

DATE: AUGUST 5, 2024

ORIGINALLY SUBMITTED JUNE 11, 2024

PETER RAFAEL DZIBINSKI DEBBINS
05852509
US PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500