IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PETER RAFAEL DZIBINSKI )
        DEBBINS, ) CRIMINAL CASE 1:20-CR-193
        PETITIONER, ) CIVIL ACTION 1:22-CV-991
V )
UNITED STATES OF AMERICA, )
        RESPONDENT. ) THE HONORABLE CLAUDE M.
         )                 HILTON

SWORN CERTIFICATION OF PETER RAFAEL DZIBINSKI
DEBBINS UNDER PENALTIES OF PERJURY

1. I, PETER DEBBINS, AM THE PETITIONER IN THE ABOVE MATTER AND SUBMIT THIS SWORN CERTIFICATION BASED UPON MY PERSONAL KNOWLEDGE, INFORMATION, AND BELIEF.

2. ON APRIL 17, 2024, THE UNITED STATES SENTENCING COMMISSION VOTED UNANIMOUSLY TO LIMIT CONSIDERATION OF CONDUCT FOR WHICH A PERSON WAS ACQUITTED IN FEDERAL COURT FROM BEING USED IN CALCULATING THE SENTENCING RANGE UNDER THE FEDERAL GUIDELINES FOR A RELATED CONVICTION.

3. IN THE CASE SUB-JUDICE, I FERVENTLY CLAIM

CASE 1:20-CR-193       PAGE 2 OF 2
CERTIFICATION

THAT CONDUCT TO WHICH I WAS WHOLLY INNOCENT OF AND WOULD HAVE BEEN ABSOLUTELY ACQUITTED-VINDICATED OF, WAS UNCONSTITUTIONALLY USED TO DETERMINE MY USSG GUIDELINE RANGE AND WRONGFULLY ENHANCE MY SENTENCE. IT RESULTED IN MY EXTREMELY HARSH SENTENCE OF 188 MONTHS AND ONEROUSLY PLACED ME IN THE UNITED STATES PENITENTIARY MAX (ADX), FLORENCE, COLORADO — IN SUCH DEGRADED AND DEPRAVED CONDITIONS WHICH I WILL NOT ENNUNCIATE LEST I RECEIVE RETRIBUTION.

4. AN EVIDENTIARY HEARING WOULD PROVE AND FERVENTLY CONCLUDE TO AN ABSOLUTE CERTAINTY THAT I WAS NEVER (EMPHASIS ADDED) IN A CONSPIRACY FROM IN OR ABOUT 2010 AND UNTIL MY ARREST IN OR ABOUT 2020, YET I WAS ILLEGALLY, UNCONSTITUTIONALLY, AND WRONGFULLY CONVICTED AND CONSEQUENTIALLY SENTENCED FOR THIS ELONGATED FICTITIOUS CONSPIRACY.

RESPECTFULLY SUBMITTED: *[signature]*

DATED: AUGUST 27, 2024

PETER DEBBINS
05852509 - USP ADMAX
P.O. BOX 8500
FLORENCE, CO 81226-8500