STATE OF VIRGINIA
CASE NO. 1:20-CR-193

FILED MAILROOM
SEP 30 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

DEAR HONORABLE JUDGE HILTON,

PLEASE ACCEPT THIS LETTER MEMO MORE FORMAL MOTION AND LEGAL SUBMISSION.

IT IS INCUMBENT UPON ME TO PROVIDE CORROBORATING EXPERT MEDICAL INFORMATION (EMPHASIS ADDED) COMPOSED BY ONE OF THE MOST PREEMINENT PSYCHIATRIC DOCTORS IN THE WORLD. — THE HONORABLE DOCTOR J. RAYMOND DEPAULO, JR., M.D. PSYCHIATRY, CHAIRMAN OF THE DEPARTMENT OF PSYCHIATRY AT THE JOHN HOPKINS UNIVERSITY SCHOOL OF MEDICINE.

DR. DEPAULO, JR. UNEQUIVOCALLY OPINED IN HIS AWARD WINNING BOOK "UNDERSTANDING DEPRESSION" HE PROVIDES A WHOLE CHAPTER (ATTACHED TO THIS LETTER) ON "THE EXPERIENCE OF MANIA: BIPOLAR DISORDER" THAT "MANIC DEPRESSION IS NOW GENERALLY KNOWN AS BIPOLAR DISORDER" AND THAT IT WAS PREVIOUSLY LABELLED "INSANITY" AND ONE OF THE FOREMOST SYMPTOMS IS "LOSS OF GOOD JUDGEMENT."

MOST PARAMONT, "WHEN SOMEONE HAS A SEVERE

PAGE 1 OF 4

MANIC EPISODE, JUDGEMENT CAN BE WARPED." MOREOVER, WHEN SOMEONE HAS A SEVERE MANIC EPISODE, AS ~~even~~ OCCURRED TO ME RESULTING IN THE CASE SUB-JUDICE, THE PERSON WILL TEND TO DO THINGS HE OR SHE WOULD NEVER DO UNDER NORMAL CIRCUMSTANCES. THE INDIVIDUAL IS INCAPABLE OF CONTROLLING HIS CONDUCT, AND DISTINGUISH FANTASY FROM REALITY, AS WHAT OCCURRED TO FROM ME, AND IS INCAPABLE OF CONTROLLING HIS CONDUCT, CONFORMING TO THE LAW AND THEIR DELUSIONARY ACTIONS.— BELIEFS-OPINIONS WILL CONSEQUENTIALLY IMPACT THEIR CONDUCT. PRECISELY WHAT OCCURRED TO ME AND WHOLLY CORROBORATIVE OF THE EXPERT OPINION YOU POSSESS.

"MANIC PATIENTS FEEL THAT WHAT THEY DOING IS VOLITIONAL, THAT THEY ARE REALLY IN CHARGE. AND, OF COURSE, THEY ARE "MAKING DECISIONS," IT'S JUST THAT THEIR ABILITY TO FORM ACCURATE AND PRUDENT JUDGEMENTS ABOUT THEMSELVES AND THEIR SITUATION IS IMPAIRED..... NOR DO THEY HAVE A REALISTIC SENSE OF THE CONSEQUENCES OF THEIR ACTIONS."

THIS CATEGORICALLY AND EXPERTLY EXPLAINS WHY I FALSELY INCRIMINATED MYSELF AND DELUSIONALLY PROPHETICALLY MISTATED THAT I WAS A "RUSSIAN SPY" WHEN ALL THESE MISTATEMENTS WERE A PRODUCT OF MY DISEASE - ILLNESS, AND A MANIFESTATION OF AN UNDIAGNOSED SICKNESS.

IT IS A FACT — IRREFUTABLE — INDISPUTABLE (EMPHASIS ADDED), THAT "THE IMPAIRED JUDGEMENT IN MANIA IS USUALLY SEVERE AND IS MOST APPRECIATED AS A REDUCTION OR COMPLETE LOSS OF NORMAL INHIBITIONS." (EMPHASIS ADDED). THIS ALSO EXPLAINS MY ABHORRANT FALSE CLAIMS THAT WERE DICHOTOMOUS TO THE NORMS AND REALITY OF A PROUD U.S. ARMY OFFICER, AND A LIFETIME OF FAITHFUL DEVOTION TO OUR COUNTRY.

MOST PARAMOUNT, "IN CASES OF MANIA, HALLUCINATIONS ARE NOT AS COMMON AS DELUSIONAL IDEAS." THE CATALYST — IMPETUS OF MY ACTIONS, STATEMENTS, AND BEHAVIOR WAS AN UNCONTROLLABLE DELUSIONS DERIVED AND ORIGINATED FROM FIGMENTS OF MY DISEASED MIND AND DEGRADED SYSTEM OF JUDGEMENT.

CASE NO. 1:20-CR-193                                   PAGE 4 OF 4

MY WARPED AND DEMENTED IDEAS OF BEING A "RUSSIAN SPY" WAS NOTHING BUT A "DELUSIONAL IDEATIONS" (EMPHASIS ADDED). IT WAS A GRANDIOSE DELUSION SYMPTOMATICALLY DELINEATED - DEPICTED BY A FEELING OF BEING OMNIPOTENT.

ENCLOSED IS A COPY OF CHAPTER 2: "THE EXPERIENCE OF MANIA: BIPOLAR DISORDER" OF J. RAYMOND DEPAULO, JR ('S), M.D., PSYCHIATRY, AWARD WINNING BOOK "UNDERSTANDING DEPRESSION" © 2002. FOR YOUR EDIFICATION. I PRAY THIS MOST HONORABLE COURT CONSIDERS THIS EXPERT REPORT - BOOK IN CONJUNCTION WITH DR. DAVID CHARNEY'S (PSYCHIATRY) EXPERT REPORT, CONCLUDED FROM HIS COPIOUS EXAMINATION OF ME.

I AM INNOCENT AND TO DATE THERE HAS NOT BEEN A SCINTILLA OF EVIDENCE REBUKING - REFUTING ANY OF MY LEGAL SUBMISSIONS. I PLEAD FOR SWIFT JUSTICE.

DATED: SEPTEMBER 18, 2024                MOST RESPECTFULLY,

ATTACHED: EXHIBIT F

PETER DEBBINS - 05852509
U.S.P. ADMAX, PO BOX 8500, FLORENCE, CO 81226-8500